

# Trademark Electronic Search System(Tess)

TESS was last updated on Wed Sep 29 04:37:45 EDT 2004



Please logout when you are done to release system resources allocated for you.

List At: [  ]  OR  Jump to record: [  ]   **Record 23 out of 23**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PERFECTION FENCE |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: NON-METAL, WOOD OR PLASTIC FENCING, NAMELY, GUARD RAILS, BOARDS, POSTS, GATES, FENCE SECTIONS, HARDWARE FOR FENCING, NAMELY, SCREWS AND FASTENERS. FIRST USE: 19930100. FIRST USE IN COMMERCE: 19930900<br><br>IC 006. US 002 012 013 014 023 025 050. G & S: METAL FENCING, NAMELY, GUARD RAILS, BOARDS, POSTS, GATES, FENCE SECTIONS AND METAL FENCE HARDWARE, NAMELY, SCREWS AND FASTENERS. FIRST USE: 19930100. FIRST USE IN COMMERCE: 19930900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76203390 |
| **Filing Date** | February 1, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 19, 2002 |
| **Registration Number** | 2569755 |
| **Registration Date** | May 14, 2002 |
| **Owner** | (REGISTRANT) Perfection Fence Corp. CORPORATION MASSACHUSETTS 985 Plain Street Route 139 Marshfield MASSACHUSETTS 02050 |

| | |
|---|---|
| **Attorney of Record** | Stanley Sacks |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FENCE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  CURR LIST
FIRST DOC  PREV DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**