

## Trademark Electronic Search System(Tess)
TESS was last updated on Wed Sep 29 04:37:45 EDT 2004

Please logout when you are done to release system resources allocated for you.

Start List At: [ ]   OR  Jump to record: [ ]   **Record 22 out of 23**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | PERFECTION FENCE |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: METAL FENCING, NAMELY, GUARD RAILS, BOARDS, POSTS, GATES, FENCE SECTIONS AND METAL FENCE HARDWARE, NAMELY SCREWS AND FASTENERS. FIRST USE: 19930100. FIRST USE IN COMMERCE: 19930900 |
| | IC 019. US 001 012 033 050. G & S: NON-METAL, WOOD OR PLASTIC FENCING, NAMELY, GUARD RAILS, BOARDS, POSTS, GATES, FENCE SECTIONS, HARDWARE FOR FENCING, NAMELY, SCREWS AND FASTENERS. FIRST USE: 19930100. FIRST USE IN COMMERCE: 19930900 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 240707 |
| **Serial Number** | 76203392 |
| **Filing Date** | February 1, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 19, 2002 |

| | |
|---|---|
| **Registration Number** | 2569756 |
| **Registration Date** | May 14, 2002 |
| **Owner** | (REGISTRANT) Perfection Fence Corp. CORPORATION MASSACHUSETTS 985 Plain Street Route 139 Marshfield MASSACHUSETTS 02050 |
| **Attorney of Record** | Stanley Sacks |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FENCE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | CURR LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

2 of 2                                                                                9/29/2004 2:44 PM