

# Trademark Electronic Search System(Tess)

TESS was last updated on Wed Sep 29 04:37:45 EDT 2004



Please logout when you are done to release system resources allocated for you.

List At: ☐ OR Jump to record: ☐ **Record 14 out of 23**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PERFECTION |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Metal outdoor building materials, namely, fence railings, deck railings, gazebo railings, fencing, pillar posts, decks, deck rails, lamp posts, mail box posts, sign frames and trellises, namely, arbors and pergolas. FIRST USE: 19930900. FIRST USE IN COMMERCE: 19930900 |
| | IC 019. US 001 012 033 050. G & S: Non-metallic outdoor building materials, namely, fence railings, deck railings, gazebo railings, fencing, pillar posts, decks, deck rails, gazebos lamp posts, mail box posts, sign frames and trellises, namely, arbors and pergolas. FIRST USE: 19930900. FIRST USE IN COMMERCE: 19930900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76429244 |
| **Filing Date** | July 10, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 25, 2003 |
| **Registration Number** | 2826042 |
| **Registration Date** | March 23, 2004 |
| **Owner** | (REGISTRANT) Perfection Fence Corporation CORPORATION MASSACHUSETTS 985 Plain Street, Rte. 139 Marshfield MASSACHUSETTS 02050 |

| | |
|---|---|
| **Attorney of Record** | John P. McGonagle, Esquire |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | CURR LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT