IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 29 P 3: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

PERFECTION FENCE CORP.,

Plaintiff,

v.

FIBER COMPOSITES LLC,

Defendant.

Civil Action No. _____

**04 12094 GAO**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff Perfection Fence Corp. is a Massachusetts corporation with its principal office at 635 Plain Street, Route 139, Marshfield, MA 02050. Perfection Fence Corp. has no parent corporations or any publicly held company owning 10 percent or more of its stock.

PERFECTION FENCE CORP.,

By its attorney,

Dated: September 29, 2004

Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 phone
(617) 720.2441 fax

829667.1