AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachussetts

Perfection Fence Corp.

V.

Fiber Composites LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04  12094 GAO**

TO: (Name and address of Defendant)

Fiber Composites LLC
34570 Random Drive
New London, NC 28127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY

DATE  9-29-04

# RETURN AND AFFIDAVIT OF SERVICE

PLAINTIFF(S)    PERFECTION FENCE CORP.

DEFENDANT(S)   FIBER COMPOSITES, LLC
COURT NO.      04 12094 GAO
SERVED:        FIBER COMPOSITES, LLC

**NAME OF PROCESS SERVER:** WILLIAM B. BROWN
**DATE OF SERVICE:** 10-1-2004
**TIME OF SERVICE:** 11:32 A.M.
**ADDRESS OF SERVICE:** 34570 RANDOM DRIVE, NEW LONDON, N. C. 28127
**DOCUMENTS SERVED:** COMPLAINT AND DEMAND FOR JURY TRIAL, SUMMONS AND A CORPORATE DISCLOSURE STATEMENT

_____ PERSON SERVED AND METHOD OF SERVICE:
_____ A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THEREIN AT HIS OR HER USUAL PLACE OF ABODE:
__X__ AN OFFICER, MANAGING OR GENERAL AGENT OR ANY OTHER AUTHORIZED AGENT: PAUL BRESTELLI    TITLE: CHIEF OPERATING OFFICER
_____ OTHER:

**DESCRIPTION OF PERSON SERVED IF REQUESTED IN ADVANCE:**
SEX_____ SKIN COLOR_____ HAIR COLOR_____ FACIAL HAIR_____
APPROX. AGE_____ APPROX. HEIGHT_____ APPROX. WEIGHT_____

AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO AFFECT SERVICE:

**SIGNATURE OF SERVER:** /s/  DATE: 10-1-2004
**ADDRESS IF SERVER:** 8819 GRAND OAK DRIVE, CHARLOTTE, NORTH CAROLINA 28277-6635
**TELEPHONE NO. OF SERVER:** 704-752-8998

## AFFIDAVIT

STATE OF NORTH CAROLINA, CITY OF CHARLOTTE, COUNTY OF MECKLENBURG, I, SHIRLEY Y. BROWN, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR THE ABOVE MENTIONED JURISDICTION, HEREBY CERTIFY THAT BEFORE ME APPEARED THE ABOVE NAMED PROCESS SERVER, WHO, UNDER OATH STATED THAT HE IS MORE THAN 21 YEARS OF AGE AND NOT A PARTY TO THIS ACTION OR ASSOCIATED WITH THE ATTORNEY IN SAID ACTION AND THAT SERVICE WAS MADE AS STATED ABOVE.

DATE SWORN BEFORE ME: 10-1-2004   NOTARY PUBLIC: /s/ Shirley Y. Brown
MY COMMISSION EXPIRES: 4-14-2008