UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 OCT 21 P 4: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | Civil Action No. 04-12094 GAO |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1(a), Defendant Fiber Composites LLC hereby discloses that it is a nongovernmental corporate party to the above-captioned action.

Fiber Composites LLC has no parent company, and no public company owns ten percent or more of Fiber Composites LLC.

Dated: October 21, 2004

*/s/ Amy S. Brosius*

John R. Skenyon (BBO # 465440)
Amy L. Brosius (BBO # 656521)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
Fiber Composites LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT was served by first class mail, postage prepaid, upon counsel of record on this 21st day of October, 2004:

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

_____
Amy L. Brosius

20958459.doc