IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>          Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>          Defendant. | CIVIL ACTION NO. 04-12094 GAO |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiff, Perfection Fence Corporation ("Perfection"), requests leave of the Court to file a memorandum in excess of 20 pages in support of its Motion for a Preliminary Injunction. In support of this motion, Perfection states that the Motion for a Preliminary Injunction raises several fact-intensive issues relating to Fiber's use of two separate infringing marks, PERFECTION and PROFECTION. In order to properly describe the dispute between the parties, it is necessary to discuss and analyze the record in detail, and to provide a detailed presentation of the applicable legal precedents and how those precedents apply to the facts in this case.

**Certification of Compliance with Local Rule 7.1**

Counsel for Plaintiff Perfection Fence Company attempted to confer by telephone with counsel for Defendant Fiber Composites, LLC, on October 26, 2004, in an attempt

to resolve or narrow the issues addressed in this Motion, but was unable to reach either attorney listed as counsel of record for Fiber Composites.

                                Respectfully submitted,

                                PERFECTION FENCE CORP.

                                By its counsel,

Dated: October 26, 2004                        /s/ Michael A. Albert
                                                Michael A. Albert, BBO # 558566
                                                malbert@wolfgreenfield.com
                                                WOLF, GREENFIELD & SACKS, P.C.
                                                600 Atlantic Avenue
                                                Boston, Massachusetts 02210
                                                (617) 646.8000 phone
                                                (617) 720.2441 fax

Case 1:04-cv-12094-GAO     Document 6     Filed 10/26/2004     Page 2 of 2