IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>　　　　　Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>　　　　　Defendant. | CIVIL ACTION NO. 04-12094 GAO |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiff Perfection Fence Corporation moves that the Court enter a preliminary injunction, in the form attached hereto as a proposed order, enjoining Defendant from using the trademarks PERFECTION or PROFECTION, or any other trademark that is confusingly similar to Plaintiff's federally registered trademarks PERFECTION and PERFECTION FENCE.

In support whereof, Plaintiff relies upon the Memorandum of Law and the Declarations of Brian Skulsky, Wallace Archer, Michael Martin, Cary Coleman, and Steve Bilentschuk, filed herewith.

**Certification of Compliance with Local Rule 7.1**

Counsel for Plaintiff Perfection Fence Company attempted to confer by telephone with counsel for Defendant Fiber Composites, LLC, on October 26, 2004, in an attempt

to resolve or narrow the issues addressed in this Motion, but was unable to reach either attorney listed as counsel of record for Fiber Composites.

### Request for Oral Argument

Plaintiff hereby requests a hearing at the Court's earliest convenience.

Respectfully submitted,

PERFECTION FENCE CORP.

By its counsel,

Dated: October 26, 2004

/s/ Michael A. Albert
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>    Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>    Defendant. | CIVIL ACTION NO. 04-12094 GAO |

### [PROPOSED] PRELIMINARY INJUNCTION ORDER

IT IS HEREBY ORDERED THAT:

Fiber Composites, LLC, and its officers, directors, agents, servants, employees, attorneys, representatives, affiliates, subsidiaries, licensees, successors, assigns, and all those acting for them or on their behalf, or acting in concert or privity with them, are hereby enjoined, pending final judgment in this action, from using the trademarks PERFECTION and PROFECTION and any other confusingly similar trademark, on or in connection with any goods, services, advertisements, websites, publicity materials, or otherwise.

ORDERED THIS _____ day of October, 2004.

_____

                                                                                            United States District Court

830178.1                                                3