IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | CIVIL ACTION NO. 04-12094 GAO |

## DECLARATION OF BRYAN SKULSKY

I, Bryan Skulsky, having been duly sworn, state as follows:

1.   I am the President of Perfection Fence Corporation ("Perfection"), the plaintiff in the above-captioned case. I am familiar with the fencing and decking market and with competitors in this industry, including defendant Fiber Composites, LLC ("Fiber").

2.   I make this declaration based on my personal knowledge.

3.   Perfection is a family business, run by my family. Members of my family have been in the business of fencing, decking, and related goods since 1955.

4.   Perfection adopted the trademarks PERFECTION® and PERFECTION FENCE® is 1993 when it incorporated as Perfection Fence Corporation.

5.   Since first using the Marks in commerce in 1993, Perfection has built up a reputation as the industry leader and is well known by its Marks.

6.   In February 2001, Perfection filed for federal trademark registrations on the mark PERFECTION FENCE®, both in block letter form and as a stylized mark which includes a circle with a ribbon around the P. The registrations for both applications issued on May 14, 2002 on the principal register of the United States Patent

and Trademark Office as Nos. 2,569,755 and 2,569,756, attached hereto as Exhibits A and B. The goods and services covered by the PERFECTION FENCE® registrations include "non-metal, wood or plastic fencing, namely, guard rails, boards, posts, gates, fence sections, hardware for fencing, namely, screws and fasteners."

7.  On July 10, 2002, Perfection filed for federal trademark registrations on the mark PERFECTION® in block letter form. The registration for PERFECTION® issued on March 23, 2004 on the principal register of the United States Patent and Trademark Office as No. 2,826,042, and is attached hereto as Exhibit C. The goods and services listed in the federal trademark registration for PERFECTION® include: "Non-metallic outdoor building materials, namely, fence railings, deck railings, gazebo railings, fencing, pillar posts, decks, deck rails, gazebos lamp posts, mail box posts, sign frames and trellises, namely, arbors and pergolas."

8.  Perfection's use of the marks PERFECTION® and PERFECTION FENCE® ("the Marks") has been continuous and substantial since 1993.

9.  All of Perfection's business is done under or in connection with the Marks. Operating under the Marks, Perfection has achieved great success in the fencing and decking industry. Perfection has invested heavily in promoting the Marks and developing goodwill associated with them. In 2003, Perfection spent approximately $187,823 on advertising under the Marks, and in 2002, Perfection spent approximately $187,653 on such advertising. Perfection advertises under the Marks in numerous publications including all of the following: Sweets Publications, Landscape Architecture and Specifier News, American Fence Association's "Architects, Specifiers & Landscape Architects Fence Product Guide," The Landscape Architect Trades, Remodeling News,

Davidson's Blue Book – Fence Contractors, Suffolk Construction Today, Boston Magazine, Cape Cod Life, Boston Design, Cape & Islands Home, Greater Boston Builder/Architect, Condo Media, Condo Management, Verizon Yellow Pages, LocalTel Yellow Pages, The Yellow Book, Boston Home, Massachusetts Design Index, Boston Globe, and Community Newspapers.  Perfection also advertises on television shows including HomeVision TV and Welcome Home Showcase TV regionally, and Home and Garden TV and the Victory Garden nationally, and on WPLM 99.1, a radio station serving the Cape Cod and South Shore areas.  Perfection appears frequently at trade shows, including American Fence Association's FenceTech, the National Association of Home Builders, American Society of Landscape Architects' National Show, New England Grows, American Society of Interior Designers, Builders Association of Greater Boston, Bayside Home Show, DeckExpo, and the Garden State Fence / Northeast Chapter of AFA trade show.  Perfection also belongs to numerous trade associations, including the American Society of Landscape Architects, the American Fence Association, the American Society of Testing Materials, the National Association of Home Builders, the Builders Association of Greater Boston, the Boston Society of Architects, the Better Business Bureau, and the South Shore Chamber of Commerce.  The Marks are also featured prominently on Perfection's websites, which can be found at the domain names perfectionfence.com, perfection-fence.com, buyarbors.com, vinyldeckrailings.com, and vinylrailingsystems.com.

    10.    Perfection sells products under the Marks nationwide.  PERFECTION is recognized in the industry as designating the source of origin of goods that are a leader in

high-end fencing and decking products. Perfection sells its products under the Marks to builders and developers as well as directly to homeowners.

11. Attached hereto as Exhibit D and E are true and accurate copies of pages from the United States Patent and Trademark Office website reflecting Defendant Fiber's trademark registrations Nos. 2,358,135 and 2,420,267 for FIBERON and FIBERAIL respectively, on a wood substitute, in the form of boards, rails, spindles, balusters, posts and moldings.

12. Attached hereto as Exhibit F is a true and accurate color copy of a brochure for FIBERAIL Composite Railing as distributed by a Fiber dealer in Massachusetts.

13. Attached hereto as Exhibit G is a true and accurate copy of the United States Patent and Trademark Office File for Application Serial No. 78,155,376. This application, filed by Defendant Fiber, is for the mark PERFECTION on a wood substitute, in the form of boards, rails, spindles, balusters, posts and moldings.

