IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | CIVIL ACTION NO. 04-12094 GAO |

### DECLARATION OF STEVE BILENTSCHUK

I, Steve Bilentschuk, having been duly sworn, state as follows:

1. I am married to an employee of Perfection Fence Corporation, the plaintiff in this matter.

2. I make this declaration based on my personal knowledge.

3. I am a resident of Mansfield, Massachusetts.

4. I frequently do my own home improvement work.

5. In April or May of 2003, I decided to install a new deck for my house.

6. I went to Chace Building Supply in Foxboro, Massachusetts to purchase decking materials.

7. At Chace Building Supply, I found decking labeled PERFECTION.

8. I decided to purchase the PERFECTION decking because I wanted to support my wife's business, and I believed the decking was made by Perfection Fence Corporation.

9. A copy of the sticker that was attached to the decking product I purchased is attached to this affidavit as Exhibit A.

10. It was only recently, in September of 2004, that I discovered the decking material was not made by my wife's employer, but instead by Fiber Composites.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 20, 2004

Steve Bilentschuk