IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | CIVIL ACTION NO. 04-12094 GAO |

## DECLARATION OF WALLACE ARCHER

I, Wallace Archer, having been duly sworn, state as follows:

1. I am a sales representative for Perfection Fence Corporation, the plaintiff in this matter. I sell decking, fencing, and other products from Perfection's product line. I am familiar with the decking and fencing industry.

2. I am a resident of Scituate, Massachusetts.

3. I make this declaration based on my personal knowledge.

4. On a Saturday in mid-September, I was driving in my car, listening to WQRC 99.9 FM radio, a radio station based in Hyannis, Massachusetts.

5. While I was driving, I heard a radio advertisement for what I believed to be "Perfection Decking and Railing."

6. When I heard the advertisement, I initially thought it was interesting because I believed the advertisement was being run by Perfection, my employer. I knew Perfection had run radio advertisements earlier in the season.

7. When the radio advertisement described the decking products as being made of "wood grain composite," I was confused because I didn't think Perfection sold a wood grain composite decking product. At the time, I thought that Perfection might be coming out with a new product line.

8. After hearing that radio advertisement, I was certain it was for Perfection, my employer.

9. I then called Brian Skulsky, the President of Perfection Fence, to express my surprise that our advertisements were back on the radio, as I thought our radio advertisement campaign had ended. He told me he would call me back.

10. Half an hour later, Brian Skulsky called me back and told me the advertisement was not for Perfection but for a competitor.

11. After hearing the advertisement and learning that it was not for our product, I became concerned because wood grain composite is not as high quality as the material sold by Perfection. I am worried that consumers will come to associate an inferior product with Perfection and thus hurt our image in the marketplace.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 20, 2004

*Wallace Archer*
Wallace Archer