IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>           Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>           Defendant. | CIVIL ACTION NO. 04-12094 GAO |

### DECLARATION OF MICHAEL MARTIN

I, Michael Martin, having been duly sworn, state as follows:

1. I am a sales representative for Perfection Fence Corporation, the plaintiff in this matter. I sell decking, fencing, and other products from Perfection's product line. I am familiar with the decking and fencing industry.

2. I make this declaration based on my personal knowledge.

3. I am a resident of Kingston, Massachusetts.

4. In mid-September I was in my car, listening to the radio.

5. To the best of my recollection, I believe I was listening to WXTK 94.9 FM, a radio station broadcast out of West Yarmouth, Massachusetts.

6. While I was listening to the radio, I heard an advertisement for "Profection" decking.

7. After I heard the advertisement for Profection decking, I purchased a board of Profection decking to inspect.

8. Attached to this affidavit as Exhibits A and B are stickers that were affixed to the Profection decking board I purchased.

9. The quality of the Profection decking board that I inspected was inferior to that manufactured by Perfection. Fiber's composite decking is made of plastic, wood

pulp, and other substances, unlike Perfection's product which is entirely vinyl. Fiber's composite material absorbs heat, and thus can burn one's feet when walking on it in the summertime, while Perfection's product is always cool to the touch. Fiber's decking is porous, and thus will stain, while Perfection's product is nonporous and will not stain. Fiber's product has only a 10 year limited warranty because it is less durable, while Perfection's product comes with a lifetime warranty. Fiber's product is not skid resistant and could cause someone to slip in the winter, while Perfection's product is skid resistant. Fiber's product is not waterproof, while Perfection's product is virtually waterproof, allowing you to store items under the deck that will be protected from the rain. Fiber's product also takes longer to install than Perfection's product.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 22, 2004

_Michael Martin_