Color: Gray Profection™

## Approximation of Final Weathered Color

**Storage Requirements**
Wood Composite decking, when stacked or unitized, should be covered prior to installation to prevent water stain damage.

**Installation**
1. Space all decking material 1/2" away from any permanent structure or post.
2. Maintain 1/8" board spacing between each board width when installing to allow for thermal expansion and contraction.
3. Maintain 1/8" between each board installed end-to-end to allow for thermal expansion and contraction.
4. Fiber Composites, LLC strongly recommends using stainless steel or approved coated fasteners to prevent possible discoloration of decking.

**Joist Spacing**
1. 16" joist spacing for perpendicular to-the-joist installation
2. 12" joist spacing for angular to-the-joist and commercial installation.
Detailed instructions can be found on product literature or visit www.profectiondecking.com



Composite PROFECTION™ Decking

Warranty available at www.profectiondecking.com

**Install the deck board in the direction of this arrow for consistent visual color appearance!**