5/4 x 6" - 12'
Gray Profection

8 33930 00125 6

Fiber Composites, LLC
New London, NC

**PROFECTION**

Profection™ Decking is intended for deck surface use
only, not structural application. See back of tag for
important installation and storage instructions.

7001748