IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>        Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>        Defendant. | CIVIL ACTION NO. 04-12094 GAO |

## DECLARATION OF CARY COLEMAN

I, Cary Coleman, having been duly sworn, state as follows:

1. I am the National Product Manager for Decking and Railing for Perfection Fence Corporation, the plaintiff in this matter. I manage Perfection's decking and railing product line. I am familiar with the decking and fencing industry.

2. I make this declaration based on my personal knowledge.

3. On October 13 and October 14, 2004, I had conversations over the telephone with several "Profection" dealers listed on the website http://www.profectiondecking.com concerning Fiber Composite's decking products.

4. I asked two questions in each phone call. First, I asked what brand of decking products the dealer carried, without mentioning any brand name.

5. If it was unclear whether the dealer said "Perfection" or "Profection," I asked a second time for them to pronounce the word clearly.

6. The second question I asked was whether the decking product they sold was the same as "Perfection Fence."

7. Eight of the dealers I spoke with who sell Fiber's decking product clearly pronounced the name of the product as PERFECTION. These dealers were G.V. Moore

Lumber, the Essex Building Center, Mid-Cape Hyannis, Mid-Cape Yarmouth, Falmouth Lumber, Dartmouth Building Supply, Sanford & Hawley, and A&B Lumber.

8. Two of the dealers I spoke with reported that the product "could be" the same as "Perfection Fence." These dealers were Cowls Building Supply and the Essex Building Center.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 22, 2004

Cory Coleman