IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES, LLC, <br><br> Defendant. | CIVIL ACTION NO. 04-12094 GAO |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Exhibits A through W to the Declaration Of Bryan Skulsky have been manually filed with the Court and are available in paper form only.

The original documents are maintained in the case file in the Clerk's Office.

                                                Respectfully Submitted,

                                                PERFECTION FENCE CORP.
                                                By its attorney,

Dated: October 26, 2004                __/s/ Michael A. Albert_____
                                                Michael A. Albert, BBO # 558566
                                                  malbert@wolfgreenfield.com
                                                  WOLF, GREENFIELD & SACKS, P.C.
                                                  600 Atlantic Avenue
                                                  Boston, Massachusetts 02210
                                                  (617) 646.8000 phone
                                                  (617) 720.2441 fax

837018.1