IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES LLC,

Defendant.

Civil Action No. 04-12094 GAO

### DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), Defendant, Fiber Composites LLC, requests leave of the Court to file a Motion in Opposition to Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum in excess of 20 pages. This motion is necessary because Plaintiff's Memorandum in Support of its Motion for a Preliminary Injunction exceeded 20 pages in length, and in order to properly respond to each of Plaintiff's allegations contained therein, Defendant requires the use of additional pages in its Motion in Opposition in which to do so.

### Certification of Compliance with Local Rule 7.1

Counsel for Defendant Fiber Composites LLC contacted Michael Albert, counsel for Plaintiff Perfection Fence Corporation, by telephone on November 9, 2004, in an attempt to resolve or narrow the issues addressed in this motion. In a telephone message left for the undersigned on the same date, Mr. Albert stated that he did not object to Defendant filing this motion.

Dated: November 9, 2004

_____
John M. Skenyon (BBO # 465440)
Amy L. Brosius (BBO # 656521)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
Fiber Composites LLC

20972683.doc