**LMC**

Lumbermens Merchandising Corporation

137 West Wayne Avenue · P O Box 6790 · Wayne, PA 19087-8790 · (610) 293-7000

To: LMC Stockholders
From: Mark Roller
Date: 8/15/03
Re: Composite Decking Name

Dear Stockholder,

In advance of LMC's Annual Show and in hopes of preventing any promotional inconsistancies we are announcing a minor change in our compoite decking trade name. Both LMC and Fiber Composites have decided to change our exclusive Composite Decking brand name from "Perfection Composite Decking" to "Profection Composite Decking". Although our initial Trade name searches did not yield a conflict for our "Perfection" name choice, the ultimate federal application encountered conflict. We have since conducted a deeper search with the name "Profection Composite Decking" and have been advised that this name application should encounter no conflict at the federal level. Although this outcome is not guaranteed until reviewed at the federal level, our council advises that it should yield a register able and enforceable Trade name.

Marketing materials produced for the fall for the program will include this change. Any internal work conducted by you for your program should be altered and we at LMC can forward a new Logo graphic for your use. The new logo can be viewed on LMC.net.

Thanks for your support. If you have any questions regarding this change please call me.

Thank you for your support,
Mark Roller

**Building On Service**
Wholesale Building Products Since 1935
www.lmc.net




## 2004 Program Outline

### New Products
The introduction of Perfection this past year was a great success. Perfection's superior quality and value was well received by LMC dealers and their contractors. For 2004 we will offer a "Complete Composite Decking Solution" by adding a matching railing system and fascia board with the same superior quality and value LMC dealers expect.

### New Name
Due to potential conflicts with the use of the "Perfection" trade name, both LMC and Fiber Composites have decided to change the brand name from "Perfection Composite Decking" to "Profection Composite Decking."



### Program Goals
Manufacturing and marketing a superior composite deck program that provides LMC dealers a profitable and exclusive product in their markets.

### Program Origin
LMC partnered with Fiber Composites believing there was sufficient volume to justify a truckload-based proprietary brand. This brand would offer LMC dealers a real advantage in their decking markets, with its development and expansion being driven by dealer's needs and recommendations.

### Program Advantages
- Dealers can utilize LMC's buying power to improve cost over individual buying opportunities.
- Rebates and Volume Incentives drive down costs.
- Participating Dealers will have a unique brand not available to Non-LMC dealers.
- Advertising and product development efforts are to the benefit of the LMC dealer, not their competition.
- Profit margin can be improved and controlled at the retail level with a proprietary brand.
- Product differentiation is maintainable.

### Product Availability
Truckload quantities with back up Distribution in all LMC Regions.

### Marketing Plan
- ✓ Profection Marketing Kit
- ✓ Display and Display Support
- ✓ Strategic Advertising Campaign
- ✓ Consumer Website
- ✓ Sales Incentive Program

**www.profectiondecking.com**

LMC-PROGRAM-W03