



**Simply the Best Composite Decking and Railing!**

www.profectiondecking.com



**COMPOSITE DECKING LIMITED WARRANTY**

Fiber Composites, LLC ("Warrantor") warrants that **Profection Fiber Composite Material** will not check, splinter, rot, warp, or suffer structural damage from fungal decay for a period of ten (10) years from the date of the original consumer purchase from an authorized **Profection Fiber Composite Material** distributor: • when used in conjunction with an above ground application in a residential structure. • installed according to manufacturer's guidelines.

THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ANY AND ALL OTHER WARRANTIES WITH RESPECT TO **Profection** COMPOSITE. WARRANTOR DISCLAIMS ANY AND ALL OTHER WARRANTIES, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Purchaser's sole remedy for any claim whatsoever arising out of the purchase, use, storage or possession of **Profection Fiber Composite Material** (whether such claim arises in contract, warranty, tort, strict liability or otherwise), including without limitation any claim that **Profection Fiber Composite Material** failed to perform as warranted above, shall be replacement with new **Profection Fiber Composite Material**. To obtain replacement, the original or subsequent owner must send this warranty certificate, together with the original purchase invoice, to the Warrantor at:

**Fiber Composites, LLC  181 Random Drive, New London, NC 28127**

Such invoice must be from an authorized **Profection Fiber Composite Material** dealer or professional installer, and must show (I) the date of purchase, and (II) that sufficient **Profection Fiber Composite Material** has been purchased to cover the number of lineal feet claimed to be damaged. Warrantor shall not be liable for installation or reinstallation costs or for any indirect, punitive, exemplary or consequential damages of any kind. The purchaser is solely responsible for determining whether **Profection Fiber Composite Material** meets the requirements of any applicable safety code or similar regulation. No person or entity is authorized by Warrantor to make any statement or representation, and Warrantor shall not be bound by any statement or representation, as to the quality or performance of **Profection Fiber Composite Material**, other than as contained in this Limited Warranty. There are no oral promises or representations collateral to or affecting this Limited Warranty, and it may not be altered except in a written instrument signed by Warrantor and buyer. Some states do not allow limitation on how long any implied warranty lasts and/or the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights that vary from state to state.

Produced exclusively for:

Manufactured by:



**FIBER COMPOSITES, L.L.C.**
www.profectiondecking.com

LMC-GATE-DECK-11/03



boards feature 2 surfaces: textured & wood-grain

- Works like wood ✓
- Virtually maintenance free ✓
- Easy installation ✓
- Reversible textured and wood-grain surface ✓
- Environmentally friendly ✓
- 10-year warranty ✓

### decking & railing colors

Gray Profection™

Cedar Profection™

Redwood Profection



# PROFECTION™
## Composite Decking

### Simply the Best Composite Decking and Railing!

**Works Like Wood**
- No special tools needed
- Easy installation

**Strength & Durability**
- Stronger than typical composites
- Constructed with Hi-density polyethylene providing greater stiffness value

**Lasting Beauty**
- Reversible surface, textured or woodgrain, remains beautiful for years to come

**Excellent Slip Resistance**
- Profection™ surface provides traction even when wet and meets ADA (Americans with Disabilities Act) requirements

**Environmentally Friendly**
- Made with premium recycled wood and polymers

**10-Year Warranty**
- Protects against splitting, warping, rotting and decay

*For more information and installation instructions, visit www.profectiondecking.com.*
*Profection Composite Decking is covered under I.C.C. International Code Council # 22-41.*

### decking & railing components


5/4" x 6" x 12', 16' or 20' Decking


1/2" x 10" x 12' Fascia Board


1 1/2" x 3 3/4" x 6' or 8' Top (X2) & Bottom Rail


1 5/8" x 5 3/4" Post Cap


4 3/8" x 4 3/8" x 48" Post Sleeve


2" x 2" x 32" or 96" Baluster


Line Rail Bracket

Stair Rail Bracket



## www.profectiondecking.com