UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | Civil Action No. 04-12094 GAO |

## DECLARATION OF AMY L. BROSIUS

I, Amy L. Brosius, hereby declare as follows:

1. I am an attorney with Fish & Richardson P.C. and I have personal knowledge of the facts herein.

2. On November 4-5, 2004, I conducted a search of the www.yellowpages.superpages.com website.

3. Attached hereto as Exhibit A is a copy of a business record from the www.yellowpages.superpages.com website for "Perfection Fence Co. Inc." of Waterbury, Connecticut, found during my search. I called the number listed on the record, and verify that the number is in working order and directed me to "Perfection Fence Co." The record lists this company's business category as *inter alia* "fence materials."

4. Attached hereto as Exhibit B is a copy of a business record from the www.yellowpages.superpages.com website for "Perfection Ornamental Iron & Fabrication" of Pasadena, California, found during my search. I called the number listed on the record, and

verify that the number is in working order and directed me to "Perfection Ornamental Iron & Fabrication." The record lists this company's business category as *inter alia* "fence materials."

5. Attached hereto as Exhibit C is a copy of a business record from the www.yellowpages.superpages.com website for "Perfection Decks" of Mount Clemens, Michigan, found during my search. I called the number listed on the record, and verify that the number is in working order and directed me to "Perfection Decks." The record lists this company's business category as *inter alia* "deck builders."

6. Attached hereto as Exhibit D is a copy of a business record from the www.yellowpages.superpages.com website for "Perfection Landscaping & Patios" of Kasota, Minnesota, found during my search. I called the number listed on the record, and verify that the number is in working order and directed me to "Perfection Landscaping." The record lists this company's business category as *inter alia* "deck builders."

7. Attached hereto as Exhibit E is a copy of a business record from the www.yellowpages.superpages.com website for "Perfection Landscape, Inc." of Oregon City, Oregon, found during my search. I called the number listed on the record, and verify that the number is in working order and directed me to "Perfection Decks." The record lists this company's products and services as *inter alia* "decks."

8. On November 8, 2004, I viewed pages from Perfection Fence's www.perfectionfence.com website. Attached hereto as Exhibit F are copies of the pages I viewed from that site.

9. On November 6, 2004, I visited Perfection Fence's Marshfield, Massachusetts showroom. I observed that the showroom was divided between wood fence products on the left and vinyl fence products on the right. In the back corner of the vinyl fence products display, I

observed a display of vinyl railing. The display consisted of a raised length of vinyl decking with stairs on either end, to which was attached various styles of vinyl railing. I observed no signs or labels on or near this display. Attached hereto as Exhibit G is a copy of a photograph I took of the vinyl railing display in Perfection Fence's showroom.

10. At that time, I was given a 2004 sales catalog by a salesman at Perfection Fence. A copy of this sales catalog is attached hereto as Exhibit H. Page 2 of the catalog states "Based upon almost 50 years of continuous service in the fencing industry, the Skulsky family established Perfection Fence Corp. . . . We view fencing as the architectural 'finishing touch' to complement your home or business . . . If you want an exceptional fence, call us. We are not just another fence company." The catalog includes over 100 pages of product profiles. Only one of those 100 pages refers to a vinyl decking product, the "Gorilla Deck™" vinyl decking product.

11. On November 8, 2004, I examined the records of the US Patent and Trademark Office's Trademark Electronic Search System. Attached hereto as Exhibit I is a copy of a record found during my search, displaying the registration details for the mark GORILLA DECK, owned by Homeland Vinyl Products, Inc. for "non-metallic building materials, namely polyvinyl chloride (PVC) planks, rails, pickets and posts for floor decking."

12. On November 8, 2004, I examined the website www.backyardamerica.com. Attached hereto as Exhibit J is a copy of the pages that I viewed at that site.

13. On November 8, 2004, I examined the website www.orlandosteel.com. Attached hereto as Exhibit K is a copy of the pages that I viewed at that site.

14. On November 8, 2004, I examined the website www.bdvp.bizland.com. Attached hereto as Exhibit L is a copy of the page that I viewed at that site.

15. On November 9, 2004, I examined the records of the US Patent and Trademark Office's Trademark Electronic Search System. Attached hereto as Exhibit M is a copy of Fiber Composite's application for PROFECTION COMPOSITE DECKING, showing that this application was recently approved for publication on October 5, 2004.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: November 9, 2004

_____
Amy L. Brosius

20970446.doc