UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

    Plaintiff,

v.

FIBER COMPOSITES LLC,

    Defendant.

Civil Action No. 04-12094 GAO

## DECLARATION OF SCOTT CLIFFORD

I, Scott Clifford, hereby declare as follows:

1. I am a Sales Representative for BB&S Treated Lumber of New England, and I have personal knowledge of the facts herein.

2. On November 1, 2004, I called Perfection Fence Corp. ("PF") in Marshfield, Massachusetts. I told the person who answered that I was interested in ordering Gorilla decking. During the course of this conversation, I ordered a unit of Gorilla decking from PF.

3. The unit was delivered to my house on November 5, 2004. I inspected the decking that was delivered to my house. There were two labels on the decking that was delivered, one on each end.

4. Attached hereto as Exhibit A is a copy of a photograph I took of one of the labels that appeared on one end of the decking delivered by PF.

5. Attached hereto as Exhibit B is a copy of a photograph I took of the other label that appeared on the other end of the decking delivered by PF.

6. Attached as Exhibit C is a copy of the sales quotation that I received from PF in connection with this order.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: 11/8/04

_____
Scott Clifford

20971984.doc