

F70GA1920

LAND

5/4" x 6" x 16'
GORILLA DECK®

MBERWHITE

Patent Pending

84 PCS PER PALLET

2743307

2004 11 5