FROM :                  FAX NO. :            Dec. 20 2002 08:35PM P3

Perfection Fence Corp.

11/02/04 TUE 13:17 FAX 781 834 1105



800-537-2700
781-837-2600
Fax: 781-834-1105

CUSTOM DESIGNERS,
PLANNERS AND MANUFACTURERS™

Page 1 of 2... QUOTATION NO.: G00115

November 2, 2004

Phone: 508-320-6048
Fax: 508-315-3503

Scott Clifford
5 Grisson Circle
Franklin, MA

Mr. Scott Clifford:

In response to your request for a quotation on Gorilla Deck tm materials, we respectfully submit the following:

**SCOPE OF WORK AND PRICING INFORMATION** (*Price includes materials only. FOB Marshfield, MA.*):

Furnish materials only. The list of Gorilla Deck tan vinyl materials is as follows:

     84 – 16' long x 5/4" high x 6" wide Amber White Gorilla Deck planks.
     3 – Amber White C – channel.

The TOTAL PRICE for materials, Tax, & Delivery shall be . . . $ 4520.00

NOTES:
1. All materials are sold FOB Marshfield, MA, and are shipped freight collect. We will choose the best way unless otherwise requested. Specific shipment dates cannot be guaranteed due to factors and conditions that may be beyond our control. Crating costs are not included; actual costs will apply. We reserve the right to hold shipment of all orders until payment is received.
2. All orders are considered a firm order and cannot be cancelled. When an order is in process, we custom manufacture the materials for your project in accordance with the contract.
3. Damaged or lost merchandise claims must be filed with the carrier within 10 days of receipt of goods. Once the product leaves our facility it becomes the property of the customer. Please note damage on delivery receipt but don't refuse the shipment.
4. Acceptance of our quotation is our indication that the quote has been approved per the specifications listed. Perfection Fence Corp. is not responsible for any discrepancies overlooked during the customer's review process.
5. No changes, alterations, extras, or additions in the work shall be done without authorization of the Purchaser at an additional price and agreed upon in writing by Perfection Fence Corp.
6. This quotation is the entire agreement between Perfection Fence and the customer. There are no verbal agreements or representations in connection herewith.
7. We may withdraw this proposal if not accepted within 7 days.
8. Payment terms:      50% Deposit due at time order is placed.
                        Balance due with certified funds before shipment.

Page 2 of 2... QUOTATION NO: G00115

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control.

It is agreed and understood by both parties that all payments are due and payable as herein stated. The customer agrees to pay Perfection Fence Corp. a late or delinquency CHARGE of 18% PER ANNUM PRORATA on all late payments and further agrees to pay. In addition, all above sums in default, if placed with an attorney for collection, all costs, expenses, and reasonable attorney fees.

If you have any questions about the materials or if I may be of any further assistance to you on this project, please do not hesitate to contact me at (800) 537-2900. I look forward to working with you.

Sincerely,

*[signature]*

Cary Coleman

---

**ACCEPTANCE OF PROPOSAL:**          **Please initial options selected.**

Authorized Signature                  Date of Acceptance

X *[signature]*                       11/2/04