UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

Plaintiff,

v.

FIBER COMPOSITES LLC,

Defendant.

Civil Action No. 04-12094 GAO

## DECLARATION OF CHRISTOPHER B. HADLEY

I, Christopher B. Hadley, hereby declare as follows:

1. I work as a paralegal for Fish & Richardson P.C. in its Boston office, and I have personal knowledge of the facts herein.

2. On November 4, 2004, I visited Koopman Lumber in Uxbridge, Massachusetts. I did not see any "Perfection Fence" decking products or advertisements at this store. I did see PROFECTION decking products available at this store.

3. On November 4, 2004, I visited Koopman Lumber Company in Whitinsville, Massachusetts. I did not see any "Perfection Fence" decking products or advertisements at this store. I did see PROFECTION decking products available at this store.

4. On November 4, 2004, I visited Westwood Lumber, Inc. in Mendon, Massachusetts. I did not see any "Perfection Fence" decking products or advertisements, or any other vinyl decking products or advertisements, at this store. I did see PROFECTION decking products available at this store.

5. On November 4, 2004, I visited Chace Building Supply, Inc. in Foxboro, Massachusetts. I did not see any "Perfection Fence" decking products or advertisements at this store. I did see PROFECTION decking products available at this store.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: 11/9/04

Christopher B. Hadley

20971674.doc