UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | Civil Action No. 04-12094 GAO |

### DECLARATION OF ADJOA AFFUL

I, Adjoa Afful, hereby declare as follows:

1. I work as a paralegal for Fish & Richardson P.C. in its Washington, D.C. office, and I have personal knowledge of the facts herein.

2. On November 5, 2004, I visited Mitchell Home Center in Hughesville, Maryland. I did not see any "Perfection Fence" decking products or advertisements at this store. The store did make PROFECTION decking available for order.

3. On November 5, 2004, I visited Mitchell Home Center in La Plata, Maryland. I did not see any "Perfection Fence" decking products or advertisements at this store. I did see PROFECTION decking products available at this store.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: 11-8-04

_____
Adjoa Afful

20971672.doc