UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | Civil Action No. 04-12094 GAO |

## DECLARATION OF CHAD ROBERTS

I, Chad Roberts, hereby declare as follows:

1. I work as a paralegal for Fish & Richardson P.C. in its Minneapolis office, and I have personal knowledge of the facts herein.

2. On November 04, 2004, I visited the Arrow Building Center in Hastings, Minnesota. I did not see any "Perfection Fence" decking products or advertisements at this store. I did see PROFECTION decking products available at this store.

3. On November 4, 2004, I visited the Arrow Building Center in Stillwater, Minnesota. I did not see any "Perfection Fence" decking products or advertisements at this store. The store did make PROFECTION decking available for order.

4. On November 4, 2004, I visited the Mathew Hall Lumber Company in Saint Cloud, Minnesota. I did not see any "Perfection Fence" decking products or advertisements at this store. I did see PROFECTION decking products available at this store.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Dated: 11/5/04

_____
Chad Roberts

20971673.doc