IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br>         Plaintiff, <br> v. <br> FIBER COMPOSITES, LLC, <br>         Defendant. | CIVIL ACTION NO. 04-12094 GAO |

## SUPPLEMENTAL DECLARATION OF BRYAN SKULSKY

I, Bryan Skulsky, having been duly sworn, state as follows:

1. I am the President of Perfection Fence Corp. ("Perfection"), the plaintiff in the above-captioned case. I am familiar with the fencing and decking market and with competitors in this industry, including defendant Fiber Composites, LLC ("Fiber").

2. I make this declaration based on my personal knowledge.

3. Decking and all other materials shipped by Perfection always include the PERFECTION Marks on the packaging.

4. Attached hereto as Exhibit A are current yellow pages for Boston, Natick, and Rockland, listing Perfection under the "Deck Builders" category.

5. Attached hereto as Exhibit B is the list of keywords used to attract traffic to Perfection's website, which include "deck railings" and "decking."

6. Attached hereto as Exhibit C is Perfection's application for listing in the American Fence Association Buyer's Guide, which indicates decking and railing among the products sold by Perfection.

7. When Perfection performs the installation of its products, a stainless steel sign featuring the PERFECTION Marks is affixed to the products.

8. Nearly every Perfection advertisement in recent years has included Perfection's deck railing products and prominently featured the PERFECTION Marks. A representative advertisement is attached hereto as Exhibit D.

9. Consumers purchasing Perfection's decking products do not ordinarily see the GORILLA DECK mark at all. The GORILLA DECK sticker is only occasionally left on the packaging when a customer orders an entire pallet of one size of decking by freight shipment. It is quite rare for a customer to order an entire pallet of one size of decking.

10. Deck railing sold under the PERFECTION mark constitutes a major source of revenue for Perfection, and is a major component of Perfection's product line.

11. Attached hereto as Exhibit E is the program for the upcoming American Fencing Association trade show FENCETECH '05, featuring a "Deck and Railing Pavilion." The program promotes the trade show as an opportunity for "advancing marketplace and education opportunities for the fence, deck and railing industries."

12. Past American Fencing Association trade shows have also featured decking and deck railing materials. Perfection itself has exhibited decking and deck railing materials at past FENCETECH trade shows. Attached hereto as Exhibit F is Perfection's application for the 2004 trade show, indicating Perfection's product lines as including "Deck & Railing Materials & Accessories."

13. Attached hereto as Exhibit G are several pages from the September 2004 and November 2004 issues of World Fence News that include articles and advertisements relating to decking.

14. Attached hereto as Exhibit H are several pages from the 2005 edition of the Fencer's Almanac. These pages include representative advertisements for decking in the Fencer's Almanac, as well as Perfection's listings in the "PVC Decking" and "Deck Railing" section of the index.

15. Attached hereto as Exhibit I is an excerpt from the March 2002 edition of Architects, Specifiers & Landscape Architects Fence Product Guide, including an article on vinyl decks and railings.

16. Attached hereto as Exhibit J is a report from marketresearch.com on the "Fencing and Decking Industry." This report can be found online at http://www.marketresearch.com/map/prod/855964.html. This report lists Fiber as a "leading U.S. Fence and Deck Product Manufacturer."

17. Attached hereto as Exhibit K are listings for both Fiber and Perfection as exhibitors at the 2005 International Builder's Show in Orlando, Florida.

18. Perfection has used its Marks on decking at least since 1998 and on deck railing at least since 1995. Attached hereto as Exhibit L are samples of Perfection's yellow pages advertisements from 1998 listing decking and deck railing products. Attached hereto as Exhibit M is a customer price quotation for decking from 1999.

19. Attached hereto as Exhibit N are several articles from World Fence News featuring Perfection.

20. Attached hereto as Exhibit O is an excerpt from Boston Design Magazine featuring Perfection.

21. Perfection has been featured on television on the Home and Garden show and on Bob Villa's Home Again show. Perfection was also selected for its quality

materials and manufacturing for a "Suburban Makeover" segment on the Victory Garden television show.

      22.    On information and belief, the Connecticut store listed in the online yellow pages as "Perfection Fence Co. Inc." actually operates under the name "The Connecticut Fencemen, Inc." and does not advertise under any name incorporating the term PERFECTION.


Dated: <u>December 8, 2004</u>　　　　　　　　　　　　<u>　/s/ Bryan Skulsky　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Bryan Skulsky