SuperPages.com

**DECK—DELICATESSENS** 343

## CUSTOM MADE DECKS and PORCHES

- Decks, Porches New & Rebuilt
- Fast Efficient Service
- Top Notch Installation at Discount Prices

**781-899-6475**

Owned & Operated by Owner
**CUSTOM MADE FENCES**

## CUSTOM BUILT DECKS & PORCHES

All Deck/Porch Types & Sizes
Roof Deck Specialist
"New" Maintenance Free Deck Systems
Porch Enclosures of All Types
Authorized Trexx Contractor

**NEW ENGLAND DECK & HOME**
**617-438-9999**
www.nedhinfo.com
SERVING ALL AREAS
Licensed • Fully Insured • Free Estimates



**Perfection Fence**
www.perfectionfence.com
ForeverVinyl™ Architectural Designs
CUSTOM DESIGNERS AND PLANNERS
- Vinyl Fence, Decking and Deck Rails
- Arbors and Pergolas
- Architectural Wood
- Ornamental Iron and Aluminum

BOSTON 617-350-8900
MARSHFIELD 781-837-3600
1-800-537-2900

D

### DECK BUILDERS

**ALL PHASE HOME IMPROVEMENTS**
You Name It - We Build It!
See Our Ad At Home Improvements
781 696-5307

Archadeck Of Suburban Boston
165 Middlesex Trnpk Bedford — 781 275-1300

**CUSTOM BUILDING CONCEPTS INC**
Free Consulting & Design
www.custombuilding.biz
Reading MA — 781 944-6457

Custom Design Pool Decks
47 Plimpton Av Nor — 781 762-7730

**CUSTOM MADE DECKS & PORCHES**
43 Parmenter Rd Waltham — 781 899-6475
(See Our Display Ad This Page)

**FENCECRAFT**
Custom Designed Decks-All Types
120 Business Hyde Park — 617 364-0205

J & D Landscape Contractors Inc
Stone Garden & Pool Patios
30 Riverdale Av New — 617 244-2620

**NEW ENGLAND DECK & HOME**
www.nedhinfo.com
738 Main Waltham — 617 438-9999
(See Our Display Ad This Page)

Outer Spaces 20 Trinity Terr New — 617 559-0455

**PERFECTION FENCE CORP**
Call — Boston TelNo-617-350-8900
(See Our Display Ad This Page)

Realistic Renovations
857 Washington Wey — 781 337-6898

### DECK & PATIO CLEANING & RESTORATION

**A & A PRESSURE WASHING**
Decks • Gazebos • Fences & More   Cleaned • Resealed • Restained   www.aapressurewashing.com
Home # — 781 893-6681
Waltham — 617 515-2849

DECK'S CLEANED & STAINED
Lex — Lexington TelNo-781-861-1661

Want a new look?
Verizon's SuperPages
is your
make-me-beautiful-
with-a-new-hairdo-
and-nails-
plus-a-drop-dead-gorgeous-dress-
that-makes-me-look-thinner
directory.

### DECORATION CONTRACTORS- PARTY, CONVENTION, ETC.

**BALLOON CITY OF BOSTON INC**
Special Events Corporate Functions
www.ballooncityboston.com
995 Bennington East Boston — 617 567-9114

**CASEY & HAYES EXPOSITION SERVICES**
430 E First St South Boston — 617 269-5900

**GES EXPOSITION SERVICES**
www.gesexpo.com
125 North St Teterboro NJ — 508 427-5880

**PARTY BY DESIGN**
74 Lawley Dor — 617 825-5100

Decorations-Party, Etc.
See
**Decoration Contractors-Party, Convention, Etc.**
**Party Supplies-Retail & Rental**
**Souvenirs-Retail**
**Souvenirs-Whol. & Mfrs.**

### DEHUMIDIFYING EQUIP.

**BRY-AIR DEHUMIDIFIERS**
FACTORY REPRESENTATIVE
**MARINE DEHUMIDIFICATION CO INC**
Rentals And Sales-Marine And Industrial
23 Upton Peabody — 978 927-1680
Call — 978 532-5130

