11/05/01
1 of 1

PAGECRAFTERS

**PERFECTION FENCE CORP. WEB SITE . . .**   www.perfectionfence.com
www.buyarbors.com

Key Word List . . .

Fence, fencing, vinyl, pvc, plastic, maintenance-free, wood, arbors, trellises, pergolas, gazebos, small buildings, sheds, tool houses, lattice, ornamental, swimming pool enclosures, tennis court enclosures, wood fence, kennel enclosures, gates, gate operators, ornamental iron fence, aluminum fence, picket fence, screen fence, stockade, radius sections, custom design fence, arches, security enclosures, electronic gate operators, deck railings, railings, decking, dog kennels, dog houses, lanterns, lantern posts, mailboxes, mailbox post, post finials, post caps, guard rail, wood guard rail, steel guard rail, ForeverVinyl™, construction fence, portable panels, fence hardware, basketball backboards, basketball posts, chain link, chain link fence, bar gates, cantilever gates, access control systems, pillar posts, garden bridges, historic fence designs, columns, grand entrances, widow's walk fencing, roof fencing, equestrian fencing, paddocks, corral, rosette appliqué, pool safety fence, nylon mesh fence