# 2003 Buyer's Guide Form

### American Fence Association
### Complete This Form and Send To:
### AFA 800 Roosevelt Road, Bldg. C-20, Glen Ellyn, IL 60137

Note: Please Complete Sections I-III whether or not you are sending product literature so your company can be included in the summary of companies at the beginning of the book.

## I. General Information

Company Name: _PERFECTION BUILDING PRODUCTS CORP._    Booth Number _479_
Address: _985 PLAIN STREET_
City: _MARSHFIELD_    State/Province _MA_    Zip/Postal Code _02050_
Country: _USA_    Phone: _781-837-3600_    Fax: _781-834-1105_

## II. Buyer's Guide Information (Check One)

___ I would like to repeat the description of my company/products printed in the 2003 Pocket Guide.

_✓_ I would like the following (75 word limit) description of my company/products to appear in the 2003 AFA Buyer's Guide. (Attach separate sheet, if necessary.)

_SEE ATTACHED SHEET._

## III. Product Description (Check all appropriate categories):

- ___ A. Access Control Devices
- ___ B. Concrete/Cement Mixers, Post Setting Equipment
- ___ C. Chain-Link Fence & Accessories
- _✓_ D. Deck & Railing Materials & Accessories
- ___ E. Farm & Ranch Fence Materials
- ___ F. Fence Fillers, Inserts
- ___ G. Fittings
- ___ H. Gate Operators & Associated Products
- ___ I. Highway Fence Products
- ___ J. Machinery & Equipment for Installation
- ___ K. Machinery & Equipment for Manufacturing
- _✓_ L. Ornamental Fence
- ___ M. Paints, Coatings, Sealants
- ___ N. Pipe & Tubing
- _✓_ O. PVC, Plastic Fence
- ___ P. Playground Equipment & Supplies
- ___ Q. Pool Safety Systems
- _✓_ R. Post Caps, Finials
- ___ S. Security Fence & Access Controls
- ___ T. Signs
- ___ U. Snow Fence
- ___ V. Software Computers
- ___ W. Sports Fence & Accessories
- ___ X. Tools/Power Tools
- ___ Y. Trucks (pick up)
- ___ Z. Wood Fence Materials & Accessories
- ___ AA. Other

## IV. Buyer's Guide Sheets (Check One) Only AFA members and exhibitors who have participated in FENCETCH'03 will be eligible for the Buyers Guide.

_✓_ I will not be sending 3,200 sheets to be included in the 2003 AFA Buyer's Guide.

___ I will be sending ___ different sheets for inclusion in the 2003 AFA Buyer's Guide. On _____ 2003, I shipped catalog sheets via _____ to Paperfold, East Point, GA.    (Ship Date)
(Shipping Method)

I have read the specifications for these catalog sheets. The 3,200 submitted sheets conform to said specifications and instructions. I understand that if I send sheets that do not meet specifications, the information will not be included, nor will they be returned to me.

Signature: _____    Date: _____

Mail this form to AFA with three (3) copies of the catalog sheets being submitted, clearly marking each sheet in the order you want them to appear in the guide. **DEADLINE: March 7, 2003**