Volume 17 • Number 5 • $15.00 • May 2001

# LANDSCAPE ARCHITECT

### AND SPECIFIER NEWS



**Business Services**
Pgs 12-17
For in depth listing see pg. 13



**Water Features**
Pgs 22-49
For in depth listing see pg. 22

**Park and Recreation**
Pgs 50-103
For in depth listing see pg. 50



**Site Amenities**
Pgs 104-147
For in depth listing see pg. 104



**Landscape Lighting**
Pgs 148-181
For in depth listing see pg. 148



**Site Surfacing**
Pgs 182-215
For in depth listing see pg. 182

**Erosion Control**
Pgs 216-231
For in depth listing see pg. 216



**Irrigation**
Pgs 232-245
For in depth listing see pg. 232

**Plant Accessories**
Pgs 246-261
For in depth listing see pg. 246



**Plant Materials**
Pgs 262-273
For in depth listing see pg. 262

## OTHER FEATURES

Over 350 product-filled pages in our 14th edition!

Ad Index ............................. page 300
Reader Response Card ............... page 301
Professional Associations Directory ..... page 312
Resource Directory .................. page 321

Read about www.landscapeonline.com on page 4!

## 2001 SPECIFIER'S GUIDE



KLAG0105
Marie Skulsky
Perfection Fence
985 Plain Street, Route 139
Marshfield MA 02050-2153
P0035  JUN 0 4 2001

D.M. Braun & Co
DUMOR INC
(See ads on pg 127 & 139)
Evolutif Furniture
French Wyres
Gardenside Ltd.
JARDISOURCE
(See ad on pg 139)
KINGSLEY-BATE, LTD.
(See ad on pg 139)
LEISURE WOODS, INC.
(See ad on pg 92)
Natural Structures
Robert Martin Designs
Rock Wood Casual Furniture
Royal Pacific
Rustic Natural Cedar Furniture Co.
Seaside Casual Furniture
SITECRAFT
(See ad on pg 121)
Smith & Hawken
Speake Garden Furnishings
Sunbury Cedar
THE BRISTOL BENCH
(See ad on pg 139)
The Wooden Duck
Tidewater Workshop
Timber Holdings, Ltd.
Trellis Structures
Valley USA
Vermont Outdoor Furniture
VICTOR STANLEY, INC.
(See ads on pg 109 & 138)
Walpole Woodworkers
Weatherend Estate Furniture
Wesnic
West Coast Engineering Group
Windsor Barrel Works
Wisconsin Woodworks, Ltd.
Wood Care Systems
Wood Classics
Wooden Village Imports

### Sound Systems
OWI, INC.
(See ad on pg 125)
PAVESTONE
(See ads on pg 141, 187, 213, & 229)
Rockustics Inc.
Soundlites
Stereo Stone Inc
Stonelight, Inc.
TIC INDUSTRIES
(See ad on pg 135)
Urdl's Rock Specialties, Inc.
WATERWORKS ACOUSTICS
(See ad on pg 100)

### Sundials
Atmosphere Inc.
Campania
FLORENTINE CRAFTSMEN
(See ad on pg 142)
HADDONSTONE (USA) LTD.
(See ads on pg 5, 107 & 140)
Henri Studio
Historical Arts & Casting Inc

Continued on page 134

## ITALIAN GARDEN ORNAMENTS
ARTISTIC REPRODUCTIONS IN
MARBLE, STONE, BRONZE AND IMPRUNETA TERRACOTTA





VICENZA STONE






MARBLE




TERRACOTTA



**ROSSATO GIOVANNI** S.R.L.
VIA BRENTA, 11 - P.O. BOX 524 - 36100 VICENZA-ITALY
FAX: +39-0444-928711    PHONE: +39-0444-928499
e-mail: info@italiangardenornaments.com
www.italiangardenornaments.com
For more information: write today

Circle Response # 296



Perfection Fence CORP.
Custom Designers and Planners
Williamsburg Baluster
Grand Entry with Pillar Posts and Full Electronics
FULL LINE MANUFACTURER
ForeverVinyl™ Deck Rails
Grand Vinyl Arbor    Vinyl Privacy Fence
Ornamental Iron
Call For More Information
1-800-537-2900
Manufacturers of FOREVER VINYL™ Fence and Deck Rails

Circle Response # 297