

# AFA FENCETECH '05
## The 43rd Annual AFA Convention & Trade Exhibition
### January 19-21, 2005 • New Orleans, LA

**Exhibitor Prospectus**

advancing marketplace and education opportunities for the fence, deck and railing industries








**New in 2005! Deck & Railing Pavilion**




## 2005 Show Schedule

**Monday, January 17, 2005**
8:00 AM – 5:00 PM ................................. Exhibitor Set-up

**Tuesday, January 18, 2005**
8:00 AM – 5:00 PM ................................. Exhibitor Set-up

**Wednesday, January 19, 2005**
9:15 AM – 10:45 AM ............................. Seminar Program
11:00 AM – 6:00 PM .................................. Exhibits Open
11:00 AM – 6:00 PM ...... Space Draw for FENCETECH'06
12 Noon – 5:00 PM ................................... Demo Theaters

**Thursday. January 20, 2005**
7:15 AM – 8:45 AM ............................... Seminar Program
9:00 AM – 10:45 AM ........................... Chapter Breakfast
                                                            with Keynote Speaker
11:00 AM – 6:00 PM .................................. Exhibits Open
11:00 AM – 6:00 PM ...... Space Draw for FENCETECH'06
12 Noon – 5:00 PM ................................... Demo Theaters

**Friday, January 21, 2005**
8:00 AM – 9:30 AM ............................... Seminar Program
9:00 AM – 1:00 PM .................................... Exhibits Open
9:00 AM – 1:00 PM ........ Space Draw for FENCETECH'06
10:00 AM – 12 Noon ................................. Demo Theaters
6:00 PM – 9:30 PM ............................. Grand Finale Party
                                                            for FENCETECH'05

**Saturday, January 22, 2005**
8:00 AM – 12 Noon .......... Exhibitor Move out Concludes

*This is a preliminary exhibit schedule.
Times and dates are subject to change.*



# FENCETECH'05
The 43rd Annual AFA Convention & Trade Exhibition

## The fence industry's premier marketplace!



*The industry's leading manufacturers, distributors, contractors, and specifiers will come together in* New Orleans, LA, January 19-21, 2005 to present and purchase the latest products, materials, and services.

**ADVANCE YOUR COMPANY'S MARKET SHARE WITH 5,000 FENCE, DECK, AND RAILING PROFESSIONALS!**

*Of last year's FENCETECH attendees:*

**68%** have final say on purchases

**64%** have annual sales over $1 million

**68%** were contractors or retailers ready to buy

**22%** were manufacturers or distributors looking for new lines to carry

*Over half of the exhibiting companies at FENCETECH'03 left with TRIPLE DIGIT LEADS!*

## Product Interest at FENCETECH

Access Control Devices ■ Concrete/Cement Mixers/Post Setting Equipment ■ Chain-Link Fence & Accessories ■ Deck & Railing Materials & Accessories ■ Farm/ Ranch Fence Materials ■ Fence Fillers/Inserts ■ Fittings ■ Gates & Associated Products ■ Gate Operators & Associated Products ■ Highway Fence Products ■ Machinery & Equipment for Installation ■ Machinery & Equipment for Manufacturing ■ Ornamental Metal Fence ■ Paints, Coatings, Sealants ■ Pipe & Tubing ■ PVC, Vinyl, Plastic Fence ■ Playground Equipment/ Supplies ■ Pool Safety Systems ■ Post Caps, Finials ■ Security Fence & Access Controls ■ Signs ■ Snow Fence ■ Software/ Computers ■ Sports Fence & Accessories ■ Tools/ Power Tools ■ Trucks ■ Wood Fence & Accessories

*Source: 2002 ExpoExchange Statistical Analysis*



# advancing marketplace and education opportunities for the fence, deck, and railing industries

An aggressive marketing campaign will help FENCETECH'05 bring more buyers and sellers in the fence, deck, and railing industries together than ever before. The national marketing campaign will be augmented by targeting potential attendees in a 10-state region within a 500-mile radius of New Orleans, and advertising will be expanded to include several industry trade journals.



Additionally, exhibiting companies will have full marketing support to help promote their presence at FENCETECH'05 and increase booth traffic including:

- ■ *Access to more than 5,000* fence, deck, railing, security, specifier, architectural, and government professionals with expanded purchasing power, in part, driven by the Homeland Security Act.

- ■ *Free listing* in Fencepost Magazine's Show Issue and the FENCETECH'05 Pocket Guide to the Exhibits which are distributed free to all attendees/buyers.

- ■ *Demo Theaters* offering opportunities to showcase your latest products and technologies.

