


**February 25-27, 2004**
Orange County Convention Center
Orlando, Florida

# POCKET GUIDE EXHIBITOR INFORMATION

**IMPORTANT**: The Program & Exhibits Guide commonly referred to as the "Pocket Guide" will list your company information and booth number in alphabetical order. In order to have your company properly listed, please complete the entire form A – D. **ONLY COMPANIES PAID IN FULL WILL BE LISTED IN THE POCKET GUIDE.**

**A. Company Contact Information**
Company Name: ___PERFECTION BUILDING PRODUCTS CORP.___
Address: ___635 Plain Street___
City: ___Marshfield___  State: __MA__  Zip Code: __02050__
Country: _____ (if not United States of America)
Tel: __781-837-3600__  Fax: __781-834-1105__
Email: __sales@perfectionfence.com__  Website: __perfectionfence.com__

**B. Product Line Description** (Using no more than 50 words, describe the product lines you will be exhibiting as well as other lines for the fence industry which you want included.)
☐ PLEASE DUPLICATE OUR LISTING AS IT APPEARED IN THE 2003 POCKET GUIDE
    See Attached Sheet.

**C. Product Lines:**   (Check all that are applicable.)
___ A. Access Control Devices
___ B. Concrete/Cement Mixers,
     Post Setting Equipment
___ C. Chain-Link Fence & Accessories
_X_ D. Deck & Railing Materials & Accessories
___ E. Farm & Ranch Fence Materials
___ F. Fence Fillers, Inserts
___ G. Fittings
___ H. Gates, Gate Operators & Associated Products
___ I. Highway Fence Products
___ J. Machinery & Equipment for Installation
___ K. Machinery & Equipment for Manufacturing
_X_ L. Ornamental Fence
___ M. Paints, Coatings, Sealants
___ N. Pipe & Tubing

_x_ O. PVC, Plastic Fence
___ P. Playground Equipment & Supplies
___ Q. Pool Safety Systems
_X_ R. Post Caps, Finials
___ S. Security Fence & Access Controls
___ T. Signs
___ U. Snow Fence
___ V. Software Computers
___ W. Sports Fence & Accessories
___ X. Tools/Power Tools
___ Y. Trucks (pick up)
___ Z. Wood Fence Materials & Accessories
___ AA. Other _____

**D.   Name & Signature**
___Bryan S. Skulsky___          _Bryan S Skulsky_
     Contact Name                      Signature

**FAX THE COMPLETED FORM NO LATER THAN JAN 13 TO:**
Chuck Simanek, Trade Show Director FENCETECH   630.790-3095