**20 ■ SEPTEMBER 2004 ■ WORLD FENCE NEWS**

# Deck Lok™ becomes first vinyl decking system determined to meet all ICC building codes



MILFORD, Ind. -- Royal Crown Limited announced that the International Code Council Evaluation Service (ICC-ES) has evaluated the company's Deck Lok™ vinyl decking systems, and, according to the official ICC-ES report No. ESR-1051, Deck Lok™ was determined to be in full compliance with all building code standards set forth by the International Building Code® (IBC), the International Residential Code® (IRC) and the Uniform Building Code™ (UBC).

According to David Gargett, senior technical representative at Royal Crown Limited, "This report makes Deck Lok the first and only vinyl decking system to pass the council's new rigorous testing process, which assesses crucial construction data such as flame resistance, load accommodation, material elasticity, and durability in response to weathering, and other factors."

The results of the 18-month-long testing process confirm that Deck Lok is a viable alternative to preservative-treated or naturally durable lumber decking systems, an important fact for decking dealers and installers, Gargett said.

"The ICC-ES evaluation will help make Deck Lok available to every region of the United States, including counties in Missouri and Virginia, where official, written reports demonstrating code compliance are required of all decking manufacturers," commented Deron Manwaring, Royal Crown's national marketing and sales manager. "Homeowners in those regions will now have access to this durable, breakthrough alternative to wood decks."

Deck Lok is a 100 percent vinyl decking system that is durable and won't splinter or split. Deck Lok requires no sealing, staining or other time-consuming maintenance.

It is part of a complete line of premium-grade vinyl products offered by Royal Crown Limited. Other Royal Crown brands include Triple Crown™ fencing, Brook Deck™ and Brock Dock®.

For more information on these product lines direct from the manufacturer, call 1-800-488-5245, send e-mail to info.rcl@royplas.com, or see the web site located at www.royalcrownltd.com.

### Fencer's Field Report
continued from page 12

Shelton of **Fence Builders** located in **Winston-Salem, North Carolina** who told us that, at the time we spoke, the season was even with last year and that while residential was off, he was doing more government business, which tended to make up the difference.

Fence Builders does 60 percent residential and 40 percent commercial and they carry a full line of residential products. On the commercial side, they were doing more access control projects via military contract.




CIRCLE NO. 32 ON THE READER SERVICE PAGE

## "ADVANTAGE" VIP

Our new product is packaged in a 3½" x 2½" box. It can be shipped UPS at a great freight savings or it can be inventoried in a much smaller area than normal plastic slats require.

**The Word is Out. Get the Advantage!**



Our customers say, "It's the only plastic slat that we will use."

U.K. Patent #2,246,375
U.S. Patent #4,950,098

**COMPANY  1-800-547-2410**

No more "hard to handle" plastic bags to slide around on your truck
No more messy inventories • Excellent UPS freight rates • If you require a small or large job, call us toll free • Nine colors • Ten year limited warranty

CIRCLE NO. 33 ON THE READER SERVICE PAGE

## WHEN YOU WANT TO CAP IT OFF WITH SOMETHING A LITTLE DIFFERENT!


Tin cap — not recommended

Try the
**APEX POST CAPS**


Apex cap — highly recommended!

**We have the post caps you need! Many sizes and styles available!**

We carry the most extensive line of apex and pyramid post caps in the fence industry!

- **External caps:** 1-in. x 1-in., 1¾-in. x 3½-in., 2-in. x 3½-in., 2½-in. x 2½-in., 3½-in. x 3½-in., 4-in. x 4-in., and 5-in. x 5-in.
- **Internal caps:** 1-in. x 1-in., 1⅜-in. x 1⅜-in., 1½-in. x 1½-in., 3-in. x 3-in. and 5-in. x 5-in.

## MODERN FENCE TECHNOLOGIES

Eastern U.S. Sales Call 1-888-456-6786
Western U.S. Sales Call 1-888-613-8146
Midwest U.S. Sales Call 1-888-456-6786
Canada or Outside U.S. Call 1-262-642-9123     American Made!

