# The Fencer's Almanac
## Fencing, Security and Access Control Buyer's Guide



Installation Equipment
(Photo courtesy Dandy Digger & Supply, Inc.)

**USE THE ALMANAC TO LOCATE SUPPLIERS OF** Chain Link, Vinyl, Plastic, Ornamental Metal and Wood Fencing • Gates • Hardware Security Products • Gate Operators Access Controls • Decking and Railing Tools, Machinery and Equipment Landscape Furnishings • And Much More!



Gates & Access Control Products
(Photo courtesy Tymetal Corp.)

## 2005 Edition



Railing & Decking
(Photo courtesy Superior Plastic Products Inc.)

WORLD FENCE NEWS
6101 W. Courtyard Dr., Ste. 3-115
Austin, Texas 78730

PRESORTED BOUND
PRINTED MATTER
U.S. POSTAGE
**PAID**
PERMIT NO. 6283
SPRINGFIELD, VA

**Main Index of Suppliers Begins on Page 9**

Fencing of All Types
(Photo courtesy Delgard Premier Aluminum Fencing)

Projects pictured on cover are described on page 4.

**PUBLISHED BY WORLD FENCE NEWS**
Check out World Fence News Online at
www.worldfencenews.com









THE FENCER'S ALMANAC 2005
PAGE 26

# MAIN INDEX OF SUPPLIERS

FENCER'S ALMANAC 2005







## PVC PolyVinyl Concepts

### Custom Fence, Deck & Handrail
### Over 80 Fence Styles

Toll Free Phone 1-877-782-4332
Toll Free Fax 1-877-285-3280
Email: pvcidea@aol.com
www.pvcidea.com

CIRCLE NO. 197 ON THE READER SERVICE PAGE

---

[Left column, partially cut off]

... - USA, INC.    (M)
...829
...0
see ads on pages 117, 126

... PRODUCTS, INC.    (M)
...1103
(800) 371-2438
...82
see ad on page 96

NC.    (M)
NC 28115-0907
FAX (704) 664-2989
see ad on page 118

...USTRIES, INC. / TUBE DIV.    (M)
...4
...85272
FAX (520) 424-3547
see ads on pages 96, 144

...ORMS, INC.    (M)
... AVE
... MI 49048
FAX (269) 381-3455

...ENCE CO.    (M WD)
...Y 70 E
...37185-2225
...9211

...NCE LTD    (M)
..., STE 100
...VE, QUE, CN J0L 1E0
... (877) 723-3623
...-9952
see ad on page 136

...UNDRY CORP.
...069
..., AL 35232-0009
...96 (800) 624-9512
...-0599

---

LINEAR CORPORATION    (M)
2055 CORTE DEL NOGAL
CARLSBAD, CA 92009
(800) 421-1587
FAX (760) 431-8509
see ad on page 37

LINEAR/OSCO OPERATORS    (M)
PO BOX 129
CASNOVIA, MI 49318
(616) 675-5050    (800) 333-1717
FAX (616) 675-5435
see ad on page 37

LITTLE BEAVER, INC.    (M)
PO BOX 840
LIVINGSTON, TX 77351-0840
(936) 327-3121    (800) 227-7515
FAX (936) 327-4025
see ad on page 14

LIVE WIRE PRODUCTS, INC.    (WD)
1127 E ST
MARYSVILLE, CA 95901
(530) 743-9045    (800) 272-9045
FAX (530) 743-0609

LMT PRODUCTS CORPORATION
LMT-MERCER GROUP
690 PURITAN AVE    (M)
LAWRENCEVILLE, NJ 08648
(609) 989-0399    (888) 570-5252
FAX (609) 989-1199
see ad on page 179

LOCINOX USA, INC.    (M)
2033 N 17TH AVE
MELROSE PARK, IL 60160
(877) 562-4669    FAX (708) 498-1011

LOG CABIN PRO DRIVER    (M WD)
119 IKE'S RD
ANITY, PA 15311
(724) 267-3821    (888) 267-3821
FAX (724) 267-4807

LOGICAL DECISIONS, INC.    (M WD SA)
2020 N SHERWOOD FOREST
BATON ROUGE, LA 70815
(225) 274-1115    (800) 675-5537
FAX (225) 274-1194
see ad on page 23

---

MAGNETIC AUTOMATION CORP.    (M)
3160 MURRELL RD
ROCKLEDGE, FL 32955
(321) 635-8585    (321) 635-8585
FAX (321) 635-9449
see ad on page 146

