

Architects, Specifiers & Landscape Architects
# Fence Product Guide
A Complete Guide to the Creative Design & Selection of Fence

*A Special Edition of Fencepost Magazine*  **March 2002**

**AFA** American Fence Association, Inc.

High Security Section – Inside –



post caps & finials



latticework



decks & railings

**Maintenance free vinyl fences, railings and decks provide attractive, long lasting outdoor structures.**



## accessories for vinyl fence

Vinyl fence manufacturers offer a wide variety of styles within each category. Post and rail fences are available from two to four rails or in crossbuck styles, while ornamental and picket fences are available in a variety of configurations. Privacy fences also come in a wide range of styles, from arched to shadowbox. To further personalize a vinyl fence, a number of accessories are available.

Privacy fences can be dressed up with decorative latticework or post caps to provide a different look. Ornamental style vinyl fences can be personalized with ornate post caps and picket finials. Posts for traditional picket styles can be enhanced with attractive caps as well.

### decks and railings

In addition to fencing, vinyl is appropriate for a number of other, complementary outdoor applications, like railing and decking. An entire outdoor project might include a fence with a matching decking and railing system.

"Vinyl decking will never need to be painted or stained, and it's easy to install," Palmieri said. Vinyl decking is embossed to prevent slipping.

Vinyl decks and railing also have other benefits. "They stay cooler in the summer, and you don't have to worry about cutting your hands or feet on splinters or exposed screws," Palmieri said.

And, like vinyl fences, decks and railings are constructed with concealed fasteners.

Maintenance free vinyl fences, railings and decks provide attractive, long lasting outdoor structures that complement any type of architecture.