

Search for Reports:
Go

# Fencing and Deck Industry

**Published by: Catalina Research**

**Published: Feb. 1, 2003 - 207 Pages**

US: 800-298-5699
Int'l: +1-212-807-2600

Buy this Report
Price and Delivery Options

See related reports or call the number above for help from a research specialist.

### Summary of Major Findings

The $5.4 billion U.S. fence and deck product industry is a relatively strong growing sector of the construction materials industry. Growth has been spurred by increased spending on fences and decks by residential property owners. This was due to a favorable economic environment for U.S. housing demand. Industry growth has been led by gains in vinyl and ornamental metal fence products, and composite and plastic deck products. Growth in security fencing has also rebounded over the past year. The industry's material shipment mix generally reflects homeowner's desire for maintenance-free building products. Strong growth and new material opportunities have attracted new entrants to this industry and resulted in existing manufacturers expanding production capacity. This has led to rising competitive pressures.

### Fencing and Decking Industry Trends

Catalina Research uncovered these trends in our 207-page in-depth report on the U.S. fencing and decking industry. Report sections cover the U.S. market for wire, ornamental metal, wood, and PVC fencing; and wood, composite, and plastic decking. The Executive Summary section compares the size and growth of the fencing and decking sectors and residential property owners spending on these products. Catalina also provides growth assumptions for the factors affecting fencing and decking demand.

### Fence Product Shipments, Plant Cost Structure and International Trade

These sections further segment the fence product supply whether shipped from a domestic or foreign-based manufacturer. Shipments and pricing trends are segmented for wire fencing and fence gates; wood fences, pailings, and rails; and PVC fences. Steel wire fencing shipments are broken out by chain link fencing; woven and welded wire fence; fence gates, posts, and fittings; and ornamental lawn fence. U.S. imports and exports are evaluated for steel wire fencing, barbed and twisted wire, and wood fences by product by major country of origin and destination. In addition, Catalina includes an analysis of the cost structure and profitability of steel wire fencing plants, whether a vertically integrated wiredrawer or a wire fabricator.

### Fence Installation Spending and the Contractor Business

Catalina investigated the value of U.S. fence installation spending and the contractor business. Spending is analyzed for residential, nonresidential, and agricultural markets. Data trends include the number, revenues, and cost structure of the U.S. fence contractor. Contractor revenues are provided for new construction, additions, and repair work and by region. In addition, this in-depth analysis includes the results of the American Fence Association (AFA) contractor survey. Tables include a contractor profile including average sales, jobs, linear feet, and number of employees and wages. Data is available by

contractor revenue size and region. The AFA survey includes data on source of revenues, type of customer, end-use markets, and product sold.

**Decking Product Market Trends**
Decking product factory sales are segmented by material- wood, wood/plastic composites, and 100% plastic, and by market- residential and nonresidential. This section also includes shipments of preserved wood products and concrete pavers. Preserved wood products include poles, posts and lumber, and by chemical used. Price trends of wood preserved products and the cost structure and profitability of wood preserved product plants are included as well.

**End-Use Markets and Factors Affecting Demand**
Catalina analyzed residential property owner spending on fences, decks, and other outdoor structures. Spending trends are evaluated for homeowners and rental property owners. In addition, Catalina tracked the number of new homes completed with a deck, patio, and porch, and regional variations. These trends were estimated and forecasted based on data collected on U.S. construction spending, housing demand, homeowner remodeling and repair spending, mortgage interest rates and personal income trends. Catalina also analyzed crime statistics and correctional facility construction.

**Competitive Environment**
Catalina profiled 27 North American manufacturers of fence and deck products. Data and information is compiled from company documents and data bases on product lines, manufacturing capabilities, distribution, acquisitions, capital investments, sales, and brand and market shares. The goal is to uncover manufacturer strategies that are being implemented to make inroads in this highly competitive market.

