

## Perfection Fence Corp.

| | |
|---|---|
| **Booth #:** | W9308 |
| **Address:** | 985 Plain Street<br>Marshfield, MA 02050-2153 |
| **Phone:** | 781-837-3600 |
| **FAX:** | 781-834-1105 |
| **Email:** | |
| **Website:** | |
| **Contact:** | Marie Peterson |
| **Product Categories:** | Decks, Balconies and Patios<br>Fences/Fencing<br>Gates & Gate Operators<br>Gazebos, Pergolas, and Arbors<br>Lighting (Indoor/Outdoor)<br>Mail Boxes (Apartment, Post and Rural)<br>Railings |

## Featured Products
No Information Provided

Return to top

## Specials
No Information Provided

Return to top

Case 1:04-cv-12094-GAO     Document 24-12     Filed 12/08/2004     Page 2 of 2



## Fiber Composites LLC

| | |
|---|---|
| **Booth #:** | S10967 |
| **Address:** | 181 Random Dr. |
| | New London, NC 28127-9727 |
| **Phone:** | 704) 463-2971 |
| **FAX:** | 704-463-0405 |
| **Email:** | craigs@fibercomposites.com |
| **Website:** | www.fibercomposites.com |
| **Contact:** | Craig Sherrett |
| **Product Categories:** | Building Materials and Specialties |
| | Decks, Balconies and Patios |
| | Lumber |
| | Millwork |
| | Plastic Products and Materials |
| | Railings |



Low maintenance composite decking and railing systems.

## Featured Products
No Information Provided

Return to top

## Specials
No Information Provided

Return to top