F 88 Fence

33739 © Bell Atlantic Yellow Pages Company 1998



**PROFESSIONALS IN RESIDENTIAL & COMMERCIAL FENCING**

- Architecturally Designed Fences
- Swimming Pool Enclosures
- Complete Chain Link Systems
- Security Enclosures
- Electronic Security Systems
- Tennis Court Fencing
- Wrought Iron
- Repair Services

See Our Offer in the Coupon Section

Rockland
878-1150
Weymouth
335-8700
Toll Free
1 800 479-5300
Member AFA

**SOUTH SHORE FENCE**

Incorporated in 1957 Serving New England for Over 40 years

VISIT OUR SHOWROOM: RTE. 18, SOUTH WEYMOUTH, MA

---

Fence—(Cont'd)

**COUNTRY FENCE CO**
Commercial - Residential
Chain Link
Wood
Free Estimates - Fully Insured
458 Monponsett Hanson --------- 800 286-8425

Custom Fence
See Our Display Ad Page 89
612 Plymouth East Bridgewater-Whitman  447-0045

**DOGWATCH HIDDEN FENCE SYSTEMS**
- Systems For Every Yard & Budget
- Installation, Training And Service
- Lifetime Warranty Available
- Veterinarian Approved
- Call For Free Estimates
172 Ridge Millis --------- 508 376-2737

*Help newcomers in town get acquainted with you-classify your products and services in these Bell Atlantic Yellow Pages.*

*If you need help quickly, the Bell Atlantic Yellow Pages is the place to look. Roofers, painters, plumbers and thousands of other services and dealers are listed in the Bell Atlantic Yellow Pages for your quick reference.*

---

East Coast Fence Co Inc
  See Our Display Ad Page 89
  30 Prospect Kingston --------- 585-9500
Invisible Fence Of The South Shore
  See Our Display Ad Page 89
  2048 Washington Hanover --------- 800 628-2264
  2048 Washington Hvr --------- 871-3228
Johnson's Pet Products
  See Our Display Ad Page 89,
  27 Maple Av Holbrook --------- 800 66●-●●●●
Liberty Fence  1146 Bedford Whit --------- 447-●●●●
Nilsson Stewart Fence Co Inc
  See Our Display Ad Page 89
  1854 Main Brockton --------- 800 698-7849
**NORTHEAST FENCE & RAILING**
  17 New Driftway Scituate --------- 544-3436
Perfection Fence Corp
  See Our Display Ad This Page
  Marshfield Ma --------- Rockland 878-5500
  Marshfield Ma --------- 800 875-9000

*The Bell Atlantic Yellow Pages-meeting place of buyers and sellers.*

---

### Save energy.

You'll save money and help save the environment if you follow these simple guidelines:

- Install insulation around drafty doors and windows.
- Wrap your water heater with an insulated "jacket"
- Run your dishwasher and washing machine with full loads.
- Buy energy efficient appliances and light bulbs.
- Turn off the lights whenever you leave a room.

---



## A & A STOCKADE INC. — Custom Fence

**"Define Your Space With Distinction"**

**RESIDENTIAL • COMMERCIAL**
- Installation & Repairs
- Free Estimates
- Fully Insured

Visit Our Showroom
Conveniently Located On Rt. 3A In Cohasset
1 Mile South of Intersection Rts. 3A & 228
Rt. 3A, #132-R, Cohasset



Chain Link • Picket • Custom Board
Swimming Pool Enclosures
All Types of Fences
Cedar Furniture • Cedar Sheds

**COHASSET 781-383-1220**
**ROCKLAND 781-878-7744**



---

**SUPERIOR QUALITY • SENSIBLY PRICED**

- Vinyl Fence, Decks and Deck Rails
- Wood, Chain Link, Ornamental Iron
- Custom Lantern Posts and Lanterns
- Custom Mailbox Posts and Mailboxes
- Dog Kennels and Accessories
- Arbors and Pergolas
- Teak Casual Furniture
- Gazebos and Small Buildings

New Architectural Vinyl Designs Manufactured In-House



**Perfection Fence**
Custom Designers and Planners

CALL FOR A FREE CONSULTATION ON NEW WORK
New England's Only Full Line Manufacturer
Buy Direct From Us and Save

**DESIGN AND ENGINEERING DEPTS.**
- CAD Design Department
- Chain Link for Every Application
- High Security • High Security Fence
- Electronic Gates and Access Controls
- Guard Rail - Steel and Wood
- Specialists in Wood Fencing for Condominiums and Commercial Use
- Construction Fencing • Portable Panels

**ROCKLAND 781-878-5500**
**MARSHFIELD 781-837-3600**
**1-800-537-2900**
985 Plain St. (Rte 139)
Marshfield MA 02050
**FINANCING AVAILABLE**

---

### Driving tip

Watch your mileage. Poor performance may mean you need a tune-up.





