Page 1 of 2 ... QUOTATION NO.: 905384

October 18, 1999

**REDACT**

Hanover, MA 02339

Dear

In response to your request for a quotation on furnishing and installing a deck, deck railings and a pergola at your 20 Stoney Brook Road, Marshfield, property, we respectfully submit the following:

**SCOPE OF WORK:**

*Deck Construction . . .*

Furnish and install a 19 ft. x 32 ft. deck, 4 ft. above the ground, with a PT frame below. Construction dimensions will be 4 ft. out from right side of house, 19 ft. back, 32 ft. across the back, 10 ft. returning back to the house. Stairs to be located on the 10 ft. length. No deck railings included.

1. Mahogany wood deck surface.
2. Vinyl deck surface.

*Deck Railing Construction . . .*

3. Furnish and install wood deck railings for 19 ft. x 32 ft. deck described in Option 1 or 2. Includes 2 coats of stain.
4. Furnish and install white vinyl deck railings for 19 ft. x 32 ft. deck described in Option 1 or 2.

*Pergola . . .*

5. Furnish and install a wood pergola, 10 ft. x 32 ft., on deck in Option 1 or 2. Posts will be upgraded to 5" x 5" from 4" x 4" and extend from the PT frame below. Includes two coats of stain. Pergola will run from the 10 ft. line along the back of the house for 32 ft. to the other end of the deck. The side section, 9 ft x 4 ft., will not be included.
6. Furnish and install a wood pergola, 10 ft. x 16 ft., on the deck in Option 1 or 2. Posts will be upgraded to 5" x 5" from 4" x 4" and extend from the PT frame below. Includes 2 coats of stain. Pergola will run from the 10 ft. line along the back for 16 ft. to the chimney.

Page 2 of 2 ... QUOTATION NO.: 905384

**PRICING INFORMATION:** *(Please refer to "Scope of Work" above. Pricing includes materials, labor and equipment. All pricing subject to applicable taxes.)*

### Deck Construction . . .
| | |
|---|---|
| 1. The Price shall be . . . | $ 6,840.00 |
| 2. The Price shall be . . . | $ 9,240.00 |

### Deck Railing Construction . . .
| | |
|---|---|
| 3. The Price shall be . . . | $ 2,795.00 |
| 4. The Price shall be . . . | $ 3,820.00 |

### Pergola . . .
| | |
|---|---|
| 5. The Price shall be . . . | $ 9,178.00 |
| 6. The Price shall be . . . | $ 4,654.00 |

**NOTES:**

1. It is the customer's responsibility to conform to all zoning bylaws.
2. No changes, alterations, extras, or additions in the work shall be done without authorization of the Purchaser at an additional price and agreed upon in writing by Perfection Fence Corp.
3. This proposal and Perfection Fence Corp.'s "GENERAL AGREEMENTS, PROVISIONS AND CONDITIONS" comprise the entire agreement between Perfection Fence and the customer. There are no verbal agreements or representations in connection herewith.
4. This proposal may be withdrawn by us if not accepted within 14 days.
5. Payment terms:    50% Deposit due at time order is placed.
   Balance due upon completion of the project.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

It is agreed and understood by both parties that all payments are due as herein set forth. The customer agrees to pay Perfection Fence Corp. a late or delinquency CHARGE of 18% PER ANNUM PRORATA on all late payments and further agrees to pay, in addition, all above sums in default, if placed with an attorney for collection, all costs, expenses, and reasonable attorney fees.

If you have any questions or if I may be of any further assistance to you on this project, please do not hesitate to contact me at (781) 837-3600. I look forward to working with you.

Sincerely,

*[signature]*

Charles T. Skulsky

---

**ACCEPTANCE OF PROPOSAL:**            *Please initial options selected.*

**Authorized Signature**                **Date of Acceptance**