kExpo preview • Fencer's Field Report • A fence job at the ends of the earth
y tips • Safeguarding your business • Understanding the new overtime rules

# ORLD FENCE NEWS

## FROM THE WORLD OF FENCING, ACCESS CONTROL AND SECURITY



Perfection Fence Corp.® of Marshfield, Mass. designed, manufactu[red] and installed this elegant wood Williamsburg style fence in Newto[n,] Mass., a community that embraces its many historic homes. The beautiful residence is enhanced by the "yesteryear" prestige of th[e] fence. Two recessed panel pillar posts with decorator dentil post c[aps]

EWS
Dr., Ste. 3-115

Presorted Standard
U.S. Postage
PAID
Permit No. 6283
Springfield, VA

## INSIDE THIS ISSUE

DeckExpo preview • Fencer's Field Report • A fence job at the ends of the earth
Safety tips • Safeguarding your business • Understanding the new overtime rules

# WORLD FENCE NEWS

**NEWS FROM THE WORLD OF FENCING, ACCESS CONTROL AND SECURITY**



*Perfection Fence Corp.® of Marshfield, Mass. designed, manufactured and installed this elegant wood Williamsburg style fence in Newton, Mass., a community that embraces its many historic homes. The beautiful residence is enhanced by the "yesteryear" prestige of the fence. Two recessed panel pillar posts with decorator dentil post caps frame the arched gate. This arch mirrors the defining arched windows over the stately entrance to the home. The sections on each side of the gate have curved top rails gracefully meeting the rails on the gate. (Courtesy of Perfection Fence Corp.)*

WORLD FENCE NEWS
6101 W. Courtyard Dr., Ste. 3-115
Austin, Texas 78730

Presorted Standard
U.S. Postage
PAID
Permit No. 6283
Springfield, VA

## NOVEMBER 2004

www.worldfencenews.com

# WORLD FENCE NEW[S]

### [N]EWS FROM THE WORLD OF FENCING, ACCESS CONTROL AND SECURI[TY]





## [C]olors expand horizon for vinyl, compos[ite]
## [ ] fences and other landscape structures

[Respond]ing to requests for a softer appearance, manufacturers of vinyl, plastic [and com]posite fences, decks, railings, garden structures and other landscape [products h]ave expanded the range of colors available. Tan, beige and gray have [bee]n popular, and one of the most exciting recent introductions has been a [tan or]namental picket style fence, which blends in with the landscape and [allows a]ttention to be drawn to the home or other structure rather than to the [fence. I]n many cases, colors can be custom matched to the building's exterior, [addin]g a nice architectural touch. On the cover we present six examples of [color]ed fences, with examples of many more colored products to be found [insid]e this issue. See page 4 for descriptions of the fences you see here.





# WORLD FENCE NEWS
### NEWS FROM THE WORLD OF FENCING, ACCESS CONTROL AND SECURITY





## Colors expand horizon for vinyl, composite fences and other landscape structures

Responding to requests for a softer appearance, manufacturers of vinyl, plastic and composite fences, decks, railings, garden structures and other landscape items have expanded the range of colors available. Tan, beige and gray have long been popular, and one of the most exciting recent introductions has been a black ornamental picket style fence, which blends in with the landscape and allows attention to be drawn to the home or other structure rather than to the fence. In many cases, colors can be custom matched to the building's exterior, providing a nice architectural touch. On the cover we present six examples of colored fences, with examples of many more colored products to be found inside this issue. See page 4 for descriptions of the fences you see here.







**WORLD FENCE NEWS**
6101 W. Courtyard Dr., Ste. 3-115
Austin, Texas 78730

Presorted Standard
U.S. Postage
**PAID**
Permit No. 6283
Springfield, VA

## MAY 2003

## Editor's Corner

### Colors expand the horizon for vinyl and composite fences, decks, and other structures

Over the past several years, vinyl and composite fences, decks, railing, columns, arbors, gazebos and other landscape structures have taken the market by storm. And in order to broaden their appeal even more, manufacturers offer a range of colors other than white to provide a softer, gentler appearance, and allow the items to blend with the landscape and further complement the buildings around which they are used.

In many ways, it is a similar approach taken by chain link manufacturers many years ago when they broadened the product's appeal by offering color-coated fabric and framework, which blended well in residential, commercial and industrial settings, and offered an option to the traditional galvanized finish.

We have compiled a variety of examples of colored vinyl and composite products for this issue, beginning on page 16. Photos and information were supplied by a number of extruders, fabricators and installation firms. We hope this overview will broaden your knowledge of the uses and applications for colored products, and expand the choices which you can offer to your customers.

