# BOSTON DESIGN

A guide to fine home furnishings, products and services



1999/2000   $10.00

THIRD ANNUAL EDITION

# PERFECTION FENCE · IN THE SPOTLIGHT



Forever vinyl fence and deck railings, fabricated by Perfection Fence, have architectural qualities that give the appearance of old style craftsmanship and the finest details. Their state-of-the-art technology in fabrication is unmatched in the industry. Almost all designs fabricated in wood, Perfection Fence can replicate in vinyl. Low maintenance, durability, creative vinyl designs and a lifetime warranty make it the building product of choice.

Perfection Fence is a full-service fence company offering wood, vinyl, ornamental iron and chain link products, custom designed arbors, gazebos and pergolas, grand entrances with electronic gate and access controls. Unlimited designs of custom lantern and mailbox posts are also available.



All fences shown in Forever Vinyl

As custom designers and planners and New England's only full-line manufacturer, Perfection Fence brings distinction to every project. For more information, please call 800-537-2900 or visit their indoor showroom located at 985 Plain Street, Route 139 in Marshfield, MA.