IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,
        Plaintiff,
v.
FIBER COMPOSITES, LLC,
        Defendant.

CIVIL ACTION NO. 04-12094 GAO

**SUPPLEMENTAL DECLARATION OF CARY COLEMAN**

I, Cary Coleman, having been duly sworn, state as follows:

1.     I am the National Product Manager for Decking and Railing for Perfection Fence Corp., the plaintiff in this matter.

2.     I make this declaration based on my personal knowledge.

3.     On Wednesday, December 1, 2004, I received a call from a potential customer from Atlantic City, New Jersey. The customer wanted to know the difference between "Perfection decking" and the decking manufactured by Trex, a competitor.

4.     When I told the customer that Perfection decking is composed of vinyl while Trex's decking is a wood composite product, the customer replied that he was sure that Perfection decking was wood composite.

5.     The customer indicated that he knew that Perfection decking was wood composite because he had recently done a web search for decking products, and had gone to a website for Perfection decking, which showed a wood composite product. A few days thereafter, he had done another web search for "perfection decking" to find Perfection Corp.'s phone number.

6. Perfection's website does not show any wood composite decking, and Perfection does not sell any wood composite decking. Decking advertised on Fiber's website, however, is all wood composite.

7. The customer who called must have been looking at Fiber's website originally. We are aware of no other website that uses the term PERFECTION in connection with composite wood decking.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: December 8, 2004                     /s/ Cary Coleman
                                            Cary Coleman