IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP.,<br>　　　　　Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>　　　　　Defendant. | CIVIL ACTION NO. 04-12094 GAO |

### DECLARATION OF RYAN MCMANUS

I, Ryan McManus, having been duly sworn, state as follows:

1.　　I am a paralegal for Wolf, Greenfield & Sacks, P.C., counsel for Perfection Fence Corporation ("Perfection"), the plaintiff in the above-captioned case.

2.　　I make this declaration based on my personal knowledge.

3.　　Attached hereto as Exhibit A is a true and accurate copy of the web-page for the URL http://www.profectiondecking.com/calculator.asp on December 6, 2004.

4.　　Attached hereto as Exhibit B is a true and accurate copy of the HTML source code for the URL http://www.profectiondecking.com/calculator.asp on December 6, 2004.  The code has been colorized to make it easier to read, and the term PERFECTION has been highlighted in yellow.

5.　　On November 30, 2004, I called the Connecticut Fencemen, Inc. and asked if they sell decking.   The store told me they do not sell decking.

6.　　According to the search engine Google, there do not appear to be any websites for Perfection Ornamental Iron & Fabrication of Pasadena, California, Perfection Decks of Mount Clemens, Michigan, or Perfection Landscaping & Patios of Kasota, Minnesota.

7.On November 30, 2004, I called Perfection Landscape, Inc. of Oregon City, Oregon, at (503) 632-2274.  They answered the phone as "Perfection Landscape." When I asked if they sold any decking products, they told me they did not.  Pages from Perfection Landscape's website is attached hereto as Exhibit C.

8.On November 30, 2004, I called Perfection Decks of Mount Clemens, Michigan, at (586) 405-9197.  The first time I called, I got an answering machine with the name "Scott."  There was no mention of Perfection or Perfection Decks on the answering machine.  The second time I called, a person named Scott answered and stated that he is not doing business as Perfection Decks anymore, and at no time did he sell decking or related materials.

9.On November 30, 2004 and December 1, 2004, I placed four phone calls each to Perfection Landscaping & Patios of Kasota, Minnesota and Perfection Ornamental Iron & Fabrication of Pasadena, California, during ordinary business hours in the time zones of those companies.  Every time I called, an answering machine picked up.

10.Attached hereto as Exhibit D is the first page of results of a Google search for "perfection decking."  Fiber's website is eighth on this list.

11.I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: <u>December 8, 2004</u>/s/ Ryan McManus
Ryan McManus

2