

Decking Calculator

Enter in the length and width or the total square footage of your deck and find out how much Profection™ Composite Decking you will need to complete the job.

**Please Note:** This calculator factors in 10% overage.

Based on Dimensions:

Length (in feet)

Width (in feet)

[ Calculate ]

Based on Square Footage:

Square Footage

[ Calculate ]

Results:

Recommended Lengths shown in asterisks (*)

**Simply the Best Composite  
Decking and Railing!**

*Profection Composite Decking is covered under  
I.C.C. International Code Council #22-41.*

HOME | OUR DECKING & RAILING | INSTALLATION | FAQs | WHERE TO BUY  
PERFORMANCE & TESTING | DECKING CALCULATOR | SITE MAP

©2003, 2004 LMC

00005426