```
<html>

    <head>
        <meta http-equiv="content-type" content="text/html;charset=iso-8859-1">
        <meta name="generator" content="Adobe GoLive 5">
        <title>Perfection Composite Decking - Decking Calculator</title>
        <script language="javascript"><!--
            //preload images
            var menuImageOff = new Array();
            menuImageOff[0] = new Image();
            menuImageOff[0].src = "images1/decking.jpg";
            menuImageOff[1] = new Image();
            menuImageOff[1].src = "images1/install.jpg";
            menuImageOff[2] = new Image();
            menuImageOff[2].src = "images1/faq.jpg";
            menuImageOff[3] = new Image();
            menuImageOff[3].src = "images1/where.jpg";
            menuImageOff[4] = new Image();
            menuImageOff[4].src = "images1/performance.jpg";
            menuImageOff[5] = new Image();
            menuImageOff[5].src = "images1/calculator.jpg";
            menuImageOff[6] = new Image();
            menuImageOff[6].src = "images1/home.jpg";

            var menuImageOn = new Array();
            menuImageOn[0] = new Image();
            menuImageOn[0].src = "images1/decking_over.jpg";
            menuImageOn[1] = new Image();
            menuImageOn[1].src = "images1/install_over.jpg";
            menuImageOn[2] = new Image();
            menuImageOn[2].src = "images1/faq_over.jpg";
            menuImageOn[3] = new Image();
            menuImageOn[3].src = "images1/where_over.jpg";
            menuImageOn[4] = new Image();
            menuImageOn[4].src = "images1/performance_over.jpg";
            menuImageOn[5] = new Image();
            menuImageOn[5].src = "images1/calculator_over.jpg";
            menuImageOn[6] = new Image();
            menuImageOn[6].src = "images1/home_over.jpg";

            function rollIt(n,i) {
                document.images[n].src = menuImageOn[n-i].src;
            }

            function rollItBack(n,i) {
                document.images[n].src = menuImageOff[n-i].src;
            }

            function byDimensions() {
                form = document.forms[0];
                dLength = form.dlength.value;
                dWidth = form.dwidth.value;
                dSqFt = dWidth * dLength;
                document.forms[1].sqft.value = dSqFt;
```

```
            dFootage = dSqFt/(5.375/12);
            nTwelves = Math.round((dFootage/12) * 1.1)
            nSixteens = Math.round((dFootage/16) * 1.1)
            nTwentys = Math.round((dFootage/20) * 1.1)

            recommend = "";
            tempResult = "You will need: \n";
            if (dWidth % 12 == 0) {
                recommend = "* ";
                }
            tempResult += recommend + "or " + nTwelves + " 12 ft pieces " + recommend + "\n";
            recommend = "";
            if (dWidth % 16 == 0) {
                recommend = "* ";
                }
            tempResult += recommend + "or " + nSixteens + " 16 ft pieces " + recommend + "\n";
            recommend = "";
            if (dWidth % 20 == 0) {
                recommend = "* ";
                }
            tempResult += recommend + "or " + nTwentys + " 20 ft pieces " + recommend + "\n";

            document.forms[2].calcResult.value = tempResult

        }

        function bySqFt() {
            form = document.forms[1];
            dSqFt = form.sqft.value;
            dFootage = dSqFt/(5.5/12);
            nTwelves = Math.round((dFootage/12) * 1.1)
            nSixteens = Math.round((dFootage/16) * 1.1)
            nTwentys = Math.round((dFootage/20) * 1.1)

            document.forms[2].calcResult.value = "You will need: \n" + nTwelves + " 12 ft
» pieces\nor " + nSixteens + " 16 ft pieces\nor " + nTwentys + " 20 ft pieces";

        }

    //--></script>
    <style media="screen" type="text/css"><!--
td { font-size: 13px; font-family: "Arial Narrow"; letter-spacing: 1px }
.boldtext { font-size: 13px; line-height: 14px; font-family: "Arial Narrow"; letter-spacing: 0px;
» font-weight: bold }
.features { color: #00008b; font-size: 13px; line-height: 14px; font-family: "Arial Narrow";
» font-weight: bold; letter-spacing: 0px }
.caption { font-style: normal; font-weight: normal; font-size: 9px; line-height: 11px; font-family:
» Verdana; letter-spacing: 0px }
.sidenotes { color: #0000cd; font-size: 10px; line-height: 14px; font-family: Verdana;
» letter-spacing: 0px; margin-right: 30px }
input { font-size: 10px; font-family: Verdana; letter-spacing: 1px }
textarea { font-size: 10px; font-family: Verdana; letter-spacing: 1px }
