# Perfection Landscape Inc.

License #6670    ~Bonded and Insured~

## Home

[ Landscape Features ] [ Custom Designs ] [ Builder Designs ] [ Material Providers ] [ Plant Catalog ]
[ Guarantee ] [ Testimonials ] [ Contact Us ]

## Our Mission

After 15 years in the landscape industry, we at Perfection Landscape, Inc. have acquired the essentials necessary to professionally serve our customers. Accept nothing less--personal service, quality, and value.



## Areas of Specialty

- Irrigation
- Instant Lawns/Seeded Lawns
- Water Features
- Paths/Walkways
- Patios
- Retaining Walls
- Outdoor Fireplaces
- Curbing
- You name it, we can do it.....

## About Us

Perfection Landscape began its journey over 15 years ago in the landscape industry. We take great pride in exceeding our customers expectations. Our jobs have ranged from Bend all the way to Hillsboro and everything in between. One of our major accomplishments was competing in the Street of Dreams in 1999 and now again in 2004. We are committed to our Guaranteed Warranty which is unmatched in the industry and we create our estimates free of charge no questions asked.

Take a look around the site and get a better idea of what we can do and if you like what you see give us a call!!



## "Our Name Says It All"

[ Landscape Features ]
[ Custom Designs ]
[ Builder Designs ]
[ Material Providers ]
[ Plant Catalog ] [ Guarantee ]
[ Testimonials ] [ Contact Us ]

000612
free counter by bravenet

©2004 Perfection Landscape Inc., All rights reserved.



# Perfection Landscape Inc.

License #6670   ~Bonded and Insured~

## Plant Catalog

[ Home ]

## Coming Soon!!

We take great pride in our plantings and only get them from the best nurseries around the Portland metropolitan area.  These are the most common varieties of both shrubs and trees that we install.

## "Our Name Says It All"

[ Home ]

©2004 Perfection Landscape Inc., All rights reserved.

# Perfection Landscape Inc.

License #6670    ~Bonded and Insured~

## Material Providers

[ Home ]

All About Landscape Supply

22107 Hwy. 213

Oregon City, OR 97045



Cedar Chips - Slates - Brick Pavers - Boulders - Gravels

Sands - Soil

Bark Dust -



# Mixes - Lava Rock - Stepping Stones - Wall Building Products

## "Our Name Says It All"

[ Home ]

©2004 Perfection Landscape Inc., All rights reserved.