

**Web**  Images  Groups<sup>New!</sup>  News  Froogle  **more »**

perfection decking  [Search]  Advanced Search / Preferences

**Web**                    Results **1** - **10** of about **5,940** for **perfection decking**. (**0.12** seconds)

**Perfection** Fence Corp. - Gorilla™ **Decking**
**...** Giving the appearance of a weathered wood flooring, our **decking** has a **...** All images and content copyright © 2002 **Perfection** Fence Corp.® All rights reserved. **...**
www.**perfection**fence.com/v**decking**-1.html - 7k -
Cached - Similar pages

    **Perfection** Fence Corp.
    **Perfection** Fence offers classic and extraordinary fencing of maintenance-free vinyl, wood, ornamental iron and chain link, arbors, pergolas and gazebos in time **...**
    www.**perfection**fence.com/ - 7k - Dec 5, 2004 -
    Cached - Similar pages
    [ More results from www.perfectionfence.com ]

Wolverine Custom Homes - Eon Maintenance Free Decks
**...** This **perfection** makes it easy to install. **...** We stock the **decking** in 12', 16' & 20' lengths as well as the 9"x12" fascia cladding and rail post sleeves and caps. **...**
www.wolverinecustom.com/eondeck.html - 15k - Cached - Similar pages

Pavilion **Perfection**
**...** fit seamlessly into the landscape with privacy and decadence blended to **perfection**. **...** separate sleeping and living area connected by an expansive timber **decking**. **...**
www.poresorts.com/news/pavs.asp - 14k - Cached - Similar pages

Answerest thou nothing? behold how many things they witness **...**
**...** Increasingly, in the age of **decking perfection** when concerned can easily contact their elected officials, **decking** idea **decking** material roof demonstrate a **...**
www.horshamcarrentals.co.uk/ apartment-for-rent-in-phoenix.html - 8k -
Cached - Similar pages

Answerest thou nothing? behold how many things they witness **...**
**...** Let me illustrate with an example from my own **decking perfection**. As far as I can see, there is little real justification for what we do. **... decking perfection**. **...**
www.thehermitageinn.co.uk/neglige-teen.html - 8k - Cached - Similar pages

HHI Building Products :: Home
The **decking** captures the look, feel and natural beauty of wood with out the drawbacks of splits, cracks and warps and stands in timeless **perfection**. **...**
www.hhi-ni.com/product_overview_**decking**.php - 14k - Cached - Similar pages

**Perfection** Composite **Decking** - **Decking** Calculator
**Decking** Calculator. **...** Simply the Best Composite **Decking** and Railing! Profection Composite **Decking** is covered under ICC International Code Council #22-41. **...**
www.profection**decking**.com/calculator.asp - 13k - Cached - Similar pages

and there were precious stones in it. - flightless fruitflies is **...**

Sponsored Links

Call Now for Discount
Mahogany, Fir, Cedar, Ipe, Trex,
Evergrain, ChoiceDek, and more
www.sterrittlumber.com
Boston, MA-Manchester, NH

**Decking**
Bargain Prices.
You want it, we got it!
BizRate.com

Wood, Composite, or Vinyl
Deck. Wholesale prices. Local
delivery. Railing On-line prices
www.deckandrailing.com

Guide To Deck Plans
Get going on a great home project!
Info site w/ great tips, links.
deckplaninfo.com

    See your message here...

**...** Saint-Peter, alternative **decking** material and the **decking perfection**. Eric Armani Heron, WITTER KAREN Kliber. **...** Save our **decking perfection**! **...**
www.shirazmassage.co.uk/flightless-fruitflies.html - 8k - Cached - Similar pages

he stumbleth not. - is **decking** roof steel
**...** Park. www.**decking**-**perfection**.com www.**decking**-price-trex.com www.timber-**decking**- flooring.com. I won't shed tears over the death of . **...**
www.cawthornevillage.co.uk/phoenix-limousine/ - 7k - Cached - Similar pages



Result Page:      **1** 2 3 4 5 6 7 8 9 10     **Next**

Free! Google Desktop Search: Search your email, files, chats & web history. Download Now.

[perfection decking]  [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google