UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12094-GAO

PERFECTION FENCE CORPORATION,
Plaintiff,

v.

FIBER COMPOSITES LLC,
Defendant.

PRELIMINARY INJUNCTION
February 10, 2005

In accordance with the Court's Memorandum and Order dated February 10, 2005, Fiber Composites LLC ("Fiber Composites") and its officers, directors, agents, servants, employees, attorneys, representatives, affiliates, subsidiaries, licensees, successors, assigns, and all those acting for them or on their behalf, or acting in concert or privity with them, are hereby ENJOINED, pending final judgment in this action, from using the trademarks "PERFECTION" and "PROFECTION" and any other confusingly similar trademark in United States commerce.

It is further ORDERED that Perfection Fence Corporation shall post an injunction bond in cash or by a corporate surety qualifying under Local Rule 67.1 in the sum of $100,000 for payment of such costs and damages as may be incurred by Fiber Composites in the event that it has been wrongfully enjoined. Such bond shall be filed with the Clerk of the Court forthwith.

It is SO ORDERED.

February 10, 2005                                         \s\ George A. O'Toole, Jr.
DATE                                                      DISTRICT JUDGE