IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

       Plaintiff,

v.

FIBER COMPOSITES LLC,

       Defendant.

CIVIL ACTION NO. 04-12094 GAO

## PLAINTIFF'S NOTICE OF FILING PRELIMINARY INJUNCTION BOND

Plaintiff, Perfection Fence Corp., hereby files the attached copy of a preliminary injunction bond in the amount of $100,000, pursuant to this Court's Order Granting Plaintiff's Motion for a Preliminary Injunction. Plaintiff is sending the original bond under separate cover directly to the Court via certified mail.

PERFECTION FENCE CORP.,

By its attorney,

Date: March 14, 2005

    ___/s/ Michael A. Albert_____
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: (617) 646-8000
FAX: (617) 646-8646

**ATTACHMENT  A**

*ISSUED THROUGH*

# A. A. DORITY COMPANY

*BOSTON*

## TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION BOND

KNOW ALL MEN BY THESE PRESENTS, that **Perfection Fence Corp.**
**635 Plain Street; Marshfield, MA 02050**                    , Plaintiff, as **Principal**, and

**United Casualty and Surety Ins. Co.**  a corporation duly organized and existing under the laws of the State
of Massachusetts  having a usual place of business in Boston, Massachusetts, as **Surety**,

are hereby jointly and severally bound unto

**Fiber Composites, LLC**

Defendant(s), as Obligee, in the sum of
**One Hundred Thousand dollars    ($100,000.00 )**
to the true payment whereof said Principal and said Surety bind themselves and their respective successors
and assigns, jointly and severally.

THE CONDITION OF THIS OBLIGATION is such that if the above-bounden Principal shall reimburse said
Obligee for any loss, expense or damage caused by the imprudent or erroneous issuance by said Court of a
Temporary Restraining Order or Preliminary Injunction in the suit now pending in the
**United States District Court for Massachusetts- C.A. #04-12094-GAO**                    , brought by said
Principal against said Obligee, including all reasonable costs and expenses of defense against said
Temporary Restraining Order or Preliminary Injunction in said proceeding and subsequently denied by the
Court, then this obligation shall be void, otherwise it shall remain in full force and effect.

SIGNED, SEALED AND DATED  March 7th, 2005

*Perfection Fence Corp.*                                      *Principal*

Bond No. 277977

**United Casualty and Surety Ins. Co.**

By: 

*Richard W. Crawford*                *Attorney-in-Fact*
*A.A. Dority Company, Inc.*
*262 Washington Street, Suite 99*
*Boston, MA  02108*
*(617) 523-2935*