IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORPORATION,<br>        Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>        Defendant. | CIVIL ACTION NO. 04-12094 GAO |

**JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND L.R. 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1(D), the parties submit the following joint statement:

**I.    Conference Under Fed. R. Civ. P. 26(f)**

The required conference was held by telephone on March 24, 2005. Attending for Defendant, Fiber Composites, LLC ("Fiber"), was John Skenyon. Attending for Plaintiff, Perfection Fence Corp., ("Perfection") was Laura Topper. Settlement offers have previously been exchanged between these parties, however, the Parties remain far apart.

**II.    Matters to be Discussed at Scheduling Conference**

    1.    Discovery plan

    2.    Schedule for filing motions

**III.    Joint Discovery Plan**

    **A.    Schedule**

The parties propose the following discovery schedule:

    1.    Initial Disclosures exchanged no later than April 22, 2005;

    2.    All non-expert discovery completed no later than September 15, 2005;

3. Expert witness designations and reports pursuant to Fed. R. Civ. P. 26(a)(2) by party with the burden of proof of a particular issue served no later than October 14, 2005;

4. Response witness designations and reports pursuant to Fed. R. Civ. P 26(a)(2) by party without the burden of proof on a particular issue served no later than November 14, 2005;

5. Expert depositions completed no later than December 22, 2005;

6. Modifications as ordered by the court upon motion.

### B.   Miscellaneous Discovery Matters

1. The parties agree that additional discovery beyond the event limits set forth under Local Rule 26.1 may be necessary and therefore stipulate that each party should be entitled to 50 interrogatories. The parties do not agree on the number of depositions to be available to each party. Perfection believes more than 10 depositions may be required and will move for leave to take additional depositions as necessary.

2. The parties do not foresee a need for phasing of discovery.

3. It is expected that an order protecting the parties' confidential business information and trade secrets will be needed. The parties will attempt to stipulate to a proposed order for the court's approval.

## IV.   Proposed Schedule for Filing Motions

The parties propose the following schedule for the filing of motions:

1. All motions to join parties filed no later than June 1, 2005, unless leave otherwise granted by the Court.

2.  All motions to amend pleadings other than motions to join parties (as noted above) filed no later than July 29, 2005, unless leave otherwise granted by the Court;

3.  All dispositive motions filed no later than January 30, 2006;

4.  Modifications as ordered by the court upon motion.

## V. Trial By Magistrate Judge

At this time, the parties do not consent to trial before a Magistrate Judge.

## VI. L.R. 16.1(D)(3) Certifications

The parties will individually file the required certification.

| | |
|---|---|
| PERFECTION FENCE CORP., | FIBER COMPOSITES, LLC, |
| By its counsel, | By its counsel, |
| /s/ Laura Topper | /s/ John Skenyon, with permission |
| Michael A. Albert, BBO #558566 | John M. Skenyon, BBO #465440 |
| malbert@wolfgreenfield.com | skenyon@fr.com |
| Laura Topper, BBO #652364 | FISH & RICHARDSON P.C. |
| ltopper@wolfgreenfield.com | 225 Franklin Street |
| WOLF, GREENFIELD & SACKS, P.C | Boston, MA 02110-5070 |
| 600 Atlantic Ave. | Tel: (617) 542-5070 |
| Boston, MA 02210 | Fax: (617) 542-8906 |
| Tel: (617) 646-8000 | |
| Fax: (617) 646-8646 | |
| DATE:  April 7, 2005 | DATE:  April 7, 2005 |

874685.1                                      3