AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Massachusetts_____

PERFECTION FENCE CORP.,

    Plaintiff,

v.

FIBER COMPOSITIES LLC.,

    Defendant.

**APPEARANCE**

Case Number: 04-12094 GAO

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Fiber Composites

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/21/2005 | _[signature]_ |
| Date | Signature |
| | Jolynn M. Lussier     564636 |
| | Print Name     Bar Number |
| | Fish & Richardson P.C., 225 Franklin St |
| | Address |
| | Boston    MA    02110 |
| | City    State    Zip Code |
| | (617) 542-5070    (617) 542-8906 |
| | Phone Number    Fax Number |