UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | Civil Action No. 04-12094 GAO <br><br> RECEIPT # 64654 <br> AMOUNT $ 50.00 <br> BY DPTY CLK 6/2/05 |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE AND RULE 7.1 CERTIFICATION**

The undersigned attorney hereby move for the admission of Stacy J. Grossman to appear on behalf of defendant Fiber Composites LLC ("Fiber Composites"), in this case and submits the declaration of Stacy J. Grossman in support of this motion. Ms. Grossman is familiar with the substantive issues presented in the case, and meet the requirements for admission to this Court under Local Rule 83.5.3, as set forth in the attached declaration.

## CERTIFICATION PURSUANT TO L.R. 7.1

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for each other party has assented to this motion.

Dated: June 2, 2005

_____
John M. Skenyon (BBO #465,440)
skenyon@fr.com
Jolynn M. Lussier (BBO #564,636)
lussier@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid on June 2, 2005.

_____

21084238.doc