UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

    Plaintiff,

    v.                                                    Civil Action No. 04-12094 GAO

FIBER COMPOSITES LLC,

    Defendant.

---

**DECLARATION OF STACY J. GROSSMAN
PURSUANT TO LOCAL RULE 83.5.3**

---

I, Stacy J. Grossman, declare and state as follows:

1.    I am an partner in the law firm of Fish & Richardson P.C., Citigroup Center, 153 East 53rd Street, New York, NY 10022. I am counsel for Defendant Fiber Composites LLC ("Fiber Composites"). I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Fiber Composites in the above-captioned action.

2.    I am a member in good standing of the bars of the following jurisdictions: New York and New Jersey.

3.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I designate Jolynn M. Lussier, Esq., of the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who is a member of the bar of this Court, and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 27, 2005

Stacy J. Grossman

21084277.doc