IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP.,<br><br>        Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 04-12094 GAO |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the parties in the above-captioned action move the Court to enter the attached Stipulated Protective Order. Entry of the Protective Order will facilitate discovery.

Respectfully submitted,

| | |
|---|---|
| PERFECTION FENCE CORP.,<br>By its attorneys, | FIBER COMPOSITES, LLC,<br>By its attorneys, |
| \_\_\_\_\_/s/ Michael A. Albert_____<br>Date: July 8, 2005<br>Michael A. Albert, BBO #558566<br>malbert@wolfgreenfield.com<br>Laura Topper, BBO #652364<br>ltopper@wolfgreenfield.com<br>Adam Kessel, BBO #661211<br>akessel@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel: 617.646.8000<br>Fax: 617.646.8646 | \_\_\_Stacy Grossman_____<br>Date: July 8, 2005<br>Jack Skenyon, BBO #465440<br>skenyon@fr.com<br>Jolynn M. Lussier, BBO #564636<br>lussier@fr.com<br>Stacy Grossman (pro hac admission)<br>grossman@fr.com<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>Tel: 617.542.5070<br>Fax: 617.542.8906 |