IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES LLC,<br><br>    Defendant. | CIVIL ACTION NO. 04-12094 GAO |

**NOTICE OF APPEARANCE OF LAURA E. TOPPER**

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Perfection Fence Corp., in the above-identified action.

                                              Respectfully submitted,

Dated: July 15, 2004                       /s/ Laura E. Topper
                                                Laura E. Topper (BBO # 652364)
                                                ltopper@wolfgreenfield.com
                                                Wolf, Greenfield & Sacks, P.C.
                                                600 Atlantic Avenue
                                                Federal Reserve Plaza
                                                Boston, MA 02210
                                                (617) 646-8000