IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | CIVIL ACTION NO. 04-12094 GAO |

### NOTICE OF APPEARANCE OF ADAM J. KESSEL

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Perfection Fence Corp., in the above-identified action.

Respectfully submitted,

Dated: July 15, 2004

/s/ Adam J. Kessel
Adam J. Kessel (BBO # 661211)
akessel@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
(617) 646-8000