IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

          Plaintiff,

v.

FIBER COMPOSITES, LLC,

          Defendant.

CIVIL ACTION NO. 04-12094 GAO

**REVISED JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND L.R. 16.1(d)**

Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1(d), the parties submit the following joint statement:

**I.    Conference Under Fed. R. Civ. P. 26(f)**

The required conference was held by telephone on March 24, 2005.  Attending for Defendant, Fiber Composites, LLC ("Fiber"), was John Skenyon.  Attending for Plaintiff, Perfection Fence Corp., ("Perfection") was Laura Topper.  Following that conference, a joint statement was filed on April 7, 2005 (Docket #31).  The parties have since exchanged emails regarding scheduling issues, and this joint statement reflects the Parties' revised proposal.

**II.    Settlement Proposal Pursuant to Local Rule 16.1(c)**

On July 11, 2005, Perfection presented Fiber with a written settlement offer.  Fiber rejected the offer on July 13, 2005.

**III.    Matters to be Discussed at Scheduling Conference**

    1.    Schedule for discovery, experts, and motions

    2.    Entry of Parties' Protective Order

### IV.    Joint Discovery Plan

#### A.    Schedule

The parties have exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and have commenced discovery.  The parties propose the following discovery schedule:

1.    All non-expert discovery completed no later than October 31, 2005;

2.    Expert witness designations and reports pursuant to Fed. R. Civ. P. 26(a)(2) by party with the burden of proof of a particular issue served no later than November 30, 2005;

3.    Response witness designations and reports pursuant to Fed. R. Civ. P 26(a)(2) by party without the burden of proof on a particular issue served no later than January 12, 2006;

4.    Expert depositions completed no later than February 15, 2006;

5.    Modifications as ordered by the court upon motion.

#### B.    Miscellaneous Discovery Matters

1.    The parties agree that additional discovery beyond the event limits set forth under Local Rule 26.1 may be necessary and therefore stipulate that each party should be entitled to 50 interrogatories.  The parties do not agree on the number of depositions to be available to each party.  Perfection believes more than 10 depositions may be required and will move for leave to take additional depositions as necessary.

2.    The parties do not foresee a need for phasing of discovery.

3.    The parties have jointly moved for the entry of a Protective Order (Docket #36). This Protective Order is necessary to protect the parties' confidential business information and trade secrets.

## V.    Proposed Schedule for Filing Motions

The parties propose the following schedule for the filing of motions:

1.      All motions to join parties filed no later than August 15, 2005, unless leave otherwise granted by the Court;

2.      All motions to amend pleadings other than motions to join parties (as noted above) filed no later than September 15, 2005, unless leave otherwise granted by the Court;

3.      All dispositive motions filed no later than March 15, 2006;

4.      Modifications as ordered by the court upon motion.

## VI.    Trial By Magistrate Judge

At this time, the parties do not consent to trial before a Magistrate Judge.

## VII.    L.R. 16.1(d)(3) Certifications

The parties will individually file the required certification.

PERFECTION FENCE CORP.,                FIBER COMPOSITES, LLC,

By its counsel,                        By its counsel,


___/s/ Michael A. Albert_____       __/s/ Stacy Grossman_____
Michael A. Albert, BBO #558566         John M. Skenyon, BBO #465440
malbert@wolfgreenfield.com             skenyon@fr.com
Laura Topper, BBO #652364              Jolynn Lussier, BBO # 564636
ltopper@wolfgreenfield.com             lussier@fr.com
Adam Kessel, BBO #661211               Stacy Grossman (pro hac admission)
akessel@wolfgreenfield.com             grossman@fr.com
WOLF, GREENFIELD & SACKS, P.C          FISH & RICHARDSON P.C.
600 Atlantic Ave.                      225 Franklin Street
Boston, MA 02210                       Boston, MA 02110-5070
Tel: (617) 646-8000                    Tel: (617) 542-5070
Fax: (617) 646-8646                    Fax: (617) 542-8906

DATE:  July 15, 2005                   DATE: July 15, 2005

917006.1                     3