IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

        Plaintiff,

v.

FIBER COMPOSITES, LLC,

        Defendant.

CIVIL ACTION NO. 04-12094 GAO

## PERFECTION'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Perfection Fence Corp. ("Perfection") moves that the Court enter a protective order, such that Perfection's President Bryan Skulsky should only have to appear for one full day of deposition.  In support whereof, Plaintiff relies upon the Memorandum of Law filed herewith.

### Certification of Compliance with Local Rules 7.1 and 37.1

Counsel for Plaintiff Perfection Fence Company conferred by telephone with counsel for Defendant Fiber Composites, LLC, on August 9, 2005, in an attempt to resolve or narrow the issues addressed in this Motion, but the parties were unable to reach an agreement.

Respectfully submitted,

PERFECTION FENCE CORP.

By its counsel,

Dated: August 9, 2005

_____Michael A. Albert_____
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Laura E. Topper, BBO # 652364
ltopper@wolfgreenfield.com
Adam J. Kessel, BBO # 661211
akessel@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
 (617) 646.8000 Phone
 (617) 646.8646 FAX

**925372**.1                             2