UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

    Plaintiff,

v.

FIBER COMPOSITES LLC,

    Defendant.

Civil Action No. 04-12094 GAO

### NOTICE OF DEPOSITION OF CARY COLEMAN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Fiber Composites LLC will take the deposition of Cary Coleman on August 25, 2005, beginning at 9:00 A.M. The deposition will continue from day to day thereafter until completed. The deposition will take place at the offices of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110.

      The deposition will be by oral examination and may be recorded by any means permitted under Federal Rules of Civil Procedure, including videotaping and stenographic recording. Plaintiff's counsel is invited to attend.

Dated: July 22, 2005

By: _____
John M. Skenyon
Jolynn M. Lussier
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
skenyon@fr.com
lussier@fr.com

Stacy J. Grossman
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: 212-765-5070
Facsimile: 212-258-2291
grossman@fr.com

Attorneys for Defendant, Fiber Composites LLC

2

## CERTIFICATE OF SERVICE

I certify that on July 22, 2005, I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF CARY COLEMAN to be served on counsel for the Plaintiff as follows:

*By Email and First Class Mail:*

*Attorneys for:*
*Plaintiff Perfection Fence Corp.*

Michael Albert
Adam Kessel
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Ave.
Boston, MA 02110
(617) 646-8000

_____
Jolynn M. Lussier

30241155.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

    Plaintiff,

v.

FIBER COMPOSITES LLC,

    Defendant.

Civil Action No. 04-12094 GAO

### NOTICE OF DEPOSITION OF MICHAEL MARTIN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Fiber Composites LLC will take the deposition of Michael Martin on September 1, 2005, beginning at 9:00 A.M. The deposition will continue from day to day thereafter until completed. The deposition will take place at the offices of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110.

The deposition will be by oral examination and may be recorded by any means permitted under Federal Rules of Civil Procedure, including videotaping and stenographic recording. Plaintiff's counsel is invited to attend.

Dated: July 22, 2005

By: _____
John M. Skenyon
Jolynn M. Lussier
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
skenyon@fr.com
lussier@fr.com

Stacy J. Grossman
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: 212-765-5070
Facsimile: 212-258-2291
grossman@fr.com

Attorneys for Defendant, Fiber Composites LLC

## CERTIFICATE OF SERVICE

I certify that on July 22, 2005, I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF MICHAEL MARTIN to be served on counsel for the Plaintiff as follows:

*By Email and First Class Mail:*

*Attorneys for:*
*Plaintiff Perfection Fence Corp.*

Michael Albert
Adam Kessel
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Ave.
Boston, MA 02110
(617) 646-8000

_____
Jolynn M. Lussier

30241240.doc

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

    Plaintiff,

v.

FIBER COMPOSITES LLC,

    Defendant.

Civil Action No. 04-12094 GAO

## NOTICE OF DEPOSITION OF WALLACE ARCHER

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Fiber Composites LLC will take the deposition of Wallace Archer on August 31, 2005, beginning at 9:00 A.M. The deposition will continue from day to day thereafter until completed. The deposition will take place at the offices of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110.

The deposition will be by oral examination and may be recorded by any means permitted under Federal Rules of Civil Procedure, including videotaping and stenographic recording. Plaintiff's counsel is invited to attend.

Dated: July 22, 2005

By: _____
John M. Skenyon
Jolynn M. Lussier
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
skenyon@fr.com
lussier@fr.com

Stacy J. Grossman
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: 212-765-5070
Facsimile: 212-258-2291
grossman@fr.com

Attorneys for Defendant, Fiber Composites LLC

2

## CERTIFICATE OF SERVICE

I certify that on July 22, 2005, I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF WALLACE ARCHER to be served on counsel for the Plaintiff as follows:

*By Email and First Class Mail:*

*Attorneys for:*
*Plaintiff Perfection Fence Corp.*

Michael Albert
Adam Kessel
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Ave.
Boston, MA 02110
(617) 646-8000

_____
Jolynn M. Lussier

30241239.doc

3