# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Citigroup Center
153 East 53rd Street,
52nd Floor
New York, New York
10022-4611

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**BY E-MAIL AND FIRST CLASS MAIL**

August 2, 2005

Adam Kessel, Esq.
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Re:  <u>Perfection Fence v. Fiber Composites</u>
     Civil Action No. 04-12094 GAO

Dear Adam:

This is a partial response to your July 25 letter regarding discovery issues in this case. My letter addresses deposition scheduling. We will address document production issues by a separate letter.

While Fiber Composites intends to be cooperative in the discovery process, too, and is willing to make reasonable accommodations during discovery, on certain issues it will not yield.

(1) Fiber Composites will not agree to combine its Rule 30(b)(6) notices with any individual notices of deposition. Based on past experience, we have found that parties have attempted to take advantage of, and the record is often muddled by, a witness' dual role at a deposition, i.e., when a witness testifies in response to an individual notice and a Rule 30(b)(6) notice at the same deposition. No rule compels combination of these two forms of notices, and we decline to combine them here.

(2) Fiber Composites also will not agree to withdraw or combine its outstanding Rule30(b)(6) notices. Fiber Composites' first Rule 30(b)(6) notice, served July 13, 2005, contains 11 topics. The dates proposed in your July 25 letter -- September 14, 15, and 20 -- fall too late in the schedule for Fiber Composites to be able to rely on the discovery from this deposition in deciding whether to move to amend its pleadings. As you know the deadline for filing such motions is September 15, 2005. Please provide a date that is prior to September 7, 2005 for this deposition. Please provide another date for Fiber Composites' second Rule 30(b)(6) notice (containing 34 other topics), which it will agree to take on a date after September 15, 2005.

FISH & RICHARDSON P.C.

Adam Kessel, Esq.
August 2, 2005
Page 2

(3) Fiber Composites agrees to take the individual deposition of Mr. Skulsky on September 14, 2005.

(4) We understand by your letter that Mr. Cary Coleman left Perfection Fence and that your firm will not be representing him in this action. Please give us the most recent contact information you have for Mr. Coleman.

(5) Lastly, we do not agree with your version of the July 19 Scheduling Conference. This case was one of the last heard by the Court that day (9 of 10 cases listed). The Court genuinely wanted to know whether there were any other issues requiring discussion at the time, and expected a genuine response to his inquiry. This was the ideal, timely setting for the parties to air and resolve Perfection Fence's objection to the multiple Rule 30(b)(6) notices it received days prior to the hearing. Perfection Fence purposefully ducked that opportunity, and I do not think that the Court will be moved by your procedural arguments you now raise as your reason for being silent at the hearing.

(6) Fiber Composites anticipates designating Mr. Douglas Mancosh as its Rule 30(b)(6) in response to Perfection Fence's Rule 30(b)(6) deposition notice served July 19. Stacy Grossman will propose some dates for this deposition shortly.

Very truly yours,

Jolynn M. Lussier

30241872.doc