**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br> Defendant. | **Civil Action No. 04-12094 GAO** |

**DEFENDANT FIBER COMPOSITES LLC'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF PERFECTION FENCE CORP.'S MOTION FOR A PROTECTIVE ORDER**

Defendant Fiber Composites LLC ("Fiber Composites") hereby moves for an extension of time to file an Opposition to Plaintiff Perfection Fence Corp.'s ("Perfection Fence's") Motion for a Protective Order. Perfection Fence has assented to this Motion.

Fiber Composites' Opposition to Perfection Fence's Motion for a Protective Order is due on August 23, 2005. Fiber Composites hereby requests a one-week extension to August 30, 2005 to file its Opposition because the parties are currently engaged in settlement negotiations, and this extension will not affect any other deadlines in this case.

WHEREFORE, for the reasons stated above, Fiber Composites respectfully requests that this Motion be granted.

Dated:  August 19, 2005

Respectfully submitted,
FIBER COMPOSITES LLC,

By its attorneys,

By: /s/ Stacy J. Grossman
John M. Skenyon
Jolynn M. Lussier
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906
skenyon@fr.com
lussier@fr.com

Stacy J. Grossman
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: 212-765-5070
Facsimile: 212-258-2291
grossman@fr.com

Attorneys for Defendant, Fiber Composites LLC

**Certification Pursuant To Local Rule 7.1(a)(2)**

Undersigned counsel hereby certifies that before filing this Motion, counsel for the parties conferred, and on August 19, 2005, Counsel for Perfection Fence, Adam Kessel, Esq., assented to this Motion via e-mail.

/s/ Stacy J. Grossman_____
Stacy J. Grossman