## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFECTION FENCE CORP., <br><br>   Plaintiff, <br><br> v. <br><br> FIBER COMPOSITES LLC, <br><br>   Defendant. | **Civil Action No. 04-12094 GAO** |

### (PROPOSED) ORDER GRANTING DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Having considered Defendant's Assented-to Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for a Protective Order,

IT IS HEREBY ORDERED THAT the Motion is granted; and

IT IS FURTHER ORDERED THAT the Defendant has until August 30, 2005 to submit its Opposition to Plaintiff's Motion for a Protective Order.

_____          _____
DATE                                                                       DISTRICT JUDGE