UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

    Plaintiff,

v.

FIBER COMPOSITES LLC,

    Defendant.

**Civil Action No. 04-12094 GAO**

### (PROPOSED) ORDER GRANTING DEFENDANT'S SECOND ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Having considered Defendant's Second Assented-to Motion for an Extension of Time to File an Opposition to Plaintiff Perfection Fence Corp.'s Motion for a Protective Order,

IT IS HEREBY ORDERED THAT the Motion is granted; and

IT IS FURTHER ORDERED THAT the Defendant has until September 6, 2005 to submit its Opposition to Plaintiff's Motion for a Protective Order.

_____                  _____
DATE                                                                         DISTRICT JUDGE