IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PERFECTION FENCE CORP.,

        Plaintiff,

v.

FIBER COMPOSITES, LLC,

        Defendant.

CIVIL ACTION NO. 04-12094 GAO

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Perfection Fence Corp. and Defendant Fiber Composites, LLC stipulate to dismiss the above-captioned action with prejudice. The parties agree that the Court shall retain jurisdiction to enforce the parties' confidential Settlement Agreement. No fees or costs shall be awarded to either party.

The parties also agree that the injunction bond posted by Perfection Fence Corp. in this action on or about March 14, 2005, *see* Bond No. 277977 issued by A. A. Dority Company, is hereby dissolved.

2

| PERFECTION FENCE CORP., | FIBER COMPOSITES, LLC, |
|---|---|
| By its counsel, | By its counsel, |
| /s/ Adam J. Kessel | /s/ Jolynn Lussier |
| Michael A. Albert, BBO # 558566 | John M. Skenyon, BBO # 465440 |
| malbert@wolfgreenfield.com | skenyon@fr.com |
| Laura Topper, BBO # 652364 | Jolynn Lussier, BBO # 564636 |
| ltopper@wolfgreenfield.com | lussier@fr.com |
| Adam Kessel, BBO # 661211 | Stacy Grossman (pro hac admission) |
| akessel@wolfgreenfield.com | grossman@fr.com |
| WOLF, GREENFIELD & SACKS, P.C | FISH & RICHARDSON P.C. |
| 600 Atlantic Ave. | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110-5070 |
| Tel: (617) 646-8000 | Tel: (617) 542-5070 |
| Fax: (617) 646-8646 | Fax: (617) 542-8906 |
| DATE:  August 31, 2005 | DATE:  August 31, 2005 |

**SO ORDERED**:

Dated:_____   By:_____
                                          JUDGE GEORGE A. O'TOOLE
                                          UNITED STATES DISTRICT JUDGE