14. Attached hereto as Exhibit H is a true and accurate copy of pages from the United States Patent and Trademark Office website reflecting Defendant Fiber's trademark application for PRO PERFECT, on a combination plastic and wood material used as a wood substitute, in the form of boards, rails, spindles, balusters, posts and moldings.

15. Attached hereto as Exhibit I is a true and accurate copy of pages from the United States Patent and Trademark Office website reflecting Defendant Fiber's trademark application for PROFECTION COMPOSITE DECKING, on a combination

plastic and wood material used as a wood substitute, in the form of boards, rails, spindles, balusters, posts and moldings.

16. Attached hereto as Exhibit J is a true and accurate color copy of a brochure for PROFECTION Composite Decking and a PROFECTION installation guide as distributed by a Fiber dealer in Massachusetts.

17. My company first learned of Fiber's use of the identical mark PERFECTION in mid-September, 2004. One of my sales representatives, Wallace Archer, called me on a Saturday in mid-September to ask about an advertisement he heard on the radio, believing it to be for our company, which turned out to be for Fiber's product. Shortly thereafter, Fiber's use of the identical mark PERFECTION was confirmed when a Perfection employee brought in a sample of decking material purchased by her spouse who had believed it to be our company's product. When the employee brought in the sample, I realized it was not a product made by my company, but rather one made by Fiber.

18. The quality of the Profection composite decking board purchased by my employee was inferior to that manufactured by Perfection. Fiber's product is made of plastic, wood pulp, and other substances, unlike Perfection's product which is entirely vinyl. Fiber's composite material absorbs heat, and thus can burn one's feet when walking on it in the summertime, while Perfection's product is always cool to the touch. Fiber's decking is porous, and thus will stain, while Perfection's product is nonporous and will not stain. Fiber's product has only a 10 year limited warranty because it is less durable, while Perfection's product comes with a lifetime warranty. Fiber's product is not skid resistant and could cause someone to slip in the winter, while Perfection's

product is skid resistant. Fiber's product is not waterproof, while Perfection's product is virtually waterproof, allowing you to store items under the deck that will be protected from the rain. Fiber's product also takes longer to install than Perfection's product.

19. Attached hereto as Exhibit K is a true and accurate copy of a WHOIS query result for the domain name perfectiondecking.com, indicating that the domain name was registered on November 26, 2002.

20. Attached hereto as Exhibit L is a true and accurate copy of a WHOIS query result for the domain name profectiondecking.com, indicating that the domain name was registered on August 11, 2003.

21. At the time this suit was filed, both perfectiondecking.com and profectiondecking.com were active websites. Since then, www.perfectiondecking.com has been redirected to a page with links to other decking companies. Attached as Exhibit M is a true and accurate copy of the website at www.perfectiondecking.com on October 21, 2004.

22. Attached hereto as Exhibit N is a true and accurate copy of the Internet Archive record for all the pages at the perfectiondecking.com domain from April 17, 2003.

23. Attached hereto as Exhibit O is a true and accurate copy of the Internet Archive record for all the pages at the profectiondecking.com domain from December 4, 2003.

24. Attached hereto as Exhibit P is a true and accurate copy of the HTML source code for all the pages at the profectiondecking.com domain on September 22,

2004. The code has been colorized to make it easier to read, and the term PERFECTION has been highlighted in yellow.

25. Attached hereto as Exhibit Q is a true and accurate copy of all the pages at the profectiondecking.com domain on October 21, 2004.

26. Attached hereto as Exhibit R is a true and accurate copy of the HTML source code from two pages at the profectiondecking.com domain on October 21, 2004. The code has been colorized to make it easier to read, and the term PERFECTION has been highlighted in yellow.

27. Attached hereto as Exhibit S is a true and accurate copy of the first ten results from the Google search engine when queried for the phrase "profection fence."

28. Attached hereto as Exhibit T is a true and accurate copy of the first fifteen results from the MSN search engine when queried for the phrase "perfection deck."

29. Attached hereto as Exhibit U is a true and accurate copy of the website page http://starrinternetservices.com/portfolio.html, referring to Fiber as "Perfection Composite Decking."

30. Attached hereto as Exhibit V is a true and accurate copy of the website page http://www.cozartlumber.com/links.html, referring to Fiber as "Perfection Decking."

31. Attached hereto as Exhibit W is a true and accurate copy of the website page http://www.profectiondecking.com/installpg2.pdf, referring to Fiber's product as "Perfection™." This page appeared on Fiber's website as recently as mid-October.

32. My father Charles Skulsky and I met Doug Mancosh, Fiber's President, at the Northeastern Retail Lumber Association Lumber and Building Materials Expo '04

trade show in Boston in February, 2004, where Fiber was an exhibitor. At this trade show, Mancosh commented on Perfection's success in the industry. My father Charles has known Mancosh for over twenty years.

33.	I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 22, 2004

_____
Bryan Skulsky