**METCALF NR ASSOC**
Tewksbury MA — Wilmington TelNo-978-658-4102

Norman Associates Inc
940 Main Wal — 781 894-8660

**WORLD WIDE DRYING INC**
24 Weir Av Taunton
Toll Free Dial 1 — 800 442-1911

Delay Time Controls
See
**Controls, Control Systems & Regulators**

Deleading
See
**Lead Paint Detection & Removal Svces.**

### DELICATESSENS

A Cut Above Deli 1036 Turnpike Can — 781 828-2689
A Touch Of Italy 31 Warren Ran — 781 961-8511
A & A Convenient Delicatessen
  1042 Maschsts Av Arl — 781 643-8175
Alberto's Deli Of Course
  745 Atlantic Av Bos — 617 426-1253
Alexandra & Dale 389 Main Eve — 617 389-0248
Andreas Convenient Store & Deli
  498 Main Sto — 781 438-1180
Anthony's Italian Specialties
  408 Main Sto — 781 438-9840
Archie's New York Deli
  101 Arch Bos — 617 330-5145
Arthur's Deli & Variety
  139 Arlington Che — 617 884-9538
Athens Market 532 Tremont Bos — 617 482-6390
Ba Le Sandwich 219 Quincy Av Qui — 617 773-8053
Babushka Deli 62 Washington Bri — 617 731-9739
Baltic Deli & Cafe
  632 Dorchester Av S Bos — 617 268-2435
Barry's Deli 21 Beale Qui — 617 471-6899
Barry's Village Deli
  6 Windsor Rd New — 617 527-9773
Bernie's Deli 295 D St South Boston — 617 464-0808
Bethany's 332 Congress Boston
  Toll Free Dial 1 — 800 390-4042
Between Us 901 Main Wob — 781 938-1644
Big A The 568 Cambridge Bri — 617 782-1222
Big Apple Deli 111 Morse Nor — 781 255-5552
Bill"S Variety 141 Hancock Eve — 617 387-4085
Billy's Sub Shop 57 Berkeley Bos — 617 426-1822
Booze & Bunz
  411 Waverley Oaks Rd Wal — 781 893-3313
Boston Street Market Inc
  96 Boston Dor — 617 436-9109
Boyles Market 64 Broadway Arl — 781 646-1188
Boylston Place Deli
  16-19 Boylston Pl Bos — 617 338-7139
Brighton Delctsn 328 Wash Brighton — 617 254-9843
Brookline Spa Inc 75 Harvard Bro — 617 556-9446
Brothers Deli & Restaurant
  1638 Blue Hill Av Mattapan — 617 298-5224
Brown Bag Cafe 275 Emerson S Bos — 617 269-1055
Bucci's Summer St Market
  100 Summer Eve — 617 389-8800
Bull Market Deli 7 Liberty Sq Bos — 617 227-6900
Bus Stop Deli 119 Galen Wat — 617 923-3909
Cafe Podima 119 Hampshire Cam — 617 868-2233
Calvino's Deli Cafe & Catering
  734 Washington Nor — 781 440-0060
Cambridge Deli Inc 90 River Cam — 617 868-6740
Casa Ditalia Imported & Domestic Grocery
  203 Newton Wal — 781 893-9584
Centre Deli 545 High Ded — 781 326-9863
County Store The 1 Fletcher Rd Bed — 781 275-9238
Cowlicks Deli 168 Garden Nee — 781 444-2660
D & G Deli 301 Nahatan Nor — 781 762-9796
D'Agostino's Delicatessen
  1297 Maschsts Av Arl — 781 646-4949
D'Agostino's Delicatessen
  11 Watrfld Rd Win — 781 729-7984
Dag's Delicatessen
  156 Maschsts Av Arl — 781 648-2027
Davis Station Food Stand
  11 College Av Som — 617 625-4664
Deli King 140 Clarendon Bos — 617 262-1572
Deli Rose 592 Washington Can — 781 575-0770
Delicato Cafe & Caterer
  8 City Hall Av Bos — 617 227-0505
Deli-Zioso
  401 River Norwell — Boston TelNo-617-292-4755
Derne St Deli 16 Derne Bos — 617 742-1449
Dom's Sausage Co Inc
  10 Riverside Pk Mal — 781 324-1310
Eddie's Breakfast & Lunch
  394 Watertown New — 617 964-3277
Eddie's Deli 462 Common Bel — 617 484-9822
Fargo's Deli Of Course
  451 D St South Boston — 617 261-1664
Figaro's 105 Beach Bos — 617 426-2121
Forest Hills Deli
  3696 Washington Jamaica Plain — 617 522-8242