- ■ *Extensive networking* opportunities to connect with contractors, distributors, and other industry leaders.



3

# New in 2005!

## Deck & Railing Pavilion



With the strong popularity of decks in the residential market, deck and railing installation has become an important revenue source for fence contractors who want to expand their businesses. Today many contractors already offer decks as part of their product mix.

To respond to this growing trend, an all new Deck & Railing Pavilion will be launched during FENCETECH'05 that will match contractors with the products and services needed to successfully implement or grow the deck and railing side of their businesses.



## The New 2005 Deck & Railing Pavilion will feature:

- ***A Distinctive Section of the Show Floor*** adjacent to the AFA Booth/Lounge that will have its own signage, carpeting, and drape to distinguish it from the general exhibits.

- ***Its Own Demo Theater*** where participating companies can present their products and services at prescribed times. Most commonly used audio/visual equipment will be provided to the user at no extra charge.

- ***Distinctive Graphics in the Pocket Guide*** to the Exhibits so attendees/buyers will be able to distinguish those companies easily from the general listing of all exhibitors.

- ***A Seminar Track*** aimed at drawing more deck and railing professionals in addition to those in the fence industry wanting to learn more about this marketplace.

In addition, *Fencepost* Magazine will showcase decks and railings in its 2004 July/August issue, which will also include a sneak preview of the Deck & Railing Pavilion at FENCETECH'05.

**IMPORTANT:** All companies choosing space in the Deck & Railing Pavilion must have a majority of the space displaying products and/or services for the deck and railing industry.



www.FENCETECH.com



© New Orleans Metropolitan Convention and Visitors Bureau, Inc. Photo

# Ernest N. Morial Convention Center Floor Plan

**Mardi Gras Restaurant** — Black Shading indicates SOLD Booth Space — *Updated 3/18/04*

Demo Theaters

**Cajun Food & Internet Cafe**

**AFA Booth/Lounge** 1419

**Deck & Railing Pavilion**

Demo Theaters

**Deck & Railing Pavilion**

Attendee Registration

Entrance

**Two Principal Entrances**

## AFA FENCETECH'05
The 43rd Annual AFA Convention & Trade Exhibition



## Capture New Markets

Collect leads from new attendees and markets quickly and easily with the Expo Card system! The expanded FENCETECH'05 marketing program is expected to provide manufacturers and suppliers with new market opportunities and leads from a wider variety of non-traditional attendees including architects, specifiers, and others in addition to fence, deck, and railing professionals.

These new markets will be critical for exhibitors who are looking to grow their market share, and the Expo Card system makes recording leads simple.

Each attendee is issued an Expo Card that can be swiped through exhibitor readers to collect valuable prospect information for follow-up. The information is available to participating exhibitors as a printout or on a computer disk.

## Reserve Your Space Early!

**IMPORTANT: THE SALE OF TWO CONTIGUOUS CORNERS (END CAPS) BY THEMSELVES IS NOT PERMITTED.**

A. Select your first three choices using the floor plan.
B. Complete the Exhibitor Contract on page 7.
C. Copy the contract and retain the copy for your records.
D. Mail or fax the contract to:
   American Fence Association
   800 Roosevelt Road, Bdg C-20, Glen Ellyn, IL 60137
   FAX 630.790.3095

## Cost & Payment Schedule

Booth cost is $1750 per 10x10 space (plus $350 on first booth only for non-members).

Exhibitors will be invoiced for the deposit of 50% through July. Contracts received beginning August 1, 2004 will be invoiced for the full amount of the booth space cost. The remaining 50% will be due no later than August 15th, 2004.

# ~ RULES GOVERNING FENCETECH ~

**Sponsor.** The word "sponsor" as used herein shall mean the American Fence Association or their officers, agents or employees acting for them, in the management of the exhibit.

**AFA Policies.** All outstanding accounts must be paid in full before any firm will be allowed to exhibit (i.e. Sponsorship or advertising).

**Eligible Exhibits.** The Sponsor reserves the right to determine the eligibility of any company or product for inclusion in the Exhibit.

**Exhibit Booth Personnel.** Exhibiting companies are allowed five (5) registered booth personnel per 10' x 10' booth space rented. Additional personnel above the allotted number can be registered for $25.00 per person.