CIRCLE NO. 34 ON THE READER SERVICE PAGE

## Boardwalk composite decking and railing offers new fascia option for finished look

VALLEY FORGE, Pa. — CertainTeed Corporation has expanded its line of Boardwalk® composite decking and railing to include nominal ½-in. x 12-in. fascia.



Designed for covering rim joists, joints and plank ends, the new ½-in. by 12-in. fascia is 12 feet in length and wide enough to conceal cooling vents on Boardwalk planks that feature the recently introduced Hidden Fastener System (HFS™) option, the company said.

The fascia can also serve as a stair riser to conceal open space between a deck's steps. Also available in its original nominal ½-in. x 10-in. size, Boardwalk fascia comes in gray and tan and can be installed on solid backing using finishing nails or small screws.

"Decks are undeniably a valuable part of today's residential building marketplace; in fact, a recent homebuyer survey by the National Association of Home Builders rated outdoor decks as a 'must-have' feature of the home," said Walt Hoyt, director of marketing communications for CertainTeed's Siding Products Group.

"As such, it is imperative that decks be constructed with finishing details such as fascia that make them a more complete extension of homeowners' living spaces. Boardwalk fascia options help builders and remodelers meet this growing demand," he said.

Boardwalk is the only composite decking system made with CertainTeed's patented EcoTech™ material that combines polyvinyl chloride with recycled natural fibers for strength and durability, Hoyt said.

Impervious to wood-boring insects, Boardwalk products contain no harmful chemical preservatives and have a Class 1 fire rating, which is the best in the industry.

Boardwalk's high-performance characteristics make it well suited for exterior applications such as decks, docks, porches, pool surrounds, walkways, stairs, railings and more.

CertainTeed is a leading North American manufacturer of vinyl and fiber cement siding; vinyl and composite decking, railing and fencing; vinyl windows and patio doors; residential, commercial and mechanical insulation; residential and commercial roofing; pipe; and foundation systems.

From its humble beginnings in East St. Louis, CertainTeed has become one of the nation's largest and most well-respected manufacturers of building products.

CertainTeed celebrates 100 years of leading the building products industry with creative advancements, insightful solutions and unparalleled dedication to service.

In 1904, George Brown founded the General Roofing Manufacturing Co. in East St. Louis, Ill. A decade later, the company slogan, "Quality Made Certain, Satisfaction Guaranteed" became the inspiration for the CertainTeed name.

For more information, visit the web site www.certainteed.com.

---

### Letter to the editor

### Reliance Fence Co. owner turns in his pliers

Dear World Fence News:

This letter is to all of my many friends and acquaintances in the fence industry.

I have been fencing people in, or out, for over 35 years, 20 of those years as Reliance Fence Co., located in Bakersfield, Calif. Now it is time that I be fenced in.

I am retired, as of July 4, 2004, from the fence business, but I will still be around.

I want to thank you all for the years of friendship and business that we have shared through Reliance Fence.

It has been a pleasure being associated with you.

I would also like to introduce to you James Booker, who is taking over the reins of Reliance Fence. James plans on keeping the tradition of "Not the biggest, but the best" with the superior quality of work that Reliance Fence is known for.

I hope that you and James will continue business as usual and you have many, many years of success.

*Chuck Haws, retired*

## WHO SAYS THERE IS NO SUCH THING AS A FREE LATCH?

**Through September 30, 2004, order 4 Model GL-100 latches and get 1 FREE!**

Now is your chance to offer your customers the best ultra high security gate latch on the market!

**MODEL GL-100 ULTRA HIGH SECURITY LATCH**

*Simple 4 bolt installation*

Patent Pending

### Also Available for Ornamental Gates

**Features Demanded By Today's Tough Security Environment:**
- Accommodates Both 1-5/8" and 2" Gate Frames
- Adjusts To Fit Any Opening Up To 6"
- Heavy Duty Protection — Bolt Cutter Resistant
- Drop Rod Not Necessary  • Rugged Yet Attractive Look
- Simple 4 Bolt Installation
- Latch Can't Be Opened Even If Bolts Are Removed