MAGNUM PIPE, INC.    (WD)
151 ONTARIO ST
FRANKFORT, IL 60423-1646
(815) 469-9505    (800) 643-2355
FAX (815) 469-9518

MANAGEMENT MOTIVATIONAL ASSOC.    (O)
18 HANSOME PL
FREEPORT, NY 11520-2615
(516) 379-0903    (877) 404-0563
FAX (516) 379-2404
see ad on page 156

MANUFACTURERS ASSOCIATES    (SA)
PO BOX 725
BELLMAWR, NJ 08099-0725
(800) 552-2329
FAX (609) 546-8291

MAR-SAL MACHINE COMPANY    (M WD SA IE)
172 US HWY ROUTE 22
GREEN BROOK, NJ 08812
(732) 968-4360
FAX (732) 968-0130
see ad on page 96

MARINE FASTENERS, INC.    (WD)
120 MARITIME DR
SANFORD, FL 32771
(407) 321-2994
FAX (407) 330-0951

MARKS-MILLER POST & POLE, INC.    (M)
PO BOX 125
CLANCY, MT 59634
(406) 933-5981
FAX (406) 933-5921

MARKSMEN MANUFACTURING CORP.    (M WD IE)
259 CORTLAND ST
LINDENHURST, NY 11757
(631) 226-0666    (877) 627-5763
FAX (570) 842-1893

MASTER DECK VINYL PRODUCTS CO.    (M)
1212 WALTON ST
PHILIPSBURG, PA 16866
(800) 742-4504
see ad on page 138

---

MASTER HALCO    (WD)
4216 2ND ST NW
ALBUQUERQUE, NM 87107-2245
(888) 544-2354    FAX (505) 344-4583

MASTER HALCO    (WD)
7034 CONVOY CT
SAN DIEGO, CA 92111-2411
(800) 338-5155    FAX (858) 571-0938

MASTER HALCO    (WD)
1588 RAGAN ST
MEMPHIS, TN 38106-6102
(800) 969-7775
FAX (901) 774-2769

MASTER HALCO    (WD)
2417 MINNIS DR
FT WORTH, TX 76117
(817) 831-9300
FAX (817) 831-7867

MASTER HALCO    (WD)
2221 S 3270 W
SALT LAKE CITY, UT 84119-1111
(800) 966-4054
FAX (801) 972-5352

MASTER HALCO    (WD)
8620 E US HIGHWAY 40
KANSAS CITY, MO 64129-1638
(800) 989-3362
FAX (816) 861-1856

MASTER HALCO    (WD)
101 STEEL ST
ALIQUIPPA, PA 15001-5401
(800) 400-7566
FAX (724) 378-3911

MASTER HALCO    (WD)
701 WINSTON ST
W. CHICAGO, IL 60185-5121
(800) 899-6113
FAX (630) 293-5568

MASTER HALCO    (WD)
602 N WW WHITE RD
SAN ANTONIO, TX 78219-1818
(800) 229-2866
FAX (210) 333-3299

MASTER HALCO    (WD)
PO BOX 480262
CHARLOTTE, NC 28269
(800) 899-7504
FAX (704) 597-7077

MASTER HALCO    (WD)
1551 S 38TH ST

---

MASTER HALCO
5035 THARPE ST
TALLAHASSEE, FL 32303
(800) 486-2717
FAX (850) 575-8608

MASTER HALCO
3430 EMPIRE BLVD SW
ATLANTA, GA 30354-2636
(800) 989-6108
FAX (404) 766-0077

MASTER HALCO
4807 NORTH I-27
LUBBOCK, TX 79401-9752
(800) 899-3554
FAX (806) 763-0821

MASTER HALCO
225 LINCOLN HWY
FAIRLESS HILLS, PA 19030
(888) 840-8345
FAX (215) 269-0545

MASTER HALCO
6020 COMMERCE DR
WESTLAND, MI 48185
(800) 486-4210
FAX (734) 326-5505

MASTER HALCO
1340 RIVERSIDE RD, RR 2
ABBOTSFORD, BC, CN V2S
(604) 556-3741
FAX (604) 556-3742

MASTER HALCO
1851 RADISSON RD NE
BLAINE, MN 55434-4266
(800) 486-8815
FAX (763) 786-9409

MASTER HALCO
29421 KOHOUTEK WAY
UNION CITY, CA 94587
(510) 471-0337
FAX (510) 471-0760

MASTER HALCO
4633 RADIO TOWER LN
OLNEY, IL 62450-0657
(800) 394-4365
FAX (618) 392-3125

MASTER HALCO
57A NOTION RD
AJAX, ONT, CN L1S 6K7
(905) 683-9899
FAX (905) 683-9890

MASTER HALCO

---

THE FENCER'S ALMANAC 2005
PAGE 30

R'S ALMANAC 2005

(M WD)