**Table of Contents**

**Section I. U.S. Fence and Deck Industry Trends**

- Executive Summary
- Overall Market Size And Growth
- Economic Environment
- Fence Product Market Trends
- Deck Product Market Trends
- Competitive Situation
- Outlook

**Scope and Methodology**

- Table 1-1 Value Of U.S. Fence And Deck Product Supply, 1997-2008 (dollars)
- Table 1-2 Value Of U.S. Fence Product Supply By Material, 1992-2008 (dollars): Steel Wire Fencing, Barbed Wire, Nonwire Ornamental Metal Fences, Wood Fences, And PVC Fences
- Figure 1-1 Percent Of U.S. Fence Product Supply By Material, 2003 And 2008 (percent): Steel Wire Fencing, Barbed Wire, Nonwire Ornamental Metal Fences, Wood Fences, And PVC Fences
- Figure 1-2 Percent Of U.S. Deck Product Supply By Material, 2003 And 2008 (percent): Wood, Composites, And Plastic
- Table 1-3 U.S. Residential Property Owner Spending On Fences And Decks, 1992-2003 (dollars)
- Table 1-4 Growth Assumptions For Factors Affecting Demand,

1997-2008 (percent): Gross Domestic Product, Construction Spending, Construction Material Shipments, Housing Starts And Resales, Residential Remodeling And Repair Spending, And Personal Income

**Section 2. U.S. Fence Product Shipments**

- Summary Of Major Findings
- Fence Product Shipments
- Shipment Product Mix
- Chain Link, Woven, And Welded Wire Fences
- PVC Fence Products
- Ornamental Metal Fence Products
- Wood Fencing
- Barbed And Twisted Steel Wire
- Table 2-1 Value Of U.S. Fence Product Shipments, 1977-2008 (dollars)
- Table 2-2 Value Of U.S. Fence Product Shipments By Material, 1977-2008 (dollars): Wire Fencing And Fence Gates; Barbed And Twisted Wire; Nonwire Ornamental Metal Fences And Gates; Wood Fences, Palings, And Rails; And PVC Fences
- Table 2-3 Distribution Of U.S. Fence Product Dollar Shipments By Material, 1977-2008 (percent): Wire Fencing And Fence Gates; Barbed And Twisted Wire; Nonwire Ornamental Metal Fences And Gates; Wood Fences, Palings, And Rails; And PVC Fences
- Table 2-4 U.S. Producer Price Trends For Fence Products By Select Material, 1992-2003 (index): Steel Wire Fencing, Architectural Metal Fences, And Assembled Wood Fences
- Table 2-5 Value Of U.S. Wire Fencing And Fence Gate Shipments By Product Line, 1977-2003 (dollars): Chain Link Fencing; Woven And Welded Wire Fence; Fencing Gates, Posts, And Fittings; And Ornamental Lawn Fence
- Table 2-6 Distribution Of U.S. Wire Fencing And Fence Gate Shipments By Product Line, 1977-2003 (percent): Chain Link Fencing; Woven And Welded Wire Fence; Fence Gates, Posts, And Fittings; And Ornamental Lawn Fence
- Table 2-7 U.S. Quantity Shipments And Average Value Per Ton Shipped For Chain Link Fencing And Woven And Welded Wire Fence, 1982-2003 (short tons and dollars)
- Table 2-8 U.S. Net Shipments Of Carbon Steel Woven And Welded Wire Fence By Steel Mills And Wiredrawers, 1977-2001 (short tons)
- Table 2-9 U.S. Shipments Of Barbed And Twisted Steel Wire, 1977-2003 (short tons and dollars)
- Table 2-10 U.S. Shipments Of Nonwire Ornamental Metal Fences And Gates By Material And Type, 1987-2003 (dollars): Iron And Steel, Aluminum, And Total
- Table 2-11 U.S. Shipments Of Wood Fences, Palings, And Rails By Type Of Producer, 1977-2003 (dollars): Total, Sawmills And Planing Mills, Wood Preserving Plants, And Wood Product Plants