ROCKLAND 1998

**128  FENCE**  33587

# Reliable®
## THE RECOGNIZED NAME IN QUALITY & SERVICE FOR OVER 45 YEARS

Complete Selection of Wood & Steel Fencing
Repairs & New Construction
Wood & Steel Guard Rails
Dog Kennels
Temporary Construction Fencing

- Commercial Security Fencing
- Architecturally Designed Fencing For Your Home

**781-890-6105 Waltham**
VISIT US AT 283 SALEM ST WOBURN
**781-933-9363 Woburn**
Fax: 781-933-9304

Arbors & Cedar Furniture | Jerith Ornamental Aluminum | Bufftech Maintenance-Free Vinyl Fencing | Kroy

---

**SUPERIOR QUALITY • SENSIBLY PRICED**

- Vinyl Fence, Decks and Deck Rails
- Wood, Chain Link, Ornamental Iron
- Custom Lantern Posts and Lanterns
- Custom Mailbox Posts and Mailboxes
- Dog Kennels and Accessories
- Arbors and Pergolas
- Teak Casual Furniture
- Gazebos and Small Buildings

**FINANCING AVAILABLE**

**DESIGN AND ENGINEERING DEPTS.**
- CAD Design Department
- Chain Link for Every Application
- High Security Fence
- Electronic Gates and Access Controls
- Guard Rail - Steel and Wood
- Specialist in Wood Fencing for Condominiums and Commercial Use
- Construction Fencing • Portable Panels

**New Architectural Vinyl Designs Manufactured In-House**

**CALL FOR A FREE DESIGN CONSULTATION ON NEW WORK**

**NEWTON 617-527-3600**
**BOSTON 617-350-8900**
**1-800-537-2900**

## Perfection Fence
*Custom Designers and Planners*

---

## Quality Fencing For Less!
# MR. FENCE
**RESIDENTIAL • COMMERCIAL • INDUSTRIAL**
FULLY INSURED • SENIOR DISCOUNTS
ESTIMATES WITHOUT OBLIGATION
**SALES • INSTALLATIONS • REPAIRS**

**ATTENTION DO-IT-YOURSELFERS:**
Our Experience & Discounts on Materials Will Save You Money!
Home Delivery Also Available

- PICKET FENCES
- STOCKADE
- TENNIS COURTS
- DOG RUNS
- MAILBOX POSTS
- CEDAR FENCES
- SWIMMING POOL ENCLOSURES
- FLAG POLES
- CHAIN LINK
- HORSE CORRALS
- ORNAMENTAL
- ALUMINUM
- LAMP POSTS
- CEDAR OR PINE CABANAS & UTILITY SHEDS

VISA  MasterCard
**617-969-2056**
NEWTON

---

**Fence —(Cont'd)**

**ECONOMY FENCE** —— 617 924-6652
**FENCES BY STEVEN F PANEK**
Rear 264 Main  Foxboro ———— 508 543-3031
**Franklin Fence Inc**
See Our Display Ad Page 127
520 W Central  Franklin —— Norwood 781 769-2666
**Frontier Fence** 11 Sherman Rd. Millis
Toll Free Dial 1 ————————— 800 376-5767
**GREGS FENCE**
Wood & Chain Link
Quality Work & Quality Prices
Emergency Repair & Installation
Residential & Commercial
19 Years Experience • Fully Insured
26 Gerrish Bri ——————— 617 783-8926
**IDEAL FENCE CO**
See Our Display Ad Page 129
Watertown MA ——————— 617 924-7975

Make sure you get your share of business from customers in your neighborhood. Advertise in the Bell Atlantic Yellow Pages. Look under Advertising - Directory and Guide for numbers for your local Bell Atlantic Yellow Pages office. Our advertising experts will help you with information and advice.

*Advertise here - it pays.*

**Invisible Fencing**
See Our Display Ad Page 129
3 Forest  Wel ——————— 781 431-7330
**LARSON FENCE**
Toll Free Dial 1 ——————— 877 883-7767
**Liberty Fence**
See Our Display Ad Page 130
21 May Terr  Wey ———— Dedham 781 461-5771

The Bell Atlantic Yellow Pages gives you advertising you can trust. We never knowingly accept any advertising we consider unethical or misleading. That's why the Bell Atlantic Yellow Pages are rated one of the most reliable advertising media. Call us if you have any question about advertising in the book.

## Work 7 Days a week.
An ad in the Bell Atlantic Yellow Pages never stops working. To place an ad, call toll free
**1 800 446-9639**
or contact us via our E-mail address
askus@bigyellow.com
**Bell Atlantic**

NEWTON  98-99