Since space is somewhat limited on the cover, we chose six nice examples of colored fences. Many other items are found elsewhere in this issue. Here are descriptions of the fences, starting at the upper left corner and proceeding clockwise: **1)** Bufftech Prestige™ fencing provides classic black ornamental-style charm. It is manufactured from a patent-pending composite formulation of polypropylene plastic and fiberglass. For more information call 1-800-333-0569, or see the web site www.prestigefencing.com. **2)** This beige, stepped Ultra Privacy with Greenwich Topper style makes an attractive enclosure for a beautiful pool setting. The fence, which was installed atop a stone wall, was manufactured by Perfection Building Products of Marshfield, Mass. For information call 1-877-55-4EVER, or fax 781-834-1105. **3)** Kroy Building Products has introduced a major expansion of its product line with the addition of Beyond Black, a composite ornamental fencing which replicates the classic look of ornamental wrought iron. It is available in black, but other colors may be added in the future, the company said. For information call 1-800-933-KROY, or see the web site www.kroybp.com. **4)** Digger Specialties has found tan to be an extremely popular color, as in the Presidential privacy style shown on the cover. Call 1-800-446-7659 or check their web site located at www.diggerspecialties.com. **5)** The Dover open picket style around this pool allows the homeowners to see into the pool area. The tan fence is one of many styles from Triple Crown Fence™. For information call 1-800-488-5245, or check www.royalcrownltd.com. **6)** Poly Vinyl Creations fabricated this nice shower room enclosure for a Florida homeowner. The color of the enclosure nicely complements the home's exterior color. For information call 1-800-780-3362 or check www.polyvinylc.com. — Rick Henderson

## In This I[ssue]

Fence industry calendar of events
Fencer's Field Report ..................
Solar solutions
   by Zack Eichenberger ...............
Through the years with World Fen[ce]
Federal Procurement Alert for Fer[
Shrinkage — A killer of profits
   by Jim Lucci .............................
Customer loyalty cannot live by c[
   by Pam Mitchell .......................
Take care of your equipment
   by Harvey Lacey ......................
Stressbusters: reduce workplace [
   by Phillip Perry .........................
So you own your own constructio[n
   by Henry Goudreau .................
The art of the bid
   by S.S. Saucerman ...................
This bid is for you
   by Paul Montelongo .................
Advanced back injury prevention
Empower your employees to be "[
   by Linda Keefe ........................
Upselling: making the most out o[f
   by Tom Kartheiser ....................
Fencer's Marketplace national clas[
Your fence company's "Roadmap [
   by Tom Luby ...........................

Reader Action Form I[s
Use It To Obtain Additional Inform[

### WORLD FENCE NEWS



**Publisher**
Rodger Duke

**Managing Editor/Webmaster**
Rick Henderson

**Comptroller**
Barbara Jo Duke



**Data Manager**
Mary Hummon

**Contributing Editors**
Herb Borner
Jim Lucci



**Desktop/Internet Technician**
Margaret Weston

**Desktop Technician**
Darlene Woehnker

World Fence News (ISSN#1054-5185) is published monthly by World Fencing Data Center, Inc. U.S.

## Index of Advertise[rs

ALAMO FENCE COMPANY ............................ 79
ALCO FENCE PAINTERS ................................ 92
ALL-O-MATIC, INC. ...................................... 71
ALLIED TUBE & CONDUIT FENCE DIVISION ...... 96
AMERICAN ACCESS SYSTEMS, INC. ................ 61
AMERICAN WAY MANUFACTURING, INC. ........ 83
AMERISTAR FENCE PRODUCTS ............ 15, 23, 69
AMETCO MANUFACTURING CORP. ................ 14
ANCHOR DIE CAST ........................................ 8
ARK-PLAS PRODUCTS, INC. ........................... 40
ARTIFICIAL LANDSCAPE CONCEPTS ............... 72
ARUVIL INTERNATIONAL, INC. ......................... 7
BABY-LOC REMOVALBE FENCING .................. 81
BALL PRODUCTS, INC. .................................. 32
BENNER'S GARDENS ..................................... 68
BLACKLINE FENCE PRODUCTS ....................... 26
BLOOM'S MACHINE & TOOL ......................... 68
BOUNDARY FENCE & RAILING SYSTEMS, INC. ... 27
BUFFTECH, A BRAND OF CERTAINTEED CORP. ... 9

EZ MOUNT, INC. ....................................... 36
FLW WOOD PRODUCTS, INC. ..................... 18
FEDERAL PROCUREMENT ALERT ................. 90
FENCE MASTERS TECHNOLOGY, INC. ........... 53
FLEX FENCE MANUFACTURING, INC. ........... 18
FOUTS BROS. GMC TRUCK CENTER ............. 88
GARON PRODUCTS, INC. ........................... 66
GATES AND CONTROLS, INC. ..................... 14
GENERAL EQUIPMENT CO. ........................ 91
GLOBAL HARDWARE SYSTEMS, INC. ........... 10
GROUND HOG, INC. ................................. 30
GUARDIAN FENCE SUPPLIERS .................... 58
HAMPDEN FENCE SUPPLY, INC. .................. 58
HOMELAND VINYL PRODUCTS, INC. ........... 38
HOME TOPS ............................................. 84
HUTCHISON, INC. ..................................... 80
INTERMOUNTAIN ROUNDWOOD
   ASSOCIATION ........................................ 22
J.C. GURY CO. ........................................... 10

NATIO[
OMEG[
OPER[
OUTD[
OUTD[
OVERS[
PARTA[
PATIO[
PERFE[
PERM[
POLY V[
PRO-D[
QUALT[
RHINO[
RICHA[
ROYAL[
SSD C[
SWP IN[
SKIDRI[

# The art of color and fencing

MARSHFIELD, Mass. — Over the centuries, the art of fencing has evolved from primitive boundary markings to the ultimate architectural compliment for the home and landscape.