--></style>
  </head>
```

```
    <body bgcolor="#ffffff">
        <div align="center">
            <table border="0" cellpadding="0" cellspacing="0">
                <tr>
                    <td valign="top" width="173"><img name="image0" src="images1/menu1.jpg"
» width="173" height="81" border="0" alt="Perfection Composite Decking Logo"></td>
                    <td valign="top" width="500"><img name="image1" src="images1/logomiddle.jpg"
» width="185" height="81" border="0"><img name="image2" src="images1/lmclogo.jpg" width="96"
» height="81" border="0"></td>
                </tr>
                <tr>
                    <td valign="top" width="173"><img name="image3" src="images1/menu2.jpg"
» width="173" height="32" border="0"><a href="decking.asp" onmouseover="rollIt(4,4);"
» onmouseout="rollItBack(4,4);" alt="Our Decking"><img name="image4" src="images1/decking.jpg"
» width="173" height="19" border="0" alt="About Perfection Decking"></a><img name="image5"
» src="images1/menu3.jpg" width="173" height="19" border="0"><a href="installation.asp"
» onmouseover="rollIt(6,5);" onmouseout="rollItBack(6,5);" alt="Installation"><img name="image6"
» src="images1/install.jpg" width="173" height="18" border="0" alt="Installing Perfection
» Decking"></a><img name="image7" src="images1/menu4.jpg" width="173" height="19" border="0"><a
» href="faq.asp" onmouseover="rollIt(8,6);" onmouseout="rollItBack(8,6);" alt="FAQs"><img
» name="image8" src="images1/faq.jpg" width="173" height="19" border="0" alt="FAQs About Perfection
» Decking"></a><img name="image9" src="images1/menu5.jpg" width="173" height="18" border="0"><a
» href="wheretobuy.asp" onmouseover="rollIt(10,7);" onmouseout="rollItBack(10,7);" alt="Where To
» Buy"><img name="image10" src="images1/where.jpg" width="173" height="19" border="0" alt="Where To
» Buy Perfection Decking"></a><img name="image11" src="images1/menu6.jpg" width="173" height="18"
» border="0"><a href="performance.asp" onmouseover="rollIt(12,8);" onmouseout="rollItBack(12,8);"
» alt="Performance"><img name="image12" src="images1/performance.jpg" width="173" height="19"
» border="0" alt="Performance and Testing of Perfection Decking"></a><img name="image13"
» src="images1/menu7.jpg" width="173" height="18" border="0"><img name="image14"
» src="images1/calculator_over.jpg" width="173" height="19" border="0" alt="Perfection Decking
» Calculator"><img name="image15" src="images1/menu8.jpg" width="173" height="18" border="0"><a
» href="default.asp" onmouseover="rollIt(16,10);" onmouseout="rollItBack(16,10);"
» alt="Homepage"><img name="image16" src="images1/home.jpg" width="173" height="19" border="0"
» alt="Perfection Decking Homepage"><img name="image17" src="images1/menu10.jpg" width="173"
» height="18" border="0"><img name="image18" src="images1/menu11.jpg" width="173" height="56"
» border="0"><img name="image19" src="images1/menu12.jpg" width="173" height="61" border="0"></a>
                    <td valign="top" width="500">
                        <table border="0" cellpadding="12" cellspacing="0" width="100%">
                            <tr>
                                <td>
                                    <p class="features"><img src="images1/calculatorImg.jpg"
» width="130" height="130" border="0" align="left"><br>
                                        <br>

                                        Decking Calculator</p>
                                    <p>Enter in the length and width or the total square footage of
» your deck and find out how much Profection&#153; Composite Decking you will need to complete the
» job.</p>
                                    <p><span class="sidenotes"><b>Please Note: </b>This calculator
» factors in 10% overage.</span></p>
                                    <p><span class="features">Based on Dimensions:</span></p>
```

```
<form name="dimension">
    <table border="0" cellpadding="2" cellspacing="2"
» width="80%">
        <tr>
            <td>Length (in feet)</td>
            <td><input type="text" name="dlength"
» size="10"></td>
        </tr>
        <tr>
            <td>Width (in feet)</td>
            <td><input type="text" name="dwidth"
» size="10"></td>
        </tr>
        <tr>
            <td><input type="button" value="Calculate"
» onClick="byDimensions();"></td>
            <td></td>
        </tr>
    </table>
</form>
<p><span class="features">Based on Square Footage:</span></p>
<form name="sqFt">
    <table border="0" cellpadding="2" cellspacing="2"
» width="80%">
        <tr>