Formaggio's Deli At Harvard Square
  81 Mt Auburn Cam — 617 547-4795
Fragiones Delicatessen
  432 Broadway Eve — 617 389-6300
Frasa Inc 28 Church Win — 781 756-8071
Fresser's Delicatessen
  1097 N Main Ran — 781 961-4383
Gammy's General Store
  44 North Rd Bed — 781 275-9773
Giordano Bottega Italiana
  235 Waverley Bel — 617 484-0025
Giovanni's Trattoria
  247 Eastern Av Mal — 781 321-3660
Gloria's Pizzeria 920 Main Win — 781 729-8850
Grass Roots Deli
  183 Devonshire Bos — 617 338-8545
Green Garden Liquor & Deli
  35 W Milton Hyde Park — 617 361-4383
Gregory's Deli 162 Main Rea — 781 944-9746
Hi Spot Deli 10 Beacon Bos — 617 573-9422
Highland Convenient Mart
  37A Crest Av Wint — 617 846-7172
Hungry Traveler Party Catering Specialists
  29 Court Sq Bos — 617 742-1894
Hymie's Delctsn 1060 Camb St Cam — 617 864-3594
In-Town Deli 2 Oliver Bos — 617 426-7757
J & J Food Inc 157 Washington Som — 617 625-3978
Jay's Deli 340 Boston Av Med — 781 391-0370
Jim's Deli & Restaurant
  371 Washington Bri — 617 787-2626
Jubilee Cafe 2 Oliver Bos — 617 451-2526
Jubilee Grille Pizzeria 45 Milk Bos — 617 338-2112
Julia's Apron 529 Main Win — 781 729-7481
Kedwin Market 944 Broadway Che — 617 889-5981
Kens New York Deli
  376A Cambridge Burl — 781 750-8478
Kingston Deli 10 Kingston Bos — 617 338-8572
Kwik-E Submarine Sandwiches
  738 Huntngtn Av Roxbury — 617 566-9449
Lambert's Rainbow Deli
  220 Providence Hwy Wswd — 781 329-7400
Letterie's Italian Market
  67 Woodside Av Wint — 617 846-0351
Linden Store The 162 Linden Wel — 781 237-9229
Lino's Super Subs
  134 Mystic Av Med — 781 396-7363
Main St Deli & Pizza Inc
  409 Washington Wey — 781 340-0731
Malden Deli 390 Main Mal — 781 321-6026
Marrett Square Deli
  321 Marrett Rd Lex — 781 863-0540
Mastrangelo Family Catering
  913 Washington Bra — 781 356-4334
**MAX'S DELI CAFE**
  151 Milk Bos — 617 330-9790
McGill's Deli & Ice Cream Parlor
  1317 Main Wak — 781 662-8234
Metrakas Deli 330 Pleasant Mil — 617 696-7677
Metro Convenience
  253 Summer S Bos — 617 345-0481
Michael's Deli 256 Harvard Bro — 617 738-3354
Minute Market 141 Broadway Som — 617 666-0104
Montclair Deli 218 W Squantum Qui — 617 328-5092
Moody Spa 811 Moody Wal — 781 894-1833
Murray's Deli 2 Elm Bra — 781 849-3354
New Baker Street Market Deli
  419 Baker W Rox — 617 327-3080
Nick's Deli 750 Washington Av Rev — 781 284-8421
North End Style Deli
  445 Walpole Nor — 781 762-6068
North End Style Deli
  445 Walpole Nor — 781 762-9539
P & K Delicatessen
  244 Beacon Som — 617 868-0772
P S Gormet Coffee & Deli
  106 Dorchester South Boston — 617 269-4020
Pace J & Son Inc
  2 Devonshire Pl Bos — 617 227-4949
People's Corner Market
  492 Fulton Med — 781 396-0510
Peter's Deli 73 Broad Bos — 617 426-8274
**PETRILLO'S MARKET**
  665 Watrtwn New — 617 527-1158
Pic-A-Deli Inc 38 Batterymarch Bos — 617 338-9778
Piazza Deli Inc 2 Center Plz Bos — 617 227-1333
Prime Deli The 580 South St Wal — 781 893-4344
Puccio's Sandwich Shop
  213 Middlesex Av Med — 781 391-1173
Riverside Deli 7 Needham Ded — 781 329-3329
S & L Cold Cut Center
  462 Eastern Av Che — 617 884-2560
S & S Caterers
  1334 Cambridge St Cam — 617 354-0520
Saigon Corner 24 Billings Rd Qui — 617 770-9333
Saigon Sandwich
  696 Washington Bos — 617 542-6296