**Indemnification.** Exhibitor agrees that it will indemnify and hold sponsor and Exhibit Facility harmless from and against all claims, demands, actions, damages, loss, cost, liabilities, expenses and judgments recovered from or asserted against Sponsor on account of injury or damage to person or property to the extent that any such damage or injury may be incident to, arise out of, or be caused, either proximately or remotely, wholly or in part, by an act, omission, negligence or misconduct on the part of Exhibitor or any of its agents, servants, employees, contractors, patrons, guests, licensees or invitees or of any other person entering upon the Premises leased hereunder with the express or implied invitation or permission of Exhibitor, or when any such injury or damage is the result, proximate or remote, of the violation by Exhibitor or any of its agents, servants, employees, contractors, patrons, guests, licensees or invitees of any law, ordinance or governmental order of any kind, or when any such injury or damage may in any other way arise from or out of the occupancy or use by Exhibitor, its agents, servants, employees, contractors, patrons, guests, licensees or invitees of the Premises indicated in the contract. Exhibitor covenants and agrees that in case Sponsor shall be made a party to any litigation against Exhibitor or in any litigation commenced by any party other than Exhibitor relating to this agreement or to the Premises indicated in the contract, then Exhibitor shall and will pay all costs and expenses, including reasonable attorney's fees and court costs, incurred by or imposed upon Sponsor by virtue of any such litigation. These terms of indemnification shall be effective unless such damage or injury my result from the sole negligence, gross negligence or willful misconduct of Sponsor.

**Exhibitor Representatives' Responsibilities.** Each Exhibitor must name at least one person to be his representative in connection with installation, operation and removal of exhibit. Such representatives shall be authorized to enter into such service contracts as may be necessary, and for which the Exhibitor shall be responsible.

**Defacing of Building.** Exhibitors are liable for any damage caused by fastening displays or fixtures to building floors, walls, or to standard booth equipment or for damage caused in any other manner. Exhibitors may not apply paint, lacquer, adhesive or any other coating to building walls and floors or to standard booth equipment. In the event of damaged property the show sponsor reserves the right to designate the contractor for repair.

**Outside Exhibits/Hospitality Suites.** Exhibitors are prohibited, without express written approval from the sponsor, from displaying products/services and/or other advertising material in areas outside their booth space such as, but not limited, parking lots, hotel lobbies, lounges, corridors etc., unless previous arrangements are made through programs provided by the Sponsor. Unauthorized facility tours are prohibited. Exhibitors also agree not to operate hospitality suites during hours in which the show floor is open or when a Sponsor activity is being held. Exhibitors hosting hospitality functions are prohibited from holding those activities during official show hours.

**Exhibitor Service Manual.** Exhibitor Service Manuals will be sent to the designated representative of the exhibitor. The Exhibitor Service Manual will contain information integral to participation at FENCETECH, including but not limited to additional exhibitor and display rules and regulations, convention and exhibit schedule, registration, official contractor order forms, security, plants shipping and drayage, utilities and building services.

**Rejected Displays.** The Exhibitor agrees that his exhibit shall be admitted and shall remain from day to day solely on strict compliance with the rules herein laid down. The Sponsor reserves the right to reject, eject or prohibit any exhibit in whole or in part, or any Exhibitor or his representatives, with or without giving cause. If cause is not given, liability shall not exceed the return to the Exhibitor of the amount of rental unearned at the time of ejection. If an exhibit or Exhibitor is ejected for violation of these rules or for any other stated reason, no return of rental shall be made.

**Carpet.** All booth spaces must be carpeted. Consult Exhibitor Service Manual for arrangements.

**Cleaning Service.** Service for the cleaning of the aisles will be provided.

**Insurance.** Fire and theft insurance, if so desired, must be taken out by each Exhibitor at his own expense.

**Character of Displays.** Distribution of samples and printed matter of any kind, or any promotional material, is restricted to the confines of the exhibit booth. No noise makers or anything not in keeping with the technical character and high standards of AFA may be distributed or utilized by any Exhibitor in the exhibit area.

**Late Set-up.** Late set-up and early tear-down will not be permitted without written permission of on-site Exhibit Manager.

**Labor/Laws.** Exhibitors must comply with union labor work rules. Exhibitor shall abide by and observe all federal, state and local laws & rules and regulations of Exhibit Facility.

**Exhibit Service Contractor.** Freeman Decorating Co. is the official FENCETECH contractor. Exhibitors using contractors other than Freeman must advise Sponsor and submit necessary certificates of insurance to AFA in advance of Exhibitor setup. Freeman will prepare and mail an Exhibitor's Service Manual approximately three months prior to show.

**Attendance.** The Sponsor shall have sole control over attendance policies at all times. FENCETECH is designed for fence industry professional who are interested in learning the latest advances in the fence industry. The programs are directed at all levels of operation; owners, officers, general manager, sales staff, public work officials, state and local municipalities and installation crews. It is also designed to address the needs of affiliated trade professionals, organizations, industries or companies that purchase fence products or have unique fencing needs.