Cargo Protectors • 2501 Wayzata Blvd. • Minneapolis, MN 55405
1.800.728.3038 • 612.374.3038 • fax 612.374.3706
e-mail: rosie@cargoprotectors.com • www.cargoprotectors.com

CIRCLE NO. 74 ON THE READER SERVICE PAGE

---

**Get Total Market Coverage!**
**Advertise in World Fence News!**
Call 1-800-231-0275 in the U.S. and Canada

## New handrailing system complements EverX™ composite decking system

GRAND RAPIDS, Mich. — Universal Forest Products has expanded its EverX™ composite decking line with the introduction of EverX Latitudes, a premium, co-extruded railing system, the company said.

EverX Latitudes is co-extruded utilizing two layers of material, one for the base made from wood composite and an outer layer made of PVC, making these railing systems extremely strong and durable, UFP said.



*The Latitudes railing system is designed to complement the EverX composite decking line from Universal Forest Products. (UFP photo)*

UV inhibitors add an extra layer of protection against fading. The system is easy to install and requires very little maintenance, the company added.

Backed by a 20-year limited warranty, EverX Latitudes will not rot, crack, splinter or suffer structural damage from termites and fungal decay.

EverX Latitudes is available in a white 2x3 vertical top rail, with a complete line of accessories including a stair system and angle brackets.

Universal Forest Products' EverX composite decking is designed for new deck construction, or replacement. EverX is made from a composite wood fiber and plastic that creates a natural barrier against UV rays, insect infestation and moisture damage.

Non-toxic and environmentally friendly, EverX decking will look like new, year after year. The unique slip resistant finish adds stability and better traction, wet or dry, the company said.

EverX installs on an existing treated wood structure using conventional woodworking tools. The material cuts, drills and installs like wood. No staining, sanding or painting is required. It can be installed in patterns that suit the homeowners personal style and that complement the architectural theme of the home.

EverX requires very little maintenance. There is no need to constantly seal or waterproof the deck, just a little soap and water will keep the deck looking like new for years.

The product is available in gray and cedar tones with matching railing components made from the same composite material.

EverX composite decking has passed the rigorous testing requirements by the ICC-ES for wood/plastic composite deck board and railing (NER 682), according to the manufacturer.

Universal Forest Products, headquartered in Grand Rapids, Mich., markets, manufactures, and engineers wood and wood-alternative products.

For more information about EverX composite decking and accessories or to locate a dealer, call 1-877-463-8379 or visit www.ufpi.com.



**POST & RAIL FENCE EQUIPMENT**
- Tenoners
- Dowelers
- Pointers
- Domers
- Gang Drills
- Sanders
- Chopsaws

**Dyna Products**
6228 60th Ave. • Evart, MI 49631
**888-820-3962**

CIRCLE NO. 75 ON THE READER SERVICE PAGE

---

Use the World Fence News
FenceLine product locator service!
1-800-231-0275

---

## BURKE-PARSONS-BOWLBY
### Your Source for Highway Wood Products

**SPLIT RAIL**



We also manufacture Farm Posts, Fence Boards, Building Poles, High Tensile Posts and Battens, Vineyard Posts, Appalachian Split Rail

Each post and rail is date nailed to ensure a quality CCA or Creosote pressure-treated product.

**RIGHT OF WAY FENCE**

**BPB treats to all applicable government and industrial specs**

Burke-Parsons-Bowlby Corporation • P.O. Box 231 • Ripley, WV 25271
1-800-272-2365 • 304-372-1202 • FAX 304-372-1211 • www.bpbcorp.com

CIRCLE NO. 76 ON THE READER SERVICE PAGE

## Master Deck Vinyl Products, Inc. introduces Diamond vinyl decking

PHILIPSBURG, Penn. — John Showers and Ray Showers, veterans of the vinyl window manufacturing and distribution industry and owners of Master Deck Vinyl Products, have introduced a new vinyl decking system to the market.

"Using today's most advanced technology and state-of-the-art designs, this new product eliminates pounding, jumping, brackets, clips, spacers, beating into place, and other installation hassles," said Ray Showers.