C. PALMER DIE CASTING, INC.
97 COMMERCE DR  (M)
OAKLAND, MD 21550
(301) 334-9100
FAX (301) 334-7846
see ad on page 134

CAPITOL FENCE WHOLESALE, INC.
7645 CANTON CENTER DR  (M IE)
BALTIMORE, MD 21224
(410) 285-8844  (800) 531-3348
FAX (410) 282-7078

CHAIN LINK FENCE MANUFACTURERS
INSTITUTE (CLFMI)
10015 OLD COLUMBIA RD, STE B-215  (O)
COLUMBIA, MD 21046-1865
(301) 596-2583
FAX (301) 596-2594

DEWALT INDUSTRIAL TOOL CO.
701 E JOPPA RD  (M)
BALTIMORE, MD 21286
(800) 433-9258

FENCECENTER.COM
PO BOX 40  (M)
BLADENSBURG, MD 20710-1132
(301) 779-1920  (301) 779-1111
FAX (301) 779-1765

GLOBAL HARDWARE SYSTEMS, INC.
10776 TUCKER ST  (M WD IE)
BELTSVILLE, MD 20705-2207
(301) 595-5325  (800) 330-1845
FAX (301) 595-6623
see ad on page 38

J.L. ORNAMENTAL FENCING, INC.
14625 BALTIMORE AVE  (M)
LAUREL, MD 20707
(866) 310-2747
FAX (301) 776-7449

MERCHANTS METALS
4301 46TH ST  (M)
BLADENSBURG, MD 20710
(301) 927-4080
FAX (301) 927-0368

PRODUCTION MACHINERY, INC.
9000 YELLOW BRICK RD  (WD)
KINGSVILLE, MD 21237
(410) 574-2110
FAX (410) 574-4790

SONCO WORLDWIDE, INC.
5000 WINDOM RD  (M WD)
BLADENSBURG, MD 20710
(301) 779-1111  (800) 457-6626
FAX (301) 779-1765
see ads on pages 114, 148, 174

STEPHENS PIPE & STEEL, INC.
PO BOX 525  (M WD)
BLADENSBURG, MD 20710
(866) 792-5295
FAX (301) 699-3522

TENAX CORPORATION
4800 E MONUMENT ST  (M)
BALTIMORE, MD 21205
(410) 522-2000  (800) 356-8495
FAX (410) 522-7015

## MASSACHUSETTS

ALLTEC INDUSTRIES, INC.
722 PLEASANT ST  (M)
WORCESTER, MA 01602
(800) 325-4283  FAX (508) 752-6004

BAMBOO FENCER, INC.
179 BOYLSTON ST  (SA)
JAMAICA PLAIN, MA 02130
(617) 524-6137  (800) 775-8641
FAX (617) 524-6100

BARRY WARD, INC.
PO BOX 109  (WD)
WEYMOUTH, MA 02188-0109
(617) 331-2121  FAX (617) 340-0300

BUNZL EXTRUSION MASSACHUSETTS
PO BOX 370  (M)
ATHOL, MA 01331-0370
(800) 754-5758
FAX (978) 249-5727
see ad on page 39

CRAMAPO / INSTAFENCE
409 HARTFORD TURNPIKE  (M WD)
SHREWSBURY, MA 01545
(508) 842-3711  (800) 382-8277
FAX (508) 842-7711

EASTERN ETCHING & MFG. CO.
FOOT OF GRAPE ST  (M)
CHICOPEE, MA 01013
(413) 594-6601  (800) 445-2526
FAX (413) 594-6600

FENCEBIDS.COM
ONE CEDAR LN
BEDFORD, MA 01730-2002
(781) 275-7661
FAX (781) 275-7661
see ad on page

HAMPDEN FENCE SUPPLY, INC.
80 INDUSTRIAL LN
AGAWAM, MA 01001-0452
(413) 786-4390  (800) 891-2285
FAX (413) 789-3664
see ad on page