**Section 3. Cost Structure of U.S. Wire Fencing Plants**

- Summary Of Major Findings
- Cost Structure And Profitability Of Wire Fencing Plants
- Wire Drawers Versus Wire Fabricators
- Table 3-1 Number Of U.S. Steel Wire Fencing And Fence Gate

Plants And Facility Revenues, 1997-2003 (number and revenues): Number Of Plants, Total Plant Revenues, And Average Revenues Per Plant
- Table 3-2 Operating Ratios Of U.S. Steel Wire Fencing And Fence Gate Plants, 1977-2002 (percent): Payroll, Material Costs, And Gross Profit Margin
- Table 3-3 Labor Situation For U.S. Steel Wire Fencing Plants, 1977-2002 (number, percent, and dollars): Total Employees, Shipments Per Employee, Production Workers: Percent Total Employees, Average Hourly Wages, Average Weekly Hours
- Table 3-4 Capital Expenditure Trends For U.S. Steel Wire Fencing Plants, 1977-2002 (dollars)
- Table 3-5 Distribution Of U.S. Steel Wire Fencing And Fence Gate Shipments By Type Of Producing Plant, 1977-2000 (percent): Steel Mills And Wire Drawing Plants, And Fabricators From Purchased Wire
- Table 3-6 Cost Structure Of U.S. Plants That Fabricate Steel Fencing Products From Purchased Wire, 1977-2002 (number, dollar, and percent): Number Of Plants, Plant Shipments, Payroll And Material Costs Percent Shipments, Employees, Wages, Hours, Capital Expenditures
- Table 3-7 Cost Structure Of U.S. Plants That Fabricate Steel Fencing Products From Wire Drawn In Own Plant, 1977-2002 (number, dollar, and percent): Number Of Plants, Plant Shipments, Payroll And Material Costs Percent Shipments, Employees, Wages, Hours Worked, Capital Expenditures
- Table 3-8 U.S. Barbed And Twisted Steel Wire Shipments By Type Of Producing Plant, 1982-2002 (dollars, tons, and number): Made In Wiredrawing Plants Vs. Made From Purchased Wire; Quantity Shipments, Value Of Shipments, Average Value Per Ton Shipped, And Number Of Plants
- Table 3-9 U.S. Producer Price Trends For Competing Fence Product Materials, 1987-2003 (index): Steel Wire, Lumber, And Vinyl Chloride And Vinylidene
- Table 3-10 U.S. Producer Price Trends For Steel Wire Fencing From Wiredrawers And Wire Fabricators, 1990-2003 (index)

**Section 4. U.S. and Canadian Fence Product International Trade**

- Summary Of Major Findings
- Steel Wire Fencing Imports
- Wood Fencing Imports
- Fence Product Export Trends
- Canadian Wire Fencing Imports And Exports
- Table 4-1 Value Of U.S. Steel Wire And Wood Fence Product Imports, 1989-2002 (dollars): Total Imports, Steel Wire Fencing, Barbed Wire, And Wood Fences
- Table 4-2 Imports' Share Of U.S. Fence Product Supply By Material, 1992-2002 (percent): Steel Wire Fencing, Barbed Wire, And Wood Fences
- Table 4-3 U.S. Imports Of Steel Wire Fencing By Product Type, 1992-2002 (pounds and dollars): Barbed Wire; And Other Wire Fencing Welded At The Intersection, Coated With Zinc, Coated With Plastic, Chain Link, Cut To Shape, And Not Cut To Shape
- Table 4-4 U.S. Imports Of Steel Wire Fencing For The Top Ten Countries Of Origin, 1997-2002 (dollars and pounds)
- Table 4-5 Value Of U.S. Wood Fence Product Imports By Type, 1992-2002 (dollars): Coniferous And Nonconiferous Fence Pickets, Posts, And Assembled Wood Fence Sections