Fencing not only acts to define boundaries, but it serves many other needs of the homeowner, from basic screening to inviting grand entrances.

"The forms of fencing have also evolved from traditional materials, wood, chain link and ornamental, to include engineered materials, such as vinyl, opening up new opportunities for the industry and offering residential and commercial customers maintenance free elegance," said Bryan S. Skulsky, president of Perfection Building Products Corp., a leading manufacturer and distributor of vinyl fencing, design features, pergolas, decking and deck railings.

"Through our team of professionals, we recognized the far-reaching values of vinyl and worked to develop the manufacturing process and designs to replicate the time-honored classics, giving the buyer a choice — not of design dictated by material — but the same design in wood or vinyl," he said. "We feel we have succeeded in meeting the requirements of the most discriminating buyer."

Skulsky commented that "Color adds to the art form. Today, every customer wants options; they want color, they want to be unique, they want everything maintenance free."

To meet those demands, Perfection Building Products Corp. offers its ForeverVinyl™ in white, gray and beige colors.

"These colors were chosen because time has proven that they are stable and compatible with many shades in the same families," he said. "All colors are not stable. The effects of sunlight can seriously alter what happens to them. It is important to know what the qualities of color in vinyl extrusions are. The components and chemical structure play

*continued on page 84*



*Beige is a warm color, less reflective than white. This welcoming Grand Arbor and fence exemplify the harmony created in the landscape with soft colors.*
*(Photo courtesy of Perfection Fence Corp.)*

## Poly Vinyl Creations
*continued from page 42*

vinyl product. BLACKline is a product that will have a great impact on our market and has great potential in the vinyl market itself.

"Black vinyl compares more to wrought iron or aluminum ornamental; it does not come in any privacy styles. It does cost more than white vinyl, but a lot more is taken into account to make the process work," said Burton.

"The basic black style seems a lot more expensive at first glance, but when you add the finials and rings and caps and learn the features and benefits involved with vinyl compared to other products, the long-term benefits far outweigh your immediate costs and concerns," stated Burton.

Poly Vinyl Creations has expanded, and continues to expand, its facility and has been erecting buildings to house more accessory items and warehouse other machinery.

For more information, contact Poly Vinyl Creations at 800-780-3362 or visit them on the Internet at their web site www.polyvinylc.com.



CNC ROUTING Now

### The art of color and fencing

continued from page 76

a significant role in its stability and long term durability. Vinyl fencing, regardless of color, is purchased for its durability, maintenance free and cost saving qualities and pristine appearance. It must meet those demands."

While white vinyl is by far the most popular selection for fencing and pergolas, there has been a significant increase in the demand for beige and gray, primarily because people want colors to match and want to be unique, noted Skulsky.

"Color adds an element of distinction and connects or contrasts the fence or pergola to the colors of the main edifice."

Fencing is no longer installed in just straight lines.

"Our ForeverVinyl Mercedes™ Bends allow for the ultimate vinyl design features, and are available in a wide selection of styles and sizes, in colors, with or without routing," he said. "Our quality and designs are unequaled. Curved vinyl rails are available in colors for creative use in design. The colors can be combined to create interest and contrast. The combination of beige or gray fence, including designed bends, with white decorative toppers is a classic example."

The use of a gray privacy base in conjunction with slope transition rails over a white diagonal lattice topper demonstrates a dynamic use of color, he said. "These bends allow for artistic solutions to design demands created in landscaping. They can enhance your expertise and image in the marketplace."

"Our original Architectural Mercedes Pergola End Caps are also offered in the same colors," said Skulsky. "While white is the dominant color in the construction of pergolas, the selection of beige or gray can complement the color of a house and is less reflective than white.

"You can create a 'hallmark' product for your company with the inclusion of our pergola end cap design," he added.

For more information on these product lines, contact the company at 985 Plain Street, Marshfield, Mass. 02050, or call 1-877-55-4EVER.

See the company web site located at *www.perfectionfence.com*.





*The Ultra Privacy and Diagonal fencing shown above was chosen for its durable construction and attractive design. The bright reflection sometimes caused by white was eliminated by the selection of the privacy fencing in gray. The white diagonal topper highlights the design and complements the setting.*
*(Photos courtesy Perfection Fence Corp.)*



*The increased demand for color extends beyond fencing to creative pergola structures. Beige vinyl was selected to blend with the trim on this cabana where a high contrast was not desired.*

*Beige Ultra Privacy and Diagonal fencing was chosen as a decorative background for this elevated garden, while affording privacy for the homeowners.*