            <td>Square Footage</td>
            <td><input type="text" name="sqft" size="10"></td>
        </tr>
        <tr>
            <td><input type="button" value="Calculate"
» onClick="bySqFt();"></td>
            <td></td>
        </tr>
    </table>
</form>
<p><span class="features">Results:</span></p>
<form name="FormName" action="(Empty Reference!)" method="get">
    <textarea name="calcResult" cols="51"
» rows="8"></textarea><br>
    Recommended Lengths shown in asterisks (*)
</form>
<p></p>
<p><font color="#000000"><html>

    <head>
        <meta http-equiv="content-type" content="text/html;charset=iso-8859-1">
        <meta name="generator" content="Adobe GoLive 5">
        <title>Welcome to Adobe GoLive 5</title>
        <style media="screen, print" type="text/css"><!--
.tagline { color: black; font-style: normal; font-weight: normal; font-size: 14px; line-height:
» 15px; font-family: "Arial Narrow"; text-align: right; letter-spacing: 1px }
.demand { color: #00008b; font-style: normal; font-weight: bold; font-size: 17px; line-height: 17px;
```

```
» font-family: "Arial Narrow"; text-align: right; letter-spacing: 1px }
--></style>
    </head>

    <body bgcolor="#ffffff">
        <p class="tagline"><br>
            <br>
            <br>
            <br>
        </p>
        <hr noshade size="1">
        <p class="demand">Simply the Best Composite<br>
            Decking and Railing!</p>
    </body>

</html></p>
                                    </td>
                                </tr>
                                <tr>
                                    <td>
                                        <p><html>

    <head>
        <meta http-equiv="content-type" content="text/html;charset=iso-8859-1">
        <meta name="generator" content="Adobe GoLive 5">
        <title>Welcome to Adobe GoLive 5</title>
        <style media="screen, print" type="text/css"><!--
.disclaimer { color: black; font-style: oblique; font-weight: normal; font-size: 10px; line-height:
» 13px; font-family: Verdana }
--></style>
    </head>

    <body bgcolor="#ffffff">
        <p><i><span class="disclaimer">Profection Composite Decking is covered under<br>I.C.C.
» International Code Council #22-41.</span></i></p>
        <p></p>
    </body>

</html></p>
                                        <div align="center">
                                            <p><html>

    <head>
        <meta http-equiv="content-type" content="text/html;charset=iso-8859-1">
        <meta name="generator" content="Adobe GoLive 5">
        <title>Perfection Decking Navigation</title>
        <style media="screen" type="text/css"><!--
#navigation { color: navy; font-size: 9px; font-family: Verdana }
a { color: navy; text-decoration: none }
a:hover { color: blue; text-decoration: underline }
--></style>
    </head>
```

```
    <body bgcolor="#ffffff">
        <div align="center">
            <p id="navigation"><a href="default.asp">HOME</a> | <a href="decking.asp">OUR DECKING
» &amp; RAILING</a> | <a href="installation.asp">INSTALLATION</a> | <a href="faq.asp">FAQs</a> | <a
» href="wheretobuy.asp">WHERE TO BUY<br>
                </a><a href="performance.asp">PERFORMANCE &amp; TESTING</a> | <a
» href="calculator.asp">DECKING CALCULATOR</a> | <a href="map.html">SITE MAP</a></p>
        </div>
    </body>

</html></p>
                                        <p><html>

    <head>
        <meta http-equiv="content-type" content="text/html;charset=iso-8859-1">
        <meta name="generator" content="Adobe GoLive 5">
        <title>Welcome to Adobe GoLive 5</title>
    </head>

    <body bgcolor="#ffffff">
        <p style="font-family: Verdana; font-weight: normal; font-size: 10px">&copy;2003, 2004
» LMC</p>
    </body>

</html></p>
<!-- Start of StatCounter Code -->
<script type="text/javascript" language="javascript">
var sc_project=347620;
var sc_partition=1;
</script>

<script type="text/javascript" language="javascript"
» src="http://www.statcounter.com/counter/counter.js"></script><noscript><a
» href="http://www.statcounter.com/free_hit_counter.html" target="_blank"><img
» src="http://c2.statcounter.com/counter.php?sc_project=347620&amp;java=0" alt="free web hit
» counter" border="0"></a> </noscript>
<!-- End of StatCounter Code -->
                                    </div>
                                </td>
                            </tr>
                        </table>
                    </td>
                </tr>
            </table>
        </div>
        <p></p>
    </body>

</html>
```