*listings and/or advertisements of this classification are continued*

BOSTON 2004

## THE POST CLUB
The "Personal" Personal Introduction Service
Events & Introductions For Singles
- EVENTS
- ROMANCE
- RELATIONSHIPS
- Personal & Video Introductions w/ On-line Access

Serving Singles Since 1988

**(617) 332-2582**
www.postclub.com
3 Washington St., Newton MA

## Great Expectations
READY TO SETTLE DOWN BUT NOT TO SETTLE?
- Oldest & Largest Professional Video Dating Service
- Over 225,000 Members Nationwide
- 3 Marriages/Day Nationwide

Since 1975
Ready for a Change?
**617-332-7755**
www.great-expectations.net
29 Crafts, Newton



## Looking for The Right One?

We're the Relationship Experts
Thousands of Members
Background Checks for Your Security
Membership Guarantee
Offices Nationwide

THE Right ONE
Toll Free
**1-800-818-3283**
www.therightone.com
©TRO

D

## Successful Singles
FOR THAT SINGLE LASTING RELATIONSHIP

- Relationship Specialists Since 1969
- Membership Guarantee
- Background Check • Open 7 Days a Week

www.successfulsingles.com
**800-698-2222**

## SINGLE?
Meet Someone Wonderful At Lunch or Dinner.
Join SINCE 1982
**Lunch Couples**
All Age Groups • Affordable
Great Social Events
Featured in Boston Globe
Call **781-449-7164**
Needham
www.lunchcouples.com

mention this ad for 20% OFF

### DATING SERVICE

GREAT EXPECTATIONS
www.great-expectations.net
29 Crafts Newton ------- 617 332-7755
(See Our Display Ad This Page)
LUNCH COUPLES
Needham ------- 781 449-7164
(See Our Display Ad This Page)
MatchDates
864 Cochituate Rd Framingham ------- 508 620-1211
POST CLUB THE
www.postclub.com
3 Washington Newton ------- 617 332-2582
(See Our Display Ad This Page)
SUCCESSFUL SINGLES INTERNATIONAL
www.successfulsingles.com
Toll Free Dial 1 ------- 800 698-2222
(See Our Display Ad This Page)
THE RIGHT ONE
Toll Free Dial 1 ------- 800 818-3283
(See Our Display Ad This Page)

Day Care
See
Child Care Centers
Day Care Centers-Adult
Home Health Services
Nanny Svce.
Nurses
Sitting Services

### DAY CARE CENTERS-ADULT

ADULT DAY CENTER INC
**Supervised Day Program At Our Center**
Health Care • Rehab Therapies • Hot Meals
Activities • Transportation Arranged
www.adultdaycenterframingham.org
5 Bethany Rd Framingham ------- 508 879-1771

BETHA RUTH HOUSE THE
ADULT DAYCARE CENTER
the next best place to home
See Our Ad At Assisted Living & Elder Care
399 Canton Westwood ------- 781 251-3393

PARMENTER ADULT DAY HEALTH CENTER
www.parmenter.org
------- 508 358-3000

7 days a week,
24 hours a day,
365 days a year.

Verizon's SuperPages.