**Children.** Children who are not confined to a stroller, i.e. anyone who can walk must be properly badged. Children age 17 and under attend the trade show at no charge. Children are not permitted on the trade show floor during Exhibitor set-up and tear-down times.

**Sub-Leasing.** The space contracted for is to be used solely by the Exhibitor whose name appears on the contract. Exhibitors may not sub-let their space, nor any part thereof without PRIOR written authorization by the Sponsor.

**Security.** The Sponsor will employ reputable security during the show. The duty of security will be to protect the general exhibit against fire or other catastrophes. Neither the Sponsor, exposition management, nor the property being utilized will assume any responsibility for Exhibitor's personal property. It is suggested that the Exhibitor insure his property against loss and theft.

**Fire and Safety Laws.** Federal, State and City Laws must be strictly observed. Cloth decorations must be flameproof. Wiring must comply with fire department and underwriters rules. Aisles and fire exits cannot be blocked by exhibits. No decorations of paper, pine boughs, leafy decorations or tree branches are allowed. Combustion engines cannot contain fuel, a locking gas cap must be installed and all batteries must be disconnected. Additional detailed Fire Department regulations will be enclosed in the Exhibitor Service Manual.

**Other Laws.** Exhibitors must comply with all other applicable Federal, State and local laws and sales taxes. Exhibitor solely responsible for obtaining all licenses.

**Amendment to Rules.** Any and all matters or questions not specifically covered by the preceding rules and regulations shall be subject solely to the decision of the Sponsor. The rules and regulations may be amended at any time by the Sponsor and all amendments so made shall be binding on Exhibitors equally with the foregoing rules and regulations.

**Cancellation of Exhibit Space.** If an Exhibitor cancels his space before June 15, 50% of the deposit will be refunded. If an Exhibitor cancels the space on or after the aforementioned date, it is mutually agreed that he will not be entitled to any refund but will be liable for the entire cost of the exhibit space. All cancellations must be in writing. It is agreed that the Sponsor reserves the right to reassign canceled booths. Cancellation fees still apply even in the event the booth space is reassigned. Downsizing of booth space is treated as a cancellation.

**Failure to Hold Exhibit.** In the event that this show is not held for any reason beyond the control of the Sponsor, the AFA reserves the right to retain such part of the Exhibitor's rental as shall be required to recompense it for expenses incurred up to the time such contingency shall have occurred.

**Booth Assignments.** All assignments will be at the discretion of the Sponsor and all locations will be final.

**NOTE:** Sponsor's contract with official convention facilities supersedes all contracts between Sponsor and Exhibitor.

# AMERICAN FENCE ASSOCIATION

January 19-21, 2005 ■ New Orleans, LA USA
Ernest N. Morial Convention Center



FENCETECH'05
The 43rd Annual AFA Convention & Trade Exhibition

## EXHIBITOR CONTRACT

### COMPANY INFORMATION

*Exhibitor:* Please indicate any changes in company name, contact name, address, phone or fax number below; this is your official listing and contact information:

Company Name _____

Exhibiting Co. Name (if different from above) _____

Contact Person Name _____ Title _____

Address _____

City _____ State/Province _____ ZIP/Postal Code _____

Country (if not USA) _____ Company URL _____

Phone _____ 800 Number _____ Fax Number _____

E-Mail _____

### SPACE REQUIREMENTS & EXHIBIT COST

Minimum: **One 10' X 10' Booth Unit. My choices are: 1. _____  2. _____  3. _____ ; Booth Size: _____**
Companies you prefer NOT to be located near _____
**COST: $1750 (US)**
**A surcharge applies to NON-members –** $350.00 Non Member surcharge is added on the first booth only for non-members.

### PAYMENT SCHEDULE

Exhibitors will be invoiced for 50% of the total cost through July. Beginning August 1 invoices will reflect 100% of payment due.

Exhibitors who are not in compliance with this payment schedule forfeit their rights to special convention rates and pay regular exhibit fees. **No exceptions will be made. All cancellations must be in writing. 50% of deposit will be refunded if cancellation is received prior to June 15, 2004.  If cancellation is received after June 15, the exhibitor will be liable for 100% of the total exhibit fee.**

AFA agrees to hold exhibit space pending a signed contract. Upon receipt of your signed contract, AFA will invoice you for 50% of the total booth cost.

### PRODUCT INFORMATION

I will display the following product categories at FENCETECH'05 (please check all that apply):
I hereby apply for space in FENCETECH'05 & have read, understand and agree to abide by all rules, regulations & conditions stated on the front and back of this contract.