Diamond vinyl decking has four patents pending, with special features such as the Drop Lock System, Triple Diamond Drainage Surface System, and Diamond Seal. The system is 95 percent waterproof, Showers added.

Diamond vinyl decking is available in white, gray and tan, with clay soon to be added as a fourth color choice.

"We have spent over six years researching and developing this product," said Showers.

"With over 27 years in the window manufacturing and distribution business, much of our input has come from the contractors who are doing the actual installation work. We did surveys on what contractors wanted in a deck, and their number one response was a product that is user friendly and easy to install."

Diamond vinyl decking installs by simply attaching the starter strip or J-channel, inserting the first panel, screwing it down through a pre-drilled flange, and dropping the next panel in place and snapping it down, Showers noted.

Ron Phillips, manager of Masterpiece Fence, Deck and Railing Co. of Philipsburg, Penn., said the feedback he has received has been "tremendous."

"Many of our dealers claim Diamond vinyl decking goes down as much as five times faster than anything they have used before," he commented.

The product is manufactured from 100 percent vinyl, and features the previously mentioned pre-drilled installation flanges.

The "diamond" surface system provides for better drainage. The system features a full 6-inch face, and built-in channels for drainage.

For additional information, call toll-free 1-800-742-4504, or 1-814-342-6540. See the company web site at www.diamonddecking.net.



The new Diamond vinyl decking system from Master Deck Vinyl Products uses a special "drop lock" design to make installation faster and easier, the company said. (Master Deck Vinyl Products photos)

## Dealer keeps tabs on customer preference, and finds vinyl most popular among experienced homebuyers

Kent Mohler knows his customers, as well he should. Mohler, owner of Kent Mohler Exteriors (KME) of Kearney, Mo., has served Kansas City and its surrounding areas since 1975.

And, if there's one thing he said he has learned in his nearly 30 years of business, it's that high-quality, low-maintenance materials really do work well, both for the customers and KME's bottom line.

While every customer is unique, Mohler said he has observed that experienced homebuyers prefer maintenance-free materials such as vinyl, whereas first-time homebuyers tend to overlook this relatively new material.

"First-time homebuyers often want authentic, traditional materials, and later regret the decision after devoting an a lot of time to maintaining their home's curb appeal," said Mohler.

Of KME's loyal customer base, a vast majority of return customers who once wanted "Old World" materials are requesting vinyl when moving into a new home or upgrading their existing space, he noted, adding that KME offers only low maintenance and maintenance-free home exteriors products.

KME began supplying and installing vinyl fencing in the early 1990s.

"Fencing materials have come a long way since the days of wood. The rising cost of lumber and the fact that it has more knots and twists than ever (due to it being taken out of the forest earlier in its life cycle) has driven consumers and building professionals to

continued on page 93

# Master Deck Vinyl Products Co.

diamonddecking.net   **PRESENTS**

# DIAMOND DECKING

**SHOOTING INTO A NEW ERA OF ADVANCED TECHNOLOGY**

**TIRED OF:** CLIPS, BRACKETS, SPACERS, POUNDING, BEATING, 2 & 3 PIECE DECKS, BUCKLING, SWELLING, 8-12 WEEK DELIVERY, WATER POURING THROUGH, SCREWING THROUGH THE FACE OR INTERLOCK. WE MAY HAVE THE ANSWER. **DIAMOND VINYL DECKING** SIMPLY DROPS AND LOCKS 5 TIMES FASTER AND HAS 4 PATENTS PENDING.

**EXCLUSIVE DEALERSHIPS AVAILABLE (ACT NOW!)**

# IN VINYL DECKING
## 1-800-742-4504

CIRCLE NO. 120 ON THE READER SERVICE PAGE

**8 ■ NOVEMBER 2004 ■ WORLD FENCE NEWS**

## INDUSTRY CALENDAR OF EVENTS

### NOVEMBER 2004

**International Security Conference Expo East Coast – ISC East**
Nov. 2–4 — Jacob Javits Convention Center
New York, New York
203-840-5451 (Beth Blake)