LOUIS E. PAGE, INC.
PO BOX 2405
LITTLETON, MA 01460-2405
(978) 486-3116
FAX (978) 486-8337
see ad on page

LR MCCOY & CO., INC.
100 FRONT ST
WORCESTER, MA 01608-1444
(508) 368-7746  (800) 346-2269
FAX (508) 890-1139

MASTER HALCO
63 MANLEY ST
WEST BRIDGEWATER, MA 02379-1016
(800) 969-1669
FAX (508) 588-4069

MERCHANTS METALS
24 FOWLER STREET EXTENSION  (M
WESTFIELD, MA 01085
(413) 562-9981  (800) 447-5713
FAX (413) 572-3706

NATE LEVINE & ASSOC.
PO BOX 62
NEEDHAM, MA 02494
(781) 444-6009

NORTHEASTERN FENCE & SUPPLY
CORPORATION
74 BROADWAY  (M
SAUGUS, MA 01906
(781) 233-3324  (800) 451-7880
FAX (781) 231-0699
see ad on page

PERFECTION BUILDING PRODUCTS
CORPORATION
635 PLAIN ST  (M
MARSHFIELD, MA 02050
(781) 837-3600  (800) 537-2900
FAX (781) 834-1105
see ad on page



Aluminum, carbon steel & stainless steel fasteners.
FX2 Coating on carbon steel fasteners and assembly hardware
for use with ACQ treated lumber. In-house powder coating.
Polybagging, retail boxes and bulk packaging capabilities.
We offer solutions to your applications.

Fastec Industrial Corp. SINCE 1979

2219 Eddie Williams Road Johnson City, TN 37601
Phone: 800-737-2744  Fax: 423-975-2544
E-mail: jimhs@fastecindustrial.com
Website: www.fastecindustrial.com

CIRCLE NO. 77 ON THE READER SERVICE PAGE

THE FENCER'S ALMANAC 2005, PAGE 62



Re-inforced Vinyl Fencing™
Privacy Decorative Slats "PRE-WOVEN" Into the Wire
Supreme Privacy
or 10 gauge



THE FENCER'S ALMANAC 2005
PAGE 118



CIRCLE NO. 209 ON THE READER SERVICE PAGE



CIRCLE NO. 210 ON THE READER SERVICE PAGE

**PVC DECKING - continued**
INTERNATIONAL PIPE & STEEL (CT)
JAMIESON MFG. CO. (TX)
KROY BUILDING PRODUCTS, INC. (NC)
L.B. PLASTICS, INC. (NC)
LANGFORD FENCE CO. (TN)
MASTER DECK VINYL PROD. CO. (PA)
MID ATLANTIC VINYL PRODUCTS (VA)
MIDWESTERN WHOLESALERS, INC. (OH)
NEBRASKA PLASTICS, INC. (NE)
NINSA VINYL FENCE (NJ)
NORTHEASTERN FENCE & SUPPLY CORP. (MA)
OMEGA PLASTICS CORP. (IN)
OUTDOOR TECHNOLOGIES, INC. (MS)
PERFECTION BUILDING PRODUCTS CORP. (MA)
POLY VINYL CREATIONS, INC. (FL)
POLYVINYL CONCEPTS, INC. (AL)
PROCELL, LLC (AL)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
QUALITY SALES PROFESSIONALS (AZ)
RECYCLED PLASTIC PRODUCTS (CO)
ROYAL CROWN LIMITED (IN)
SOUTHERN FENCE, INC. (AR)
SUPERIOR PLASTIC PRODUCTS (PA)
TEK-RAIL, INC. (GA)
TEXAS VINYL SYSTEMS (TX)
ULTRAGUARD (OH)
UNIVERSAL POLY PRODUCTS, LTD. (PA)
VEKA INNOVATIONS (OH)
WAYSIDE FENCE CO. (NY)
WESTECH BUILDING PRODUCTS (IN)
WOODGUARD (CA)