- Table 4-6 Value Of U.S. Wood Fence Product Imports For The Top Seven Countries Of Origin, 1997-2002 (dollars)
- Table 4-7 U.S. Steel Wire And Wood Fence Product Exports, 1989-2002 (dollars)
- Table 4-8 Exports' Share Of U.S. Factory Fence Product Shipments By Material, 1992-2002 (percent): Steel Wire Fencing, Barbed Wire, And Wood Fences
- Table 4-9 U.S. Exports Of Steel Wire Fencing By Product Type, 1992-2002 (pounds and dollars): Barbed Wire; And Other Wire Fencing Welded At The Intersection, Coated With Zinc, Coated With Plastic, Other, And Total Steel Wire Fencing
- Table 4-10 U.S. Exports Of Steel Wire Fencing For The Top Twelve Countries Of Destination, 1997-2002 (dollars and pounds)
- Table 4-11 U.S. Exports Of Wood Fence Products By Type, 1992-2002 (dollars): Coniferous And Nonconiferous Fence Pickets, Palings, And Rails; And Assembled Wood Fence Sections
- Table 4-12 Canadian Exports Of Steel Wire Fencing And By Major Country Of Destination, 1996-2001 (metric tons and Canadian dollars): Barbed Wire, Other Wire Fencing Welded At the Intersection, Coated With Zinc And Plastics, And Other Wire Fencing
- Table 4-13 Canadian Imports Of Steel Wire Fencing And By Major Country Of Origin, 1996-2001 (metric tons and Canadian dollars): Barbed Wire, Other Wire Fencing Welded At the Intersection, Coated With Zinc And Plastics, And Other Wire Fencing

**Section 5. U.S. Fence Installation Spending and End-Use Markets**

- Summary Of Major Findings
- Residential Market
- Nonresidential Market
- Agricultural Market
- Table 5-1 Value Of U.S. Installed Fence Spending By End-Use Market, 1992-2003 (dollars): Residential, Nonresidential, Agricultural, And Total
- Table 5-2 Value Of U.S. Fence Installation Contractor Work, 1977-2003 (dollars and percent): Total Fence Installation Business Revenue, Work Done By Fence Contractors, And Fence Contractors Percent Total
- Table 5-3 U.S. Residential Property Owner Spending For Fences, 1992-2003 (dollars): Total Spending, Owner Occupied Properties, And Rental Properties
- Table 5-4 Fences' Share Of Total Property Owner Improvement Spending And Outside Improvement Spending, 1993-2001 (percent): Total Property Owners, Owner Occupied Properties, And Rental Properties
- Table 5-5 U.S. Farm Spending On Fencing, 1983-2003 (dollars): Total Fence Spending And Average Per Farm

**Section 6. Fence Contractor Business**

- U.S. Fence Contractor Trends
- American Fence Association Contractor Profile
- Contractor Profile By Sales Size And Region