WHITNEY PLACE ADULT DAY HEALTH
WHITNEY P·L·A·C·E
An Inspired Day Program Combining Healthcare & Social Support For Seniors Living At Home
www.salmonfamily.com
3 Vision Dr, Rt 9W Natick
**508-655-9767**

### DAY SPAS

Body Soul Spa
118 Union Av Framingham ------- 508 872-8882
Concepts Salon & Day Spa
51 Eliot Ntk ------- 508 655-3355
ELIZABETH RENEE ESTHETICS DAY SPA
FACIALS • MASSAGE • SPA TREATMENTS
MAKE-UP • WAXING • MANICURE • PEDICURE
The Power Peel™ • Gift Certificates
26 Grove Wellesley ------- 781 237-7546
European Touch Spa Inc
1300 Worcester Ntk ------- 508 651-8100
In Vogue Spa
730 Boston Post Rd Sud ------- 978 443-2277
Massage Therapy Of Sherborn
5 Powder House Ln Sherbrn ------- 508 655-7772
Nicholas Christies Day Spa
3 Whiting Rd Dov ------- 508 785-9727
Perfectly Polished
148 E Central Ntk ------- 508 653-7787
Phillip DePalma Salons
1154 Worcstr Rd Framingham ------- 508 872-1454
REGINA'S DAY SPA
A Touch of Newbury Street in Metrowest
Facials • Massage • Makeup • Waxing
G.M. Collin & Jane Iredale • Mineral Makeup
309 Pond Ashland ------- 508 881-8448
Sherborn Day Spa The
24 N Main Sherborn ------- 508 650-1111
Skin SpaClinic 24 Main Way ------- 508 655-8899

Deaf-Organizations For Aid To
See
Associations

Deaf Persons Svces.
See
Audiologists
Speech & Language Pathologists

When people are looking for good ideas or ready to buy, they know they can count on information they find in Verizon's SuperPages.

### DECK BUILDERS

ARCHADECK METRO WEST
Custom Designed Decks, Porches & Sunrooms
Written Warranty Call For Your Free Design Consultation
48 Mechanic Newton
Toll Free Dial 1 ------- 888 644-1500
DECKS PLUS
**Decks & Screenrooms**
**Superior Workmanship**
www.decksplus.com
196 Turnpike Rd Westboro ------- 508 836-4500
Dr Deckfence 222 W Central Ntk ------- 508 650-9300
J & D LANDSCAPE CONTRACTORS INC
Stone Garden & Pool Patios
30 Riverdale Av Newton ------- 617 244-2620
Landmark Fence & Deck Company
www.landmarkfenceanddeck.com
Call ------- Framingham TelNo-508-872-4407
PERFECTION FENCE CORP
Custom Designers And Planners
www.perfectionfence.com
Framingham 508 879-5300  Newton 617 527-3600
Toll Free Dial 1 ------- 800 537-2900

### DECK & PATIO CLEANING & RESTORATION

DECK'S CLEANED & STAINED
Lexington ------- Lexington TelNo-781-861-1661

Decorations-Party, Etc.
See
Party Supplies-Retail & Rental

Delay Time Controls
See
Controls, Control Systems & Regulators

Deleading
See
Lead Paint Detection & Removal Svces.

### DELICATESSENS

Cafe' Cardoos ------- 508 655-3911
Culinary Delights Inc
229 N Main Ntk ------- 508 653-5553
Holliston Superette
777 Washngtn Holl ------- 508 429-2009
Joan & Ed's Deli Restaurant
1298 Worcester Ntk ------- 508 653-4442
Kugel's Deli
855 Worcester Rd Framingham ------- 508 620-1300
Marathon Market & Deli
250 W Union Ashland ------- 508 231-1859
Mei & Ernie's Catering Svc
310 E Comnwlth Rd Ntk ------- 508 655-1455
Mel's Restaurant
310 Commonwealth Rd Way ------- 508 653-7777

### DELIVERY SERVICE

AAA COURIER SERVICE INC
Toll Free Dial 1 ------- 888 592-0006
A ADVANTAGE DELIVERY & COURIER SERVICE WHEN YOUR DEADLINE MATTERS
MASSACHUSETTS
Toll Free Dial 1 ------- 800 517-3980
ABC COURIER SERVICE
Marlboro MA
Toll Free Dial 1 ------- 800 481-9588
ABLE DELIVERY CORPORATION
47A River Wellesley
Toll Free Dial 1 ------- 888 745-2253
American Courier Holliston MA ------- 508 429-2353
Clean All Over Laundromat & Dry Cleaning
251 W Central Ntk ------- 508 655-7100
Colonial Livery 20 Spring Ntk ------- 508 653-5600
Connell Dave Trucking
Framingham MA ------- 508 877-7974

listings and/or advertisements of this classification are continued

NATICK 2004

Data Processing Site Preparation Svce.
See
Computer Rooms-Installation & Equip.