- ❏ A. Access Control Devices
- ❏ B. Concrete/Cement Mixers/Post Setting Equipment
- ❏ C. Chain-Link Fence & Accessories
- ❏ D. Deck & Railing Materials & Accessories
- ❏ E. Farm/Ranch Fence Materials
- ❏ F. Fence Fillers/Inserts
- ❏ G. Fittings
- ❏ H. Gates & Associated Products
- ❏ I. Gate Operators & Assoc. Products
- ❏ J. Highway Fence Products
- ❏ K. Machinery/Equipment for Installation
- ❏ L. Machinery/Equipment for Manufacturing
- ❏ M. Ornamental Metal Fence
- ❏ N. Paints, Coatings, Sealants
- ❏ O. Pipe & Tubing
- ❏ P. PVC, Vinyl/Plastic Fence
- ❏ Q. Playground Equipment/Supplies
- ❏ R. Pool Safety Systems
- ❏ S. Post Caps, Finials
- ❏ T. Security Fence & Access Controls
- ❏ U. Signs
- ❏ V. Snow Fence
- ❏ W. Software/Computers
- ❏ X. Sports Fence & Accessories
- ❏ Y. Tools/Power Tools
- ❏ Z. Trucks
- ❏ AA. Wood Fence & Accessories
- ❏ AB. Other _____

Printed Name _____ Title _____

Authorized Signature _____ Date _____

---

**FOR OFFICE USE ONLY**     Accepted for the American Fence Association, Inc. by:

Signature _____ Title _____ Date _____

Assigned Booth # _____ Size _____ Total Square Feet _____

Total Due $ _____ Deposit Recvd $ _____ Balance Due _____

Comments _____

---

Please return completed form to: **American Fence Association** ■ 800 Roosevelt Road, Building C-20 ■ Glen Ellyn, IL 60137
800-822-4342 ■ 630-942-6598 ■ FAX 630.790.3095

## Sponsorships



Maximize your company's presence at FENCETECH'05 by participating in the sponsorship program. From events to products, the opportunities to reinforce your name and logo recognition with the industry's top professionals are extensive. Sponsorship opportunity information will be sent to you with the confirmation of your exhibit space.

First right of refusal is granted to the previous year's sponsor until May 15, 2004 at which time the policy is first come, first served. At the time a sponsorship is reserved, 50% of the sponsorship amount is required. The balance is due no later than October 15, 2004.



© *New Orleans Metropolitan Convention and Visitors Bureau, Inc. Photos*

8   www.FENCETECH.com



**The 43rd Annual AFA Convention & Trade Exhibition**

## Exhibitor Package

The American Fence Association wants FENCETECH to be a most profitable and enjoyable experience possible for exhibitors. To maximize exhibitors' impact on the fence industry market, the following are included in the booth cost:

1. Booth space.
2. All non-island space will be defined by an 8' high backdrape and 36" high side dividers **AT NO COST.**
3. One identification sign (7" high, 44" long) **AT NO COST.**
4. An alphabetical listing by company in the Pocket Guide to the Exhibits which has all pertinent company information including a product description as well as a cross-referenced listing by product categories **AT NO COST.**
5. Access for 5 exhibiting company personnel per 100 square feet to the show floor and to all educational seminars **AT NO COST.**
6. **FREE USE** of the Exhibitors' Lounge with "One-Stop Shopping" where you can register, arrange for additional services, and sit back and enjoy a beverage. Light lunch service will also be available, at the individual's expense.

### Additional Marketing Opportunities include:

7. One 4 color page (per 100 sq. feet) in the exclusive Buyers Guide **AT NO COST.**
8. A listing in *Fencepost* Magazine's Show Issue (distributed to all FENCETECH'05 registrants plus 10,000 circulation) **AT NO COST.**
9. Discounts on *Fencepost* Magazine Special Show Issue advertising.
10. Access to the post-show listing of registered FENCETECH'05 attendees.
11. Priority booth selection for FENCETECH'06.
12. Exhibitor VIP passes and stickers promoting FENCETECH'05 **AT NO COST.**
13. Participation in the Outdoor Equipment Demonstration **AT NO COST.**

**For more information about FENCETECH'05, contact:**



**American Fence Association**

800 Roosevelt Road, Building C-20
Glen Ellyn, IL 60137
Phone: 800-822-4342 or 630-942-6598
Fax: 630.790.3095
E-mail: afa@mindspring.com
Web Site: www.AmericanFenceAssociation.com

*FENCETECH'05 is produced and managed by CM Services, Inc., in Glen Ellyn, IL.*