**Wisconsin / Northern Illinois Chapter Mtg.**
Nov. 2 — Host: Crist Fencing
608-849-4654 (Al Statz)

**Chain Link Fence Manufacturers Institute Annual Business Meeting**
Nov. 3–5 — Loews Ventana Canyon Resort
Tucson, Arizona
301-596-2583
fax 301-596-2594

**Damage Prevention Conference & Expo**
Nov. 30–Dec. 3 — Gaylord Texan Resort
Grapevine, Texas
800-827-8009
www.DamagePrevention.com

### DECEMBER 2004

**International Pool & Spa Institute's International Pool & Spa Expo**
Dec. 1–3 — Las Vegas Convention Center
Las Vegas, Nevada
972-536-6366 / fax 972-536-6365

**California Chapter "Exit Planning & Trusts"**
Dec. 3–4 — Coronado, California
760-744-4124 (Ira Schechtel)

**Chicago Chapter of AFA Christmas Party**
Dec. 11 — William Tell Restaurant
847-888-4810 (Larry Wanat)
630-904-2304 (Starr Bishop)

### JANUARY 2005

**American Fence Association 43rd Annual Convention & Trade Exhibit FENCETECH'05**
Jan. 19–21 — New Orleans, La.
800-822-4342 / fax 630-790-3095
www.americanfenceassociation.com

**ASTM Committee F14 on Fences**
Jan. 18 — New Orleans, La.
in conjunction with FENCETECH'05
610-832-9739 (Tom O'Toole)
totoole@astm.org

### FEBRUARY 2005

**DeckExpo III**
Feb. 2–4 — Tampa, Florida
678-344-6283 / fax 678-344-6299
www.deckexpo.com

**Garden State Chapter of AFA Regional Trade Show**
Feb. 18–19 — New Jersey Convention Center
Atlantic City, New Jersey
973-835-6558 (Virginia Artuhewich)

**AFA Field Training School**
Feb. 19–25 — Athens, Georgia
800-822-4342 / fax 630-790-3095
www.americanfenceassociation.com

### MARCH 2005

**Michigan Chapter AFA Table Top Show**
Mar. 12 — Holiday Inn, Livonia, Michigan
800-783-1331 (Dick Fromm)
810-235-4581 (Debby or Lisa)

### JULY 2005

**CLFMI Summer Meeting**
July 20–22 — Coeur d'Alene, Idaho
www.chainlinkinfo.org

### AUGUST 2005

**Michigan Chapter AFA Golf Outing**
Aug. 25 — Location TBA
800-783-1331 (Dick Fromm)
810-235-4581 (Debby or Lisa)

---

*List your event in the Calendar of Events: Send information 60 to 90 days ahead of time. Mail to World Fence News at 6101 W. Courtyard Dr., Ste. 3-115, Austin, TX 78730, fax to 512-349-2567, or send via e-mail to editor@worldfencenews.com.*

---

## HAMPDEN FENCE SUPPLY, INC.
### est. 1957

**Your First Source for Quality Domestic Fittings**
Vinyl and Powder Coated Fittings

• Bands • Gate Hinges • Ties • Square Bands
• Aluminum Fittings • Drive Anchor Units
• Cantilever Rollers with Five Year Warranty

Call for a FREE catalog
80 Industrial Lane
Agawam, Massachusetts 01001
800.891.2235 • 413.786.4390 • Fax: 413.789.3664
E-mail: hfsupply@aol.com

Check out our web site at www.hampdenfence.com

*Proud Craftsmen Skilled in the Manufacturing of Fence Fittings!*

CIRCLE NO. 8 ON THE READER SERVICE PAGE

---

Looking for something? Need to know in a hurry? Use the World Fence News FenceLine product locator service!
1-800-231-0275 in the U.S. & Canada.

---

## Master Deck Vinyl Products Co.
### PRESENTS
# DIAMOND DECKING
diamonddecking.net

**TIRED OF:** CLIPS, BRACKETS, SPACERS, POUNDING, BEATING, 2 & 3 PIECE DECKS, BUCKLING, SWELLING, 8-12 WEEK DELIVERY, WATER POURING THROUGH,

SHOOTING