**DECK RAILING**
ALLIED VINYL INDUSTRIES, LLC (AL)
ALPINE PLASTICS, INC. (UT)
AUTOMATIC GATE EQUIP. & SUPPLY (TX)
BAILEY INDUSTRIES (LA)
BOUNDARY FENCE & RAILING SYSTEMS, INC. (NY)
BROOKLYN FENCE DIST., INC. (NY)
D.H.N. & ASSOCIATES, INC. (NJ)
DANIELLE FENCE MFG. CO., INC. (FL)
DIGGER SPECIALTIES, INC. (IN)
DURAMAX VINYL BUILDING PROD. (CA)
EASTERN METAL SUPPLY (NC)
EASTERN WHOLESALE FENCE CO. (NY)
ENDURIS EXTRUSIONS, INC. (FL)
FENCE BROKERS, INC. (AR)
FLW WOOD PRODUCTS, INC. (NJ)
FRIENDLY EARTH BUILDING PROD. (CN)
GENERAL WIRE & SUPPLY CO. (OK)
HOMELAND VINYL PRODUCTS, INC. (AL)
INTERNATIONAL PIPE & STEEL (CT)
JAMIESON MFG. CO. (TX)
KROY BUILDING PRODUCTS, INC. (NC)
L.B. PLASTICS, INC. (NC)
LANGFORD FENCE CO. (TN)
MASTER DECK VINYL PROD. CO. (PA)
MAXIMUM VINYL PRODUCTS (OH)
MID ATLANTIC VINYL PRODUCTS (VA)
MIDWESTERN WHOLESALERS, INC. (OH)
NEBRASKA PLASTICS, INC. (NE)
NINSA VINYL FENCE (NJ)
NORTHEASTERN FENCE & SUPPLY CORP. (MA)
OMEGA PLASTICS CORP. (IN)
OUTDOOR TECHNOLOGIES, INC. (MS)
PERFECTION BUILDING PRODUCTS CORP. (MA)
POLY VINYL CREATIONS, INC. (FL)
POLYVINYL CONCEPTS, INC. (AL)
PREMIER VINYL CO. (NJ)
PRIVACY LINK MANUFACTURING (UT)
PROCELL, LLC (AL)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
QUALITY SALES PROFESSIONALS (AZ)
RECYCLED PLASTIC PRODUCTS (CO)
ROYAL CROWN LIMITED (IN)
SONCO WORLDWIDE, INC. (MD)
SOUTHERN FENCE, INC. (AR)
SUPERIOR PLASTIC PRODUCTS (PA)
TEK-RAIL, INC. (GA)
TEXAS VINYL SYSTEMS (TX)
TUSCAN MANUFACTURING (UT)
ULTRAGUARD (OH)
VEKA INNOVATIONS (OH)
VENTANA USA (PA)
WARE CRAFT, INC. (FL)
WAYSIDE FENCE CO. (NY)
WESTECH BUILDING PRODUCTS (IN)
WOODGUARD (CA)

**POST TOWERS FOR RAILING**
ALPINE PLASTICS, INC. (UT)
AMERICAN WAY MANUFACTURING (OH)
AUTOMATIC GATE EQUIP. & SUPPLY (TX)
BOUNDARY FENCE & RAILING SYSTEMS, INC. (NY)
D.H.N. & ASSOCIATES, INC. (NJ)
DANIELLE FENCE MFG. CO., INC. (FL)
DIGGER SPECIALTIES, INC. (IN)
EASTERN WHOLESALE FENCE CO. (NY)
ENDURIS EXTRUSIONS, INC. (FL)
FENCE BROKERS, INC. (AR)
HOMELAND VINYL PRODUCTS, INC. (AL)
INTERNATIONAL PIPE & STEEL (CT)
KROY BUILDING PRODUCTS (NC)
L.B. PLASTICS, INC. (NC)
MAXIMUM VINYL PRODUCTS (OH)
MID ATLANTIC VINYL PRODUCTS (VA)
OMEGA PLASTICS CORP. (IN)
OUTDOOR TECHNOLOGIES, INC. (MS)
PERFECTION BUILDING PRODUCTS CORP. (MA)
PERMALATT PRODUCTS, INC. (IN)
POLYVINYL CONCEPTS, INC. (AL)
PREMIER VINYL CO. (NJ)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
ROYAL CROWN LIMITED (IN)

SKYLINE VINYL CORP. (OH)
STALLION FENCE ACCESSORIES (CO)
SUPERIOR PLASTIC PRODUCTS (PA)
TEK-RAIL, INC. (GA)
TEXAS VINYL SYSTEMS (TX)
UNI-LATCH, INC. (OR)
WAYSIDE FENCE CO. (NY)
WESTECH BUILDING PRODUCTS (IN)