- Contractor Product Mix And Target Markets
- Contractor Profitability And Other Financial Ratios
- Table 6-1 Number, Revenues, And Cost Structure Of U.S. Fence Contractors, 1982-2002 (number, dollars and percent): Number Of Fencing Contractors; Value Of Fence Installations, Payroll And Material Costs Percent Revenues, And Number Of Employees
- Table 6-2 Distribution Of U.S. Fence Contractor Revenues By Type Of Work And Region, 1987-2002 (percent): New Construction, Maintenance And Repair, And Additions And Alterations
- Table 6-3 American Fence Association Contractor Profile, 1997-2001 (number, dollars, and percent): Number Of Respondents, Total And Average Sales, Jobs Completed And Average Linear Feet Per Job, Median Revenue Per Job, High Season Employees, Revenues Per Employee, And Average Hourly Wages
- Table 6-4 American Fence Association Contractor Profile By Sales Size, 1998 And 2001 (number, dollars, and percent): Number Of Respondents, Average Sales, Average Linear Feet Per Job, Median Revenue Per Job, And Revenues Per Employee; Small, Middle, And Large
- Table 6-5 American Fence Association Contractor Profile By Region, 1999 And 2001 (number, dollars, and percent): Number Of Respondents, Average Sales, Average Linear Feet Per Job, Median Revenue Per Job, And Revenues Per Employee
- Table 6-6 American Fence Association Contractor Product Mix And Target Market, 1997-2001 (percent): Source Of Revenues, Type Of Customer, End-Use Market, Product Sold, Scope Of Business, And Business Market
- Table 6-7 American Fence Association Contractor Product Mix And Target Market By End-Use Market Specialization, 1997-2001 (percent): Source Of Revenues, Type Of Customer, End-Use Market, Product Sold, Scope Of Business, And Business Market; Residential And Commercial Contractors
- Table 6-8 American Fence Association Contractor Income Statement And Balance Sheet Items, 1996-2001 (percent): Fence Installation And Materials Revenues, Cost Of Sales, Operating Expenses And Profit, Assets, Liabilities, Owner’s Equity
- Table 6-9 American Fence Association Contractor Operating Profit Margin By Sales Size And Region, 1997-2001 (percent)
- Table 6-10 American Fence Contractor Operating Ratios By End-Use Market Specialization, 1997-2001 (number, dollars, and percent): Source Of Receipts, Cost Of Sales, Operating Expenses And Profit, And Other Ratios; Residential And Commercial Contractors

**Section 7. U.S. Deck Market Product Trends**

- Summary Of Major Findings
- Deck Product Factory Sales
- Residential And Commercial Sales
- Residential Additions, Replacements, And Repairs
- New Residential Market
- Deck Product Sales By Material
- Wood Decking
- Wood/Plastic Composite Decking
- Plastic Decking
- Table 7-1 U.S. Factory Sales Of Decking, 1997-2008 (board feet and dollars)

- Table 7-2 U.S. Factory Sales Of Decking For Residential And Commercial Markets, 1997-2003 (board feet and dollars)
- Table 7-3 Quantity U.S. Factory Sales Of Decking By Material, 1998-2008 (board feet)
- Table 7-4 New Single-Family Homes Completed With A Patio, Porch, Or Deck, 1992-2002 (number)
- Table 7-5 New Single-Family Homes Completed With A Patio, Porch, Or Deck By Region, 1993-2002 (number)
- Table 7-6 Decks Installed In New Single-Family Homes By Region, 1993-2002 (number)
- Table 7-7 U.S. Residential Property Owner Spending On Decks, Porches, And Patios, 1992-2003 (dollars): Total Property Owners, Owner Occupied Properties, And Rental Properties
- Table 7-8 U.S. Residential Property Owner Spending On Decks, Porches, And Patios By Type And Percent Of Total Property Owner Improvement Spending, 1992-2003 (dollars and percent)
- Table 7-9 Value Of U.S. Concrete Paver Shipments, 1992-2003 (dollars)
- Table 7-10 Value Of U.S. Wood Preservation Product Shipments By Type Of Product And Chemical Used, 1992-2002 (dollars): Poles, Piles, And Posts; Railway Crossties; Rough And Dressed Lumber; And Other Products; Pentachlorophenol, Arsenical Chemicals, And Creosote
- Table 7-11 Quantity U.S. Wood Preservation Product Shipments For Select Products And Average Value Per Unit Shipped, 1992-2002 (cubic or board feet and dollars): Poles, Piles, And Posts; And Rough Lumber
- Table 7-12 U.S. Producer Price Trends For Wood Preservation Products And Select Lumber Products, 1992-2003 (index): Poles, Piles, And Posts; Lumber Rough And Dressed; Other Wood Treated Products; Southern Pine; And Western Species
- Table 7-13 Cost Structure Of U.S. Plants That Preserve Wood, 1997-2002 (number, dollars, and percent): Number Of Plants, Plant Shipments, Payroll And Material Costs Percent Shipments, Employees, Wages, Hours Worked, And Capital Expenditures