### DATA PROCESSING SUPPLIES

Ran Data Systems
69 Russell Ln Abng — 781 878-7121

### DATA RECOVERY SERVICES

Certance 45 Accord Pk Dr Norw — 781 871-7857

### DATA SYSTEMS-CONSULTANTS & DESIGNERS

Abacus Database Applications Inc
93 Taylor Pemb — 781 826-4300
Capeshore Data 90 Rockland Hvr — 781 826-7878

### DATING SERVICE

THE RIGHT ONE
Toll Free Dial 1 — 800 818-3283

Day Care
See
Child Care Centers
Day Care Centers-Adult
Home Health Services
Nanny Svce.
Nurses

### DAY CARE CENTERS-ADULT

COLONIAL ADULT DAY HEALTH CENTER 125 Broad Weymouth — 781 337-3121
HARBOR HOUSE ADULT DAY HEALTH CENTER
11 Condito Wy Hingham — 781 749-4774
MATER DEI ADULT DAY HEALTH
250 Thatcher Brockton — 508 583-8313

### DAY SPAS

Emblazon Salon 165 Market Rock — 781 871-8577
FACE PLACE THE
Merchants Row Hvr — 781 871-7887
First Impressions Salon & Spa
15 Columbia Rd Pemb — 781 826-9676
HAIR EMPORIUM
European Day Spa
Hair • Nail • Skin Care • Massage
www.hairemporium.net
590 Bedford Abng — **781 982-0777**
Inspirations Nail Spa
1143 Broadway Hvr — 781 826-4114
NATURAL BODY WORKS
161 Summer Kingston — 781 585-5130
Personal Best Limited
270 Washington Pemb — 781 826-3363
Salon Di Carlo 80 Washington Norw — 781 871-3396
Skinsations Skin & Nails By Christine
148 Washington Norw — 781 792-0972
Tanning Place The
808 Washington Pemb — 781 826-7069

Deaf-Organizations For Aid To
See
Associations

Deaf Persons Svces.
See
Audiologists
Speech & Language Pathologists

### DECALS

LION-LABELS
15 Hampden Dr Easton — 508 230-8211
P And S Vinyl Stickers
69 Circuit Hal — 781 293-8636

---



**Perfection Fence**
www.perfectionfence.com
ForeverVinyl™
Architectural Designs
CUSTOM DESIGNERS AND PLANNERS™
• Vinyl Fence, Decking and Deck Rails
• Arbors and Pergolas
• Architectural Wood
• Ornamental Iron and Aluminum

ROCKLAND 781-878-5550
MARSHFIELD 781-837-3600
1-800-537-2900

### DECK BUILDERS

**PERFECTION FENCE CORP**
Marshfield — Rockland TelNo-781-878-5500
(See Our Display Ad This Page)

PREMIER FENCE LLC
"A HOMEOWNER'S DREAM"
PVC & Composite Decks & Railings
No Splinters! - No Painting!
OUTLASTS ALL WOOD ALTERNATIVES
Visit Us @ www.premier-fence.com
Toll Free Dial 1 — 800 288-1184

### DECK & PATIO CLEANING & RESTORATION

DECK'S CLEANED & STAINED
Lexington — Lexington TelNo-781-861-1661

Decorations-Party, Etc.
See
Party Supplies-Retail & Rental

Delay Time Controls
See
Controls, Control Systems & Regulators

Deleading
See
Lead Paint Detection & Removal Svces.