**PVC MARINE DOCK SYSTEMS AND ACCESSORIES**
BAILEY INDUSTRIES (LA)
FRIENDLY EARTH BUILDING PROD. (CN)
FUTURE PLAY (ID)
INTERNATIONAL PIPE & STEEL (CT)
KROY BUILDING PRODUCTS (NC)
L.B. PLASTICS, INC. (NC)
NEBRASKA PLASTICS, INC. (NE)
OUTDOOR TECHNOLOGIES, INC. (MS)
POLY VINYL CREATIONS, INC. (FL)
POLYVINYL CONCEPTS, INC. (AL)
PROCELL, LLC (AL)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
ROYAL CROWN LIMITED (IN)
SOUTHERN FENCE, INC. (AR)
SUPERIOR PLASTIC PRODUCTS (PA)
WAYSIDE FENCE CO. (NY)

**PVC FENCING ACCESSORIES**

*ABS SNAP-IN POST MOUNT*
ALPINE MARKETING INTERNAT'L (UT)
BOUNDARY FENCE & RAILING SYSTEMS, INC. (NY)
EASTERN WHOLESALE FENCE CO. (NY)
EZ MOUNT, INC. (PA)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
WAYSIDE FENCE CO. (NY)

*DIMENSIONAL LUMBER, PVC*
BLACKLINE VINYL FENCE PROD. (NE)
DIGGER SPECIALTIES, INC. (IN)
EASTERN WHOLESALE FENCE CO. (NY)
ENDURIS EXTRUSIONS, INC. (FL)
FRIENDLY EARTH BUILDING PROD. (CN)
PROCELL, LLC (AL)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
QUALITY SALES PROFESSIONALS (AZ)
WAYSIDE FENCE CO. (NY)

*ELECTRIFIED BOARD FENCE, PVC*
AAA ELECTRIC FENCE (KS)
EASTERN WHOLESALE FENCE CO. (NY)

*FASTENER COVERS, HOLE COVERS*
ALPINE PLASTICS, INC. (UT)
ARK-PLAS PRODUCTS, INC. (AR)
BAILEY INDUSTRIES (LA)
EASTERN WHOLESALE FENCE CO. (NY)
GENOVA PRODUCTS (MI)
MODERN FENCE TECHNOLOGIES (WI)
NORTHEASTERN FENCE & SUPPLY CORP. (MA)
PERFECTION BUILDING PRODUCTS CORP. (MA)
POLY VINYL CREATIONS, INC. (FL)
PRO-DEC PRODUCTS (TX)
PVC FENCE SYSTEMS OF FLORIDA (FL)
PVC FENCE, DECK & RAILING SYSTEMS OF NEW ENGLAND (MA)
QUALITY SALES PROFESSIONALS (AZ)
SOUTHERN FENCE, INC. (AR)
WAYSIDE FENCE CO. (NY)

*GATE HARDWARE*
ARUVIL INTERNATIONAL, INC. (NY)
AUTOMATIC GATE EQUIP. & SUPPLY (TX)
BAILEY INDUSTRIES (LA)
BLACKLINE VINYL FENCE PROD. (NE)
BOUNDARY FENCE & RAILING SYSTEMS, INC. (NY)
CIRCLE INDUSTRIES L.C. (UT)
D&D TECHNOLOGIES, INC. (CA)
D.H.N. & ASSOCIATES, INC. (NJ)
DIGGER SPECIALTIES, INC. (IN)
EASTERN WHOLESALE FENCE CO. (NY)
ENDURIS EXTRUSIONS, INC. (FL)
ENTRY & EXIT SYSTEMS, INC. (MI)
FEENEY WIRE ROPE - CABLE RAIL (CA)
FENCE BROKERS, INC. (AR)
GLOBAL HARDWARE SYSTEMS (MD)
KROY BUILDING PRODUCTS (NC)
LELAND INDUSTRIES, INC. (CN)
LOCINOX USA, INC.
MASTER HALCO, INC. (CA)
MAXIMUM VINYL PRODUCTS (OH)
MID ATLANTIC VINYL PRODUCTS (VA)
MODERN FENCE TECHNOLOGIES (WI)
NATIONAL FENCE SYSTEMS, INC. (NJ)
NATIONWIDE INDUSTRIES (FL)
NEBRASKA PLASTICS, INC. (NE)
NINSA VINYL FENCE (NJ)
NORTHEASTERN FENCE & SUPPLY CORP. (MA)
OUTDOOR TECHNOLOGIES, INC. (MS)