**Section 8. Factors Affecting U.S. Fencing and Decking Demands**

- Summary of Major Findings
- Residential Markets
- Nonresidential Markets
- Crime Trends And Prison Construction
- Table 8-1 U.S. Spending On Construction Put In Place, 1977-2003 (dollars): Current And Real 1996 Dollars
- Table 8-2 Real U.S. Spending On Construction Put In Place By Market And Building Type, 1999-2003 (dollars): Residential Buildings By Type, Nonresidential Buildings By Type, And Public Buildings By Type
- Table 8-3 Total U.S. Housing Demand By Sector By Region, 1998-2003 (number): Northeast, Midwest, South, West, And Total
- Table 8-4 New U.S. Privately Owned Housing Units Started And By Type Of Structure, 1980-2003 (number): Total Starts; In Structures With 1 Unit, 2 To 4 Units, And 5 Units Or More
- Table 8-5 Monthly New Private U.S. Housing Units Authorized By 19,000 Building Permit Places By Region, 2001 And 2002 (number)
- Table 8-6 New Privately Owned Housing Units Authorized By 19,000 Building Permit Places By Region And State, 2001 And

2002 (number)

- Table 8-7 U.S. Residential Property Owner Expenditures For Improvements, Additions, Alterations, And Repairs, 1982-2003 (dollars)
- Table 8-8 U.S. Home Mortgage Interest Rates And Personal Income, 1980-2003 (percent and dollars)
- Table 8-9 U.S. Average Annual Household Spending On Maintenance And Repair Commodities By Demographic Characteristic, 1997 And 2000 (dollars): Income, Age, Family Size, And Region; Homeowners And Renters
- Table 8-10 Direct Household Spending On Maintenance And Repair Commodities For Fence, Patio, Walk, Driveway, Masonry, Brick, and Stucco Work By Demographic Characteristic, 2000 (dollars): Income, Age, Family Size, And Region
- Table 8-11 Distribution Of U.S. Households By Demographic Characteristic, 1985-2000 (percent): Household Income, Age Of Household Head, Household Size, Region, And Total Households
- Table 8-12 U.S. Farm Income Trends, 1985-2002 (dollars)
- Table 8-13 U.S. Crime Rates, 1977-2001 (rate): Total, Violent Crime, And Property Crime
- Table 8-14 U.S. Property Crime Rates By Type, 1977-2001 (rate): Total Property, Burglary, Larceny Theft, And Motor Vehicle Theft
- Table 8-15 U.S. Burglary Rates By Region And State, 1985-2001 (rate)
- Table 8-16 Distribution Of U.S. Population By Age Group, 1980-2008 (percent)
- Table 8-17 State And Local Government Spending On Correctional Facility Construction, 1993-2003 (dollars)

**Section 9. Leading Manufacturers and the Competitive Environment**

- Summary Of Major Findings
- Fence Product Market Shares
- Leading Wire Fencing Manufacturers
- Leading Vinyl Fencing And Decking Manufacturers
- Leading Wood Decking Manufacturers
- Leading Composite Decking Manufacturers
- Table 9-1 Share Of U.S. Fence Product Supply For The Top Four Manufacturers, 2001 (percent)
- Table 9-2 Leading U.S. Manufacturers Of Vinyl Fencing And Decking, Wood Decking Materials, And Composite Decking, 2002 (ranking)
- Table 9-3 Top Fifteen Decking And Fencing Brands Used By New U.S. Home Builders And Remodeling Contractors Over The Past Twelve Months, 2002 (percent)
- Table 9-4 Top Six Decking And Fencing Brands Used By New U.S. Home Builders By Region, Cost Of Home, Units Built, And Home Type, 2002 (percent)
- Table 9-5 Top Six Decking And Fencing Brands Used By Remodeling Contractors By Region, Cost Of Home, Units Remodeled, And Home Type, 2002 (percent)
- Table 9-6 MMI Products Fence Sales, Profit Trends, And Capital Expenditures, 1997-2002 (dollars and percent)
- Table 9-7 Sales And Profit Trends For Three Composite Deck Product Companies, 1997-2202 (dollars and percent)
- Table 9-8 Number Of U.S. Fence Product Manufacturers And Shipments Per Company By Material And Product Line,