*Tired of running around?*
*Verizon's SuperPages keeps working for you 24 hours a day.*



**Find exercise equipment? No sweat.**
Whatever product or service your heart is set on finding, look for it in Verizon's SuperPages. It's the easiest directory to use.

verizon

---

**Supreme Delicatessen**
Party Platters
Colavita & Barilla Pasta
Sub Sandwiches, Salads, Meatballs and Sauce to Go
Open: Monday-Friday - 8am-5:30pm
Sat. - 7am-3:00pm
Sunday Closed
**781-871-4014**
344-A Union St., Rockland

### DELICATESSENS

Emmy's Deli 171 Brockton Av Abng — 781 878-3310
J & L Homestyle Deli
250 Brockton Av Abng — 781 871-2810
On Rye Deli 119 Washington Norw — 781 871-1993
**SUPREME DELICATESSEN**
344A Union Rock — 781 871-4014
(See Our Display Ad This Page)

### DELIVERY SERVICE

A ADVANTAGE DELIVERY & COURIER SERVICE WHEN YOUR DEADLINE MATTERS
South Boston MA
Toll Free Dial 1 — 800 517-3980
Affordable Delivery Service
102 Walnut Abng — 781 878-8758
Airex Delivery Service Inc
300 Oak Pemb — 781 829-4848

FEDEX
Toll Free Dial 1 — 800 463-3339
Peapod 375 Centre Av Abng — 781 871-5759
Pembroke Town Taxi Co
Pembroke MA — 781 293-7362
TRANS-COURIER SYSTEMS INC
478 Torrey Brockton — 508 588-0111
Unishippers Plymouth — Rockland 781-681-5188

### DENTAL LABORATORIES

Advanced Ceramics Inc
293R Washington Norw — 781 659-0123
Block Dental Lab
46 Christina Marie Dr Pemb — 781 294-4811
Dental Services 504 Union Rock — 781 871-2333
DS Dental 76 Park Rock — 781 792-0190
Kailher William Dental Lab
1375 Main Hans — 781 294-0608
Mc Laughlin Dental Laboratory
496 Union Rock — 781 871-2142
Murray Orthodontic Lab
33 Beatrice Ln Hans — 781 293-5700
Neves Dental Laboratory
Norwell MA — 781 659-4052
Norfolk Dental Lab
www.precisecomfort.com
405 Woodbine Av Hans — 781 294-1771
SHUSTER DENTAL LABORATORY INC 329 Cross Hans — 781 293-7317
Sun Dental Lab 235 Hanover Hvr — 781 826-7321

*When customers you want need information about your business, make sure they find your ad in Verizon's SuperPages.*

---



### DENTISTS

ABINGTON DENTAL
**Gentle Caring Dentistry**
• General Dentistry • Oral Surgery
• Orthodontics
**New Patients Welcome**
Route 18
673 Bedford Abng — 781 878-000

ABINGTON FAMILY DENTAL CARE
469 Washngtn Abng — 781 878-219
(See Our Display Ad Page 67)

ADULT COSMETIC & GENERAL DENTISTRY OF HANSON

"Smile By Lyall"
Cosmetic / General Dentistry
**SCOT E. LYALL, D.D.S.**
Tooth Whitening • Veneers
Bonding
Evening Hours Available
Credit Cards Accepted
Hanson
**781-293-2128**
(On Rte 58 Near Town Hall)
7 Liberty Hanson — 781 293-212

ADVANCED DENTAL ASSOCIATES
**Complete Dental Care**
Family, Kids & Cosmetic Services
Endodontist On Staff
Periodontic Services
• Teeth Whitening  • Implants
• Veneers         • Crowns
• Dentures        • Mouthguards
• Preventive Care
Blue Cross, Delta, Credit Cards
56 Driftway Rd Scituate — 781 545-510

ADVANCED FAMILY DENTAL PRACTICE PC
51 Mill Hvr — 781 829-906
(See Our Display Ad Page 72)

ALIKHANI KATHY
Practice Limited To Endodontics
210 Whiting Hingham — 781 749-111

ALLEN ALBERT J JR
382 Grove Braintree — 781 843-107

ALLEN CRAIG M
Family Dentistry
382 Grove Braintree — 781 843-107

ALLEN DENTAL ASSOCIATES
Family Dentistry
382 Grove Braintree — 781 843-107

*listings and/or advertisements of this classification are continued*

*Tired of running around?*
*Shop by telephone at the handiest shopping center in town...*
*the Verizon SuperPages.*

---

Rockland 2004