1987-1997 (number and dollars): Wire Fencing And Fence Gates; Nonwire Ornamental Metal Fences And Gates; Barbed Wire; And Wood Fences, Palings And Rails
- Table 9-9 Number Of U.S. Wood Preservation Product Manufacturers And Shipments By Company By Product Line, 1987-1997 (number and dollars): Poles, Piles, And Posts; Railway Crossties And Mine Ties; Rough And Dressed Lumber; Edged Worked Lumber, Switch And Bridge Ties; And Contract Wood Preservation
- Table 9-10 Sales Estimates For Nineteen U.S. Fence And Deck Product Manufacturers, 2001 (dollars)

**Section 10. Profiles Of Leading U.S. Fence and Deck Product Manufacturers**

- Advanced Environmental Recycling Technologies, Inc.
- Deck Products And Distribution
- Manufacturing
- Marketing Agreements
- Sales And Profit Trends
- American Fence Co.
- Fence Products
- Ameristar Fence Products
- Fence Products And Sales
- Associated Materials Holdings, Inc.
- Fence And Deck Products And Sales
- CertainTeed Corp.
- Fence, Deck, And Rail Products
- Brand Share
- CPI Plastics Group, Ltd.
- Deck Products And Sales
- Crane Plastics Holding Co.
- TimberTech Decking
- Vinyl Visions
- Fiber Composites, LLC
- Fiberon Deck And Rail Products
- Brand Share
- Georgia-Pacific Corp.
- Deck, Fence, And Rail Products
- Manufacturing And Distribution
- Heritage Vinyl Products
- Fence And Deck Products
- Keystone Consolidated Industries, Inc.
- Wire Fence Products
- Manufacturing And Distribution
- Sales And Market Share
- L.B. Plastics, Inc.
- Deck, Fence, And Rail Products
- Louisiana-Pacific Corp.
- Deck Products
- Brand Share
- Master Mark Plastics
- Deck And Fence Products
- Master-Halco, Inc.
- Fence Products And Sales
- New Products
- Sales And Market Share
- MMI Products, Inc.
- Fence Products

- Sales Trends And Market Share
- Nortek, Inc.
- Deck, Fence, And Rail Products
- The Pacific Lumber Co.
- Deck Products
- Royal Group Technologies, Ltd.
- Fence And Deck Products
- Sales Trends
- Temple-Inland, Inc.
- Deck Products
- Thermal Industries, Inc.
- Deck And Rail Products
- Manufacturing And Sales
- Trex Co., Inc.
- Deck Products And Markets
- Manufacturing
- Distribution
- Sales And Marketing
- Brand Share
- Sales And Profit Trends
- U.S. Plastic Lumber Corp.
- Plastic Lumber Products
- Manufacturing
- Sales And Profit Trends
- Brand And Market Shares
- Universal Forest Products, Inc.
- Do-It-Yourself (D-I-Y) And Retail Products
- Composite Decking Acquisition
- Veka, Inc.
- Fence, Deck, And Rail Products
- Westech Fence
- Fence, Deck, And Rail Products
- Weyerhaeuser Co.
- Cedar Deck Products
- Weyerhaeuser ChoiceDek
- Brand Share

**Get Full Details About This Report >>**

**About MarketResearch.com**
MarketResearch.com is an online aggregator selling over 85,000 market research reports, company profiles and country profiles from more than 350 research firms. Our reports will provide you with the critical business and competitive intelligence you need for strategic planning and marketing research. Coverage includes the US, UK, Europe, Asia and global markets.

© MarketResearch.com 2004
12/6